I, Dr. Scott Jensen, MD, have been a practicing family medicine physician for forty years. I was honored to be the recipient of the "Minnesota Family Physician of the Year" Award in 2016. I am board-certified in family medicine. As part of my practice, I see patients of all ages. Approximately half are over the age of 70. Of those patients, approximately 75% have elected to receive one of the Emergency Use Authorized COVID vaccines. I am aware of the risks and benefits of these investigational agents as well as the current vaccine schedule for other diseases. Based on the most recent numbers from the CDC from May 5, 2021, anyone under the age of 17 is at statistically zero risk of dying of Covid 19 infection.

As per the CDC there have been 42,429 deaths from all causes in Americans ages 0-17. Of those deaths 248 tested positive for Covid 19. It is well known that a positive test is not a certain measure of COVID infection (in acknowledging the testing inaccuracies, on April 27, 2021 the CDC changed its guidelines to no longer accept test results in vaccinated patients with cycles > 28), thus the more accurate number is likely the 54 who had a positive COVID test *and* pneumonia listed as the cause of death. Using either number gives a statistically zero chance of death (0.0058 or 0.0012) being due to COVID 19 infection or complications from COVID-19 in this age group; thus it is reckless to advance vaccine trials in children ages 0-17.

As a board-certified family practitioner, I would be directly affected by a change in FDA guidelines regarding vaccines for young people, and as a result I am requesting an immediate TRO to halt this request. In addition to the direct threat posed to my young patients, an additional unwelcome consequence of using coercion to mandate the participation of healthy young people who are at a statistical zero risk, relates to a possible reduction in the public trust in all vaccines.

*Scott Jensen, MD*
Scott Jensen, MD (May 7, 2021 15:24 CDT)

Scott Jensen, MD

# Dr. Scott Jensen Letter
Final Audit Report 2021-05-07

| | |
|---|---|
| Created: | 2021-05-07 |
| By: | Drew Kachurak (dmk@drewkachurak.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAlmf56qeWr4zzQAzYVQCuMQGWow6NdtZa |

## "Dr. Scott Jensen Letter" History

- Document created by Drew Kachurak (dmk@drewkachurak.com)
  2021-05-07 - 8:14:00 PM GMT- IP address: 76.237.139.5

- Document emailed to Scott Jensen, MD (smj2203@gmail.com) for signature
  2021-05-07 - 8:15:07 PM GMT

- Email viewed by Scott Jensen, MD (smj2203@gmail.com)
  2021-05-07 - 8:22:08 PM GMT- IP address: 64.233.172.101

- Document e-signed by Scott Jensen, MD (smj2203@gmail.com)
  Signature Date: 2021-05-07 - 8:24:18 PM GMT - Time Source: server- IP address: 63.232.215.158

- Agreement completed.
  2021-05-07 - 8:24:18 PM GMT

Adobe Sign