# DECLARATION OF ELLEN MILLEN

Ellen Millen of Huntsville, Alabama, hereby declares:

I am Guardian of three siblings, ages 5, 4 and 4, that have been placed under my care through Child Protective Services. I am responsible for making medical decisions related to the children in my care. I have obtained a vaccine exemption for the children in my care through the Madison County Health Department. I do not want the children in my care to receive experimental vaccines, and neither do the childrens' biological parents. I stand for all children and adolescents in opposing the emergency use authorization for children of any ages. I also have a 22-year-old son. I strongly feel the children currently in my care, as well as any future children in my care, face substantial risk if emergency use of the COVID-19 experimental vaccine is granted to adolescents. Without a Temporary Restraining Order, the children in my care face harm due to overwhelming pressure to take the vaccine from friends, parents of friends, sports organizations, summer camps, schools, and colleges.

I know there is essentially zero percent risk for young people dying of COVID-19 and fiercely opposes the use of an experimental, untested product in healthy children with no risk for a number of reasons. Furthermore, I know there are effective and safe treatments available to treat COVID-19

and oppose suppression of those treatments in favor of using untested and potentially life-threatening agents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

*Ellen M Millen*
Ellen Millen