## DECLARATION OF DEBORAH SOBCZAK

Deborah Sobczak of Huntsville, Alabama, hereby declares:

I am the mother of two children, ages 15 and 17. I oppose the emergency use authorization for children of any age. I feel my children face substantial risk if emergency use of the COVID-19 experimental vaccine is granted to adolescents.

I know from my own research that there is essentially zero percent risk for young people dying of COVID-19 and fiercely oppose the use of an experimental, untested product in healthy children with no risk for a number of reasons. Furthermore, I know there are effective and safe treatments available to treat COVID-19 and oppose suppression of those treatments in favor of using untested and potentially life-threatening agents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

_Deborah Sobczak_
Deborah Sobczak