FILED
2021 May-20 AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION OF LYLE BLOOM

Lyle Bloom of Huntsville, Alabama, hereby declares:

I am the father of two minor children, ages 10 and 16, and one adult child, age 21. I oppose the emergency use authorization for adolescents ages 12-15 and older. I feel my children face substantial risk if emergency use of the COVID-19 experimental vaccine is granted to adolescents.

I have done my research and know that there is essentially zero percent risk for young people dying of COVID-19 and fiercely oppose the use of an experimental, untested product in healthy children with no risk for a number of reasons.  Furthermore, I know there are effective and safe treatments available to treat COVID-19 and oppose suppression of those treatments in favor of using untested and potentially life-threatening agents. I am very concerned about the way the emergency use authorizations have been rolled out and feel strongly that everyone has the right to choose medical treatment, especially potentially risky experimental treatment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

*Lyle S Bloom*
Lyle S Bloom (May 12, 2021 15:23 CDT)
Lyle Bloom

# Declaration of Lyle Bloom

Final Audit Report                                                                 2021-05-12

| | |
|---|---|
| Created: | 2021-05-12 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7OZNn3nUTyrsQsPLfeblibaQkJAMfR9L |

## "Declaration of Lyle Bloom" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-12 - 5:52:27 PM GMT- IP address: 76.237.139.5

- Document emailed to Lyle S Bloom (bloomerang5@outlook.com) for signature
  2021-05-12 - 5:52:48 PM GMT

- Email viewed by Lyle S Bloom (bloomerang5@outlook.com)
  2021-05-12 - 8:20:31 PM GMT- IP address: 24.96.250.120

- Document e-signed by Lyle S Bloom (bloomerang5@outlook.com)
  Signature Date: 2021-05-12 - 8:23:56 PM GMT - Time Source: server- IP address: 204.154.192.252

- Agreement completed.
  2021-05-12 - 8:23:56 PM GMT

Adobe Sign