## DECLARATION OF JULIE BLOOM

Julie Bloom of Huntsville, Alabama, hereby declares:

I am the mother of two minor children, ages 10 and 16, and one adult child, age 21. I oppose the emergency use authorization for adolescents ages 12-15 and older. I feel my children face substantial risk if emergency use of the COVID-19 experimental vaccine is granted to adolescents.

I have done my research and know that there is essentially zero percent risk for young people dying of COVID-19 and fiercely oppose the use of an experimental, untested product in healthy children with no risk for a number of reasons. Furthermore, I know there are effective and safe treatments available to treat COVID-19 and oppose suppression of those treatments in favor of using untested and potentially life-threatening agents. I am very concerned about the way the emergency use authorizations have been rolled out and feel strongly that everyone has the right to choose medical treatment, especially potentially risky experimental treatment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

_____
Julie A. Bloom (May 12, 2021 15:25 CDT)
Julie Bloom

# Declaration of Julie Bloom

Final Audit Report                                                                 2021-05-12

| | |
|---|---|
| Created: | 2021-05-12 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAH9uSYAlp9JIl8phChNcmjgHNDEWsDRB4 |

## "Declaration of Julie Bloom" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-12 - 5:54:13 PM GMT- IP address: 76.237.139.5

- Document emailed to Julie A. Bloom (bloomerang5@outlook.com) for signature
  2021-05-12 - 5:54:28 PM GMT

- Email viewed by Julie A. Bloom (bloomerang5@outlook.com)
  2021-05-12 - 8:20:27 PM GMT- IP address: 24.96.250.120

- Document e-signed by Julie A. Bloom (bloomerang5@outlook.com)
  Signature Date: 2021-05-12 - 8:25:42 PM GMT - Time Source: server- IP address: 24.96.250.120

- Agreement completed.
  2021-05-12 - 8:25:42 PM GMT

Adobe Sign