## DECLARATION OF ANDREA McFARLANE, RN

Andrea McFarlane, hereby declares:

I am currently working as a trauma/ICU nurse at Vanderbilt. I have been working within the Huntsville Alabama hospital system for more than five years and continue to do my NP precepting in Huntsville, Alabama.

At Huntsville hospital and Vanderbilt, we COVID test trauma patients and anyone else who presents with COVID like symptoms through the ER.

I was working as an ER nurse in Alabama when COVID first started, and it was very difficult because it was a new, scary situation.

We are not seeing many patients come into the trauma unit with COVID-19 currently nor have we over the winter months.

I have seen a tremendous amount of pressure placed on medical personnel to get the shot, even doctors and nurses who have had COVID-19! We are being pressured to get the shot and we're sick, really sick for days. This is well known – staffing takes this into account. My co-workers and fellow students have all recovered, but some did not get a second shot out of fear for what damage could have been caused from the first.

I am also currently in school and I am being pressured to get the vaccine. People who get the vaccine are given incentives, class time without a mask and so on.

I am a mom of four boys, ages 10, 12, 14 and 16 and I am extremely worried because I know my children will be pressured to take the vaccine. My 16-year-old son has many friends who have taken the vaccine. It's become the thing to do because kids are pressuring each other to take the vaccine and I am extremely worried for my children's health. No one loves kids more than their parents, plus I am a nurse and I read a lot on the subject. Based upon the trials being experimental and no published animal studies and no long-term safety data possible, this should not be able to even be offered to children! It should be illegal to pressure kids to take something new for a virus that doesn't hurt them, and I fear that if this TRO isn't granted my children will suffer harm. I also will be unable to work because I will be required to comply with a policy that I know is immoral.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

Andrea McFarlane (May 12, 2021 21:55 CDT)

Andrea McFarlane

# DECLARATION OF ANDREA McFARLANE copy

Final Audit Report                                                                 2021-05-13

| | |
|---|---|
| Created: | 2021-05-13 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAR0ijwzNEGcgRxxroe0iRSo_IHgFAgtNM |

## "DECLARATION OF ANDREA McFARLANE copy" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-13 - 2:54:07 AM GMT- IP address: 24.205.222.10

- Document emailed to Andrea McFarlane (a.mcfarlane.1980@gmail.com) for signature
  2021-05-13 - 2:54:28 AM GMT

- Email viewed by Andrea McFarlane (a.mcfarlane.1980@gmail.com)
  2021-05-13 - 2:54:36 AM GMT- IP address: 64.233.172.79

- Document e-signed by Andrea McFarlane (a.mcfarlane.1980@gmail.com)
  Signature Date: 2021-05-13 - 2:55:51 AM GMT - Time Source: server- IP address: 104.5.107.189

- Agreement completed.
  2021-05-13 - 2:55:51 AM GMT

Adobe Sign