# DECLARATION OF JENNIFER GREENSLADE

Jennifer Greenslade, of Remlap, Alabama, hereby declares:

I have an autoimmune disorder for which I take daily medication, so I am very concerned that the experimental COVID vaccine could harm my health. I have seen reactions to the vaccine that appear to be random in others, and I am unwilling to take a chance. I have also read that the vaccines can be linked to autoimmune disease.

I have two children ages 12 and 9. I am unwilling to allow my children to be injected with the experimental COVID vaccine. This is because it is experimental and my own health issues which they may have inherited. It is also because we have two cousins who had very bad reactions from the COVID vaccine. They both spent several weeks in ICU. They were on the brink of death. They still cannot walk. Their daughter must care for them now. They were both healthy before the covid vaccine.

I have seen first-hand evidence that the vaccines are not always safe. It is not possible to know that my own health or my children's health will not worsen, especially because they are at increased risk from both sides of the family. In addition, I know that children don't get very sick or die from COVID. It should not be allowed for children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May ____, 2021.

                                                    _____
                                                    Jennifer Greenslade (May 12, 2021 16:47 CDT)

                                                    Jennifer Greenslade

# Declaration of Jennifer Greenslade

Final Audit Report ............................................................ 2021-05-12

| | |
|---|---|
| Created: | 2021-05-12 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZ_y6ExGSi2Oq1PReuYTt2h4A-oN2HJva |

## "Declaration of Jennifer Greenslade" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-12 - 9:09:45 PM GMT- IP address: 76.237.139.5

- Document emailed to Jennifer Greenslade (divadayzie1982@aol.com) for signature
  2021-05-12 - 9:10:15 PM GMT

- Email viewed by Jennifer Greenslade (divadayzie1982@aol.com)
  2021-05-12 - 9:45:25 PM GMT- IP address: 108.78.37.16

- Document e-signed by Jennifer Greenslade (divadayzie1982@aol.com)
  Signature Date: 2021-05-12 - 9:47:59 PM GMT - Time Source: server- IP address: 108.78.37.16

- Agreement completed.
  2021-05-12 - 9:47:59 PM GMT

Adobe Sign