FILED
2021 May-20 AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION OF STEVEN M. ROTH, MD

Steven M. Roth, MD, hereby declares:

I have been a practicing emergency medicine physician for 13 years. As part of my practice, I see patients of all ages. I am aware of the risks and benefits of these investigational agents as well as the current vaccine schedule for other diseases. Based on the most recent numbers from the CDC from May 5, 2021, anyone under the age of 17 has statistically zero risk of dying of Covid 19.

I have not seen a COVID-19 patient in many months, but I am seeing many patients come to the emergency department patients post-COVID-19 shot. All of these patients came in with COVID-like symptoms that occurred within 48 hours of the shot.

All of these patients required hospital admission.

Several of these patients progressed to death. From the vaccine.

My concern is that based upon what I am seeing in the community, and because of the schools asking for vaccines and putting obstacles around those who do not take it, young people are being pressured to take an experimental shot and many are succumbing to that pressure. This is very concerning because it is universally known that children virtually never die from COVID-19 and given that children have a very strong immune system, they

are more likely than adults to have an over-reaction to the shot. Meaning that there is zero benefit and only risk. Also, with all prior viruses and vaccines, it is accepted that natural immunity is superior to vaccination, and there is no basis to believe that would be different with SARS-CoV-2, meaning it is actually not preferable to give the vaccine even if it was definitely safe, which it is not.

I am extraordinarily concerned that there are no animal studies, no long-term animal studies because prior coronavirus vaccines all caused death in the animal studies portion, which was simply skipped this time.

I am aware of many thousands of physicians who agree with me, but we are pressured to not say anything. I am speaking up now, at great personal cost to myself, because I cannot live with myself if this is given to kids universally and we see death and destruction over the years. It is unconscionable that an experimental therapy will be given to children. Children are not mini-adults. Their organs are still forming and they are more vulnerable than adults to developing auto-immune disease in this situation.

I would be directly affected by a change in FDA guidelines regarding vaccines for young people, and as a result I am requesting an immediate TRO to halt this request. In addition to the direct threat posed to my young patients, an additional unwelcome consequence of using coercion to mandate

the participation of healthy young people who are statistically at zero risk is sharply reducing the public trust in all vaccines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021.

*Steven M. Roth MD*
Steven M. Roth MD (May 12, 2021 22:14 CDT)

Steven M. Roth, MD

# Declaration of Steven M Roth MD

Final Audit Report 2021-05-13

| | |
|---|---|
| Created: | 2021-05-12 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANSNMBiD9ucnDn9aDD5eHd-o5AkDcgOIF |

## "Declaration of Steven M Roth MD" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-12 - 6:49:16 PM GMT- IP address: 76.237.139.5

- Document emailed to Steven M. Roth MD (smrothmd@gmail.com) for signature
  2021-05-12 - 6:52:26 PM GMT

- Email viewed by Steven M. Roth MD (smrothmd@gmail.com)
  2021-05-13 - 3:14:06 AM GMT- IP address: 66.249.88.175

- Document e-signed by Steven M. Roth MD (smrothmd@gmail.com)
  Signature Date: 2021-05-13 - 3:14:36 AM GMT - Time Source: server- IP address: 96.94.171.57

- Agreement completed.
  2021-05-13 - 3:14:36 AM GMT

**Adobe Sign**