# DECLARATION OF MATT SCHWEDER

Matt Schweder of Lexington, Kentucky, hereby declares:

I am the father of one minor daughter, age 15 years, and an adult son, age 25 years, who is in the Advanced Nurse Practitioner Program at Vanderbilt, University. I oppose the emergency use authorization for adolescents ages 12-15 and older. I feel my children face substantial risk if emergency use of the COVID-19 experimental vaccine is granted to adolescents.

My family has been receiving a weekly barrage of emails from my daughter's school about COVID-19, and my daughter has been subjected to peer pressure. My daughter told me the vaccine is a constant topic of conversation on her group chats, and during soccer practice. (See attached Exhibit A)

My son is extremely concerned over his future and the potential of his school and/or professional employer making vaccines mandatory, which will put his education to waste.

I have done my research and know that there is essentially zero percent risk for young people dying of COVID-19 and fiercely oppose the use of an experimental, untested product in healthy children with no risk for a number of reasons. Furthermore, I know there are effective and safe treatments available to treat COVID-19 and oppose suppression of those

treatments in favor of using untested and potentially life-threatening agents. I am very concerned about the way the emergency use authorizations have been rolled out and feel strongly that everyone has the right to choose medical treatment, especially potentially risky experimental treatment. Furthermore, the pressure being presented to adolescents, who are less informed, less independent, and less willing to stand up for their rights is more than concerning to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May ___, 2021.

Matt Schweder (May 12, 2021 23:45 EDT)

Matt Schweder

# Declaration of Matt Schweder (1)

Final Audit Report 2021-05-13

| | |
|---|---|
| Created: | 2021-05-13 |
| By: | Nancy Vazquez (nancy@joeygilbertlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAePegVeVBbT4dSFHH5EDJD08_M5DPta1l |

## "Declaration of Matt Schweder (1)" History

- Document created by Nancy Vazquez (nancy@joeygilbertlaw.com)
  2021-05-13 - 3:04:57 AM GMT- IP address: 24.205.222.10

- Document emailed to Matt Schweder (mschweder@twc.com) for signature
  2021-05-13 - 3:05:32 AM GMT

- Email viewed by Matt Schweder (mschweder@twc.com)
  2021-05-13 - 3:42:52 AM GMT- IP address: 65.189.252.208

- Document e-signed by Matt Schweder (mschweder@twc.com)
  Signature Date: 2021-05-13 - 3:45:56 AM GMT - Time Source: server- IP address: 65.189.252.208

- Agreement completed.
  2021-05-13 - 3:45:56 AM GMT

Adobe Sign