Exhibit A – Declaration of Matt Schweder

# Representative Emails from Fayette County Public Schools Pressuring Students and Families to Vaccinate.

From: "noreply@fayette.kyschools.us"
To: "Fayette County Public Schools Recipients"
Cc:
Sent: Tuesday March 16 2021 7:44:34PM
Subject: 3.16.21 FCPS In-Person Learning Update from Dr. Helm

March 16, 2021

Dear Fayette County Public Schools Families:

Just like our clocks, our return to in-person learning leapt forward this week with the arrival of our students in preschool, and grades 7, 8, 10, and 11 at school on Monday. With students at every grade level now back on campus, we feel reconnected and reenergized about the days ahead.

Our community continues to harness the spread of COVID-19 and today's 7-day average of new cases has fallen to 41! Each Tuesday, we review multiple data points as part of our FCPS In-Person Matrix, and we are pleased to report that all other indicators continue to support our return to campus.

Utilizing hubs, shuttles, vans and schedule adjustments, our transportation team has worked diligently to find a solution that will enable us to bring back the middle and high school students whose families have chosen in-person learning for the remainder of our special programs on Monday, March 22.

Families whose children are impacted have already begun to receive communication with specifics from Carter G. Woodson Academy, Eastside Technical Center, Family Care Center, Locust Trace AgriScience Center, Martin Luther King Academy, Opportunity Middle College, Southside Technical Center, STEAM Academy, Success Academy, The Learning Center, and The Stables.

As we pass the one-year mark of the pandemic, I believe we all recognize that our lives have been forever changed in some way by COVID-19. My hope is that the challenges of the past 12 months inspire us to all to make the necessary individual decisions in order to collectively keep the virus at bay so our schools can stay open.

With spring break on the horizon, we will need everyone's help to avoid another surge of cases like the one we saw in January after winter break. Just this afternoon, the governor announced that a new variant of COVID-19 has been found in the Commonwealth. Now is not the time to let our guard down.

Unlike a year ago, we now know how to beat COVID-19. Together we can and together we will!

Sincerely,

Marlene Helm

Fayette County Public Schools Acting Superintendent

From: "noreply@fayette.kyschools.us"
To: "Fayette County Public Schools Recipients"
Cc:
Sent: Tuesday March 23 2021 8:16:15PM
Subject: FCPS In-Person Learning Matrix Update 3.23.21

March 23, 2021

Dear Fayette County Public Schools Families:

Your safe choices made it possible for us to return to campus, and we are grateful for the opportunity to be back in person with students whose families chose that option.

When you consider that Fayette County spent the whole month of January in purple – hitting a high of 264 average daily cases – our progress is truly remarkable. At 34, today's 7-day average of new cases is just on the edge of yellow – a level our community has not seen in nearly nine months.

Now that our students are back in person, we need your help again. With just three days left before spring break, we hope everyone continues to practice the healthy habits that have helped reduce COVID-19 infections. These precautions include avoiding crowds and group gatherings whenever possible, ordering take out, socializing outdoors, wearing masks, and washing hands frequently.

If you are planning a staycation, spring break would also be a great time to make arrangements to be vaccinated. All members of the Fayette County community, 16 years of age and older, are encouraged to sign up to receive the free, safe, vaccine at https://ukhealthcare.uky.edu/covid-19/vaccine. Those 18 or older can also sign up at www.lfchd.org/vaccine. Free rides to COVID-19 vaccination clinics are available through Federated Transportation Services of the Bluegrass. Please call 1-888-848-0989 in advance to schedule a ride.

Before returning to campus after spring break, please review the Family Assurance of Student Health document attached to this email and be especially thoughtful in assessing your child's possible symptoms before sending them to school.

Although we have not had any spread of the virus at schools, we have received reports of students contracting COVID-19 from sleepovers, parties, and traveling youth activities. Those individual weekend decisions have then forced other students into quarantine. It took all of us to get back on campus and it will take all of us to keep our schools open.

This has been a school year like none other. We hope that our families have an enjoyable spring break and look forward to seeing everyone healthy and back on campus April 5!

