IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, ETC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.* <br><br> Defendants. | Civil Action Number <br> 2:21-cv-702-CLM |

NOTICE OF APPEARANCE

Come now Xavier Becerra, Secretary of the U.S. Department of Health and Human Services, and the United States Department of Health and Human Services, by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and give this notice of appearance of Don B. Long III, Assistant United States Attorney, as a counsel of record for them in this case.

    Respectfully submitted,
    PRIM F. ESCALONA
    United States Attorney

    **/s/Don B. Long, III**
    DON B. LONG, III
    Assistant United States Attorney
    United States Attorney's Office
    Northern District of Alabama
    1801 Fourth Avenue North
    Birmingham, Alabama 35203