# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, etc., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:21-cv-00702-CLM |
| XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Plaintiff Doctors and others have moved for a temporary restraining order (doc. 1). The court has reviewed the Doctors' motion and finds no specific facts in the motion or attached affidavits that "clearly show that immediate and irreparable injury, loss, or damage will result to the [Doctors] before [the Government Defendants] can be heard in opposition." *See* Fed. R. Civ. P. 65(b)(1)(A). So the court **DENIES** the Doctors' motion for temporary restraining order (doc. 1).

**DONE** and **ORDERED** this May 24, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE