# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| America's Frontline Doctors, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Xavier Becerra, *et al.*, <br><br> Defendants. | Civil Action Number <br> 2:21-cv-702-CLM |

## Notice of Appearance of Counsel

I, James W. Harlow, hereby notify the Court and all parties of record of my appearance in this case as counsel for Xavier Becerra, Secretary of Health and Human Services, and the U.S. Department of Health and Human Services. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

May 26, 2021                                  Respectfully submitted,

                                              */s/ James W. Harlow*
                                              JAMES W. HARLOW
                                                Trial Attorney
                                                Consumer Protection Branch
                                                Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 386
                                                Washington, DC  20044-0386
                                                (202) 514-6786
                                                (202) 514-8742 (fax)
                                                james.w.harlow@usdoj.gov