IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 2:21-cv-702-CLM |
| XAVIER BECERRA, et al, | ) ) |
| Defendants. | ) |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF JOSEPH S. GILBERT

Comes now Joseph S. Gilbert, a Nevada lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting him to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Gilbert shows as follows:

1. Gilbert's current residence address is:

   **7535 Briargate Ct, Reno, NV 89523**

2. Gilbert's current office address and contact information is the following:

   **405 Marsh Ave, Reno, NV 89509**

   **Ph. (775) 284-7700 / Fax. (775) 284-3809**

1

email – joey@joeygilbertlaw.com

(3) Gilbert is admitted to practice in the following courts on the dates so noted:

**Supreme Court of Nevada / October 20, 2004**

**US District Court of Nevada / May 21, 2010**

**US District Court of Appeals for the Ninth Circuit / July 1, 2020**

(4) I am in good standing and eligible to practice in all courts to which I have been admitted.

A certificate of good standing from the Nevada Bar is attached.

Wherefore, the premises considered, Gilbert moves this court for an order admitting him to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 1st day of June, 2021.

/s/ *Joseph S. Gilbert*
Joseph S. Gilbert
(NV Bar No. 9033)
JOEY GILBERT & ASSOCIATES, LTD
D/B/A JOEY GILBERT LAW
405 Marsh Avenue
Reno Nevada 89509
Telephone: 775-284-7700
Email: joey@joeygilbertlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on this date, June 2, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

    /s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net