# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that *Joseph S. Gilbert*, Bar Number 9033 was admitted by the Supreme Court of the State of Nevada on 10/20/2004 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that *Joseph S. Gilbert* is now an Active member of the State Bar of Nevada in good standing.

DATED Wednesday, May 19, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that JOSEPH S. GILBERT (Bar No.9033) was on the 20th day of October, 2004 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said JOSEPH S. GILBERT is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 20th DAY OF MAY , 2021.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

Chief Deputy Clerk



# CERTIFICATE OF GOOD STANDING

I, Debra Kempi, Clerk of the United States District Court for the District of Nevada, do hereby certify that

*Joseph S. Gilbert*

was duly admitted to practice in said Court on

*Friday, May 21, 2010*

and is in good standing as a member of the bar of said Court.

Dated on
Thursday, May 20, 2021

DEBRA KEMPI, Clerk of Court

By: _____
Deputy Clerk