# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, ) ) ) **Plaintiffs,** ) ) v. ) ) XAVIER BECERRA, et al, ) ) **Defendants.** ) | Case No. 2:21-cv-702-CLM |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ROBERT J. GARGASZ

Comes now Robert J. Gargasz, an Ohio lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting him to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Hamilton shows as follows:

1. Gargasz's current residence address is:

   **1670 Cooper Foster Park Road, Lorain, OH 44053.**

2. Gargasz's current office address and contact information is the following:

   **1670 Cooper Foster Park Road, Lorain, OH 44053**

   **Ph. (440) 960-1670 / Fax. (440) 960-1754**

1

**Email:  rjgargasz@gmail.com**

(3) Gargasz is admitted to practice in the following courts on the dates so noted:

**Supreme Court of Ohio / May 9, 1983**

**US District Court Northern District of Ohio / May 26, 1983**

(4)     I am in good standing and eligible to practice in all courts to which I have been admitted.

A certificate of good standing from the Supreme Court of Ohio and the United States District Court for the Northern District of Ohio are attached.

Wherefore, the premises considered, Gargasz moves this court for an order admitting him to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 1st day of June, 2021.

/s/ Robert J. Gargasz
Robert J. Gargasz
(OH Bar No. 0007136)
Robert J. Gargasz Co., L.P.A.
1670 Cooper Foster Park Road
Lorain, OH 44053
Tel. 440-960-1670
Email: rjgargasz@gmail.com

CERTIFICATE OF SERVICE

     I hereby certify that on this date, June 3, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

                                           /s/ *Lowell H. Becraft, Jr.*
                                          Lowell H. Becraft, Jr.
                                          Attorney for Plaintiffs
                                          ASB 5005-F66L
                                          403-C Andrew Jackson Way
                                          Huntsville, AL 35801
                                          256-533-2535
                                          becraft@hiwaay.net