FILED

2021 Jun-03  AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS,  et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-702-CLM |
| ) | |
| XAVIER BECERRA, et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL A. HAMILTON

Comes now Michael A. Hamilton, a Kentucky lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting him to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Hamilton shows as follows:

1.     Hamilton's current residence address is:

**108 Vincewood Drive, Nicholasville, KY 40356.**

2.     Hamilton's current office address and contact information is the following:

**1067 N. Main St. PMB 224, Nicholasville, KY 40356**

**Ph. (859) 655-5455 / Fax. (N/A)**

**email – michael@cornerstoneattorney.com**

(3) Hamilton is admitted to practice in the following courts on the dates so noted:

**Supreme Court of Kentucky / October 11, 2002**

**US District Court Eastern District of Kentucky / October 25, 2002**

(4)    I am in good standing and eligible to practice in all courts to which I have been admitted.

A certificate of good standing from the Kentucky Bar is attached.

Wherefore, the premises considered, Hamilton moves this court for an order admitting him to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 1st day of June, 2021.

/s/ *Michael A. Hamilton*

Michael A. Hamilton
(KY Bar No. 89471)
HAMILTON & ASSOCIATES
1067 N. Main Street, PMB 224
Nicholasville, KY 40356
Tel. 859-655-5455
Email: michael@cornerstoneattorney.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, June 3, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

/s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net