# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Thomas N. Kerrick
President

J.D. Meyer
President-Elect

Amy D. Cubbage
Vice President

J. Stephen Smith
Immediate Past President

Miranda D. Click
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Mindy G. Barfield
Douglas G. Benge
Rhonda Jennings Blackburn
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

**MICHAEL ALLEN HAMILTON**
1067 North Main Street, PMB 224
Nicholasville, Kentucky 40356

Membership No. 89471

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 19th day of May, 2021.

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar