IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 2:21-cv-702-CLM |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL A. HAMILTON

Comes now Thomas Brindley Renz, an Ohio lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting him to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Renz shows as follows:

1. Renz's current residence address is:

    **1321 Buckland Ave., Fremont, OH 43420.**

2. Renz's current office address and contact information is the following:

    **1907 W. State St. 162, Fremont, OH 43420**

    **Ph. (419) 351-4248 / Fax. (N/A)**

1

  **email – renzlawllc@gmail.com**

(3) Renz is admitted to practice in the following courts on the dates so noted:

  **Supreme Court of Ohio / November 12, 2019**

  **US District Court Northern District of Ohio / 2020**

(4) I am in good standing and eligible to practice in all courts to which I have been admitted.

A certificate of good standing from the Ohio Supreme Court is attached.

Wherefore, the premises considered, Renz moves this court for an order admitting him to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 2d day of June, 2021.

      /s/ Thomas Renz
      Thomas Renz
      (Ohio Bar ID: 98645)
      1907 W State St. #162
      Fremont, OH 43420
      Phone: 419-351-4248
      Email: renzlawllc@gmail.com
      Attorney for Plaintiffs
      *(Admission Pending Pro Hac Vice)*

CERTIFICATE OF SERVICE

I hereby certify that on this date, June 2, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

                                                  /s/ *Lowell H. Becraft, Jr.*
                                       Lowell H. Becraft, Jr.
                                       Attorney for Plaintiffs
                                       ASB 5005-F66L
                                       403-C Andrew Jackson Way
                                       Huntsville, AL 35801
                                       256-533-2535
                                       becraft@hiwaay.net