Sincerely,

Marlene Helm

Acting Fayette County Public Schools Superintendent

**Attachments:**

messages/attachments/58cc73f8db435f8b7bbb037593828384/FCPS_Family_Assurance_of_Student_Health_Agreement_English.pdf (100.3 KB)



## Fayette County Public Schools
## Family Assurance of Student Health Agreement

We all play a role in protecting the health, safety, and well-being of our students, staff and families. One of the most important things we can do to prevent the potential spread of COVID-19 is to stay home when we are sick or have been exposed to someone who is sick.

**Before sending your child to campus for in-person learning, please sign and return this form showing that you agree to the following:**

1. I will NOT send my child to school until they are released from quarantine by the health department if:
   - My child has been in close physical contact (6 feet or closer for at least 15 minutes) with a
   - person who is known to have COVID-19.
   - Anyone in our household tests positive COVID-19.
   - My child has traveled out of the country.

2. I will check my child each day for the following known symptoms of COVID-19 and will NOT send my child to school if they are experiencing:
   - Fever (temperature of 100.4°F or greater) or chills Sore throat
   - New uncontrolled cough that causes difficulty breathing (for students with chronic allergic/asthmatic cough, a change in their cough from baseline)
   - Diarrhea, vomiting, or abdominal pain New onset of severe headache

3. If my child is tested for COVID-19 for any reason, I will not send them to school until I receive their results. If they test positive, I will NOT send them to school until cleared to do so by a medical professional. I understand I am required to report a positive test result to FCPS within 24 hours of receiving the results.

4. If my child meets any of the conditions above or is exhibiting any of the symptoms of COVID-19, I will notify the school of my child's absence.

5. If my child develops any symptoms of COVID-19 during the school day, I agree that I, or my designee, will pick up my child as soon as possible.

Student Name: _____

School: _____

Parent/Guardian Signature: _____

Date: _____


FAYETTE COUNTY PUBLIC SCHOOLS

**To:** "mschweder@twc.com" <mschweder@twc.com>
**Subject: FW: Spring Break and Summer Ignite**

...
---------------------------------------

From: "noreply@fayette.kyschools.us"
To: "Fayette County Public Schools Recipients"
Cc:
Sent: Friday March 26 2021 8:12:45PM
Subject: Spring Break and Summer Ignite

March 26, 2021

Dear Fayette County Public Schools Families:

Having our students back on campus has been a joy! Our new safety routines are working well, and our students have become pros at adapting.

We hope everyone will continue those good habits during Spring Break, so we can keep the numbers of new COVID-19 cases in our community down. As we take cautious steps toward a feeling of normal, it may be tempting to return to the habits and behaviors we enjoyed pre-COVID, but experts continue to caution that it is not safe to do so yet.

Now that we have cleared the hurdle of returning all of our students whose families have chosen in-person learning back to campus, we can shift some of our attention to promoting summer learning opportunities.

Fayette County Public Schools is excited to announce that our schools will offer a program called Summer Ignite to supplement student learning.

When we return in April, schools will begin sharing specific information with their families. Each school has been working to design a Summer Ignite program aligned to their individual school offerings in order to best serve their students. As you know, in Kentucky, this determination falls within the responsibility of each School-Based Decision Making Council.

Summer Ignite will operate during three sessions:

- Session 1 – June 8–June 25
- Session 2 – July 6-July 23
- Session 3 – July 26-30 for students entering kindergarten, sixth grade and ninth grade

Hours of each session will be:

- Elementary programs will run from 8 a.m. to noon.
- Middle and high school programs will be from 9 a.m. to 1 p.m.

Decisions about what the program will look like and which students **will be invited** to participate are determined by the SBDM at each school, led by the school principal. Priority will be placed on:

- Students whose achievement data shows the need for additional learning opportunities in order to be prepared for the 2021-22 school year,
- Students in need of credit recovery, and
- Students who may need an opportunity to extend learning through inquiry and project-based learning to enhance skills and content knowledge.

As a district, Fayette County Public Schools is supporting Summer Ignite by:

- Providing materials and resources for schools,
- Setting a shared schedule,
- Creating a planning framework for schools,
- Coordinating transportation for students,
- Recruiting community partners for schools,
- Serving breakfast and lunch to students,
- Investing federal stimulus funding to cover the cost of staffing, including coordinators at each location and increased pay to help attract staff for the program.

I encourage anyone with questions about the program that might be available to your child to look for additional communication from the school. You can also visit www.fcps.net/ignite.

We are excited for you to see and hear the innovative ideas our schools have developed to meet the needs of the children who will be served! We are fortunate in Fayette County Public Schools to have such a wide variety of learning options available to help students reach their unlimited potential.

Thank you for your continued support and engagement. Please have a wonderful spring break!

Sincerely,

Marlene Helm

Fayette County Public Schools Acting Superintendent

From: "noreply@fayette.kyschools.us"
To: "Fayette County Public Schools Recipients"
Cc:
Sent: Saturday April 24 2021 7:21:13PM
Subject: COVID-19 vaccines available Tuesday at six FCPS high schools

April 24, 2021

Dear Fayette County Public Schools Families:

I am writing this afternoon with great news! Fayette County Public Schools has partnered with Wildhealth and LFUCG to offer the COVID-19 vaccine at our six high schools on **Tuesday, April 27, 2021.**

**All FCPS students 16 years of age or older are eligible to be vaccinated, as are our families and employees.** Students who are fully vaccinated (two weeks past the second dose) may not need to quarantine, should they be exposed to COVID-19 in the future.

**Vaccination sign-ups are available at: kyvax.wildhealth.com. The site includes a way for families to give consent for 16- and 17-year-olds to receive the vaccine. When you register, please reserve a spot for the first vaccine on April 27th and a second dose on May 18th.**

If you have any questions or difficulty with the registration process, please contact the Wildhealth Help Desk at 859-217-4679. Federated Transportation Services of the Bluegrass is offering FREE rides to COVID-19 vaccine clinics for those in need. Schedule a ride by calling 888-848-0989.

This opportunity is open to ALL students, their families, and staff in FCPS, regardless of school affiliation.

This clinic will offer the Pfizer-BioNTech COVID-19 Vaccine, which is administered as a shot in the arm in a series of two doses, three weeks apart. Studies show this vaccine is 95% effective at preventing COVID-19 illness.

There is no cost to get the vaccine.

Many students have already been vaccinated, and I encourage you to do the same for yours.

Sincerely,

Marlene Helm

Fayette County Public Schools Acting Superintendent

**From:** "noreply@fayette.kyschools.us" <donotreply@blackboard.com>
**Date:** May 4, 2021 at 6:56:27 PM EDT
**To:** Fayette County Public Schools Recipients <recipients@FCSD.parentlink.net>
**Subject: FCPS In-Person Learning Matrix Update 5.4.21**
**Reply-To:** FCPS Schools <noreply@fayette.kyschools.us>

...
May 4, 2021

Dear Fayette County Public Schools Families:

With just two Tuesdays left in the school year, COVID-19 cases in our community are holding steady. The current 7-day average of new cases in Fayette County is 37, keeping us in orange on the FCPS In-Person Learning Matrix.

After an uptick last week, positive COVID-19 cases among students and staff are down to 41 in the past week and the number of individuals placed into quarantine due to possible exposure is at a three-week low of 430.

We remain on track to complete the school year in person and celebrate our Class of 2021 in Rupp Arena.

During our meeting today with the Lexington-Fayette County Health Department, we talked at length about the evolving guidance regarding outdoor mask use from the Governor, Kentucky Department of Education, and Centers for Disease Control.

In the end, we determined that our current mask protocols **will remain in place for the rest of the school year**. That means all students and adults (with the exception of those who have a medical exemption or ARC-determined exemption) are required to wear masks while on school property.

Many of our schools already allow students to be outdoors without masks as long as they are with their cohort. CDC guidance remains clear that those who are not fully vaccinated (which includes most of our students) should continue wearing a mask. We will revisit these guidelines for summer activities.

In closing, I want to make families, students and employees aware of another COVID-19 vaccination opportunity at one of our schools. Appointments are available from 9 a.m. to 1 p.m. on Thursday, May 13, at STEAM Academy, located at 1555 Georgetown Road. To register, visit kyvax.wildhealth.com. Stakeholders are also invited to sign up for appointments at Bryan Station, Frederick Douglass, Henry Clay, Lafayette, Paul Laurence Dunbar, and Tates Creek high schools on May 18.

Thank you once again for your continued support.

Sincerely,

Marlene Helm

Fayette County Public Schools Acting Superintendent