# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:21-cv-702-CLM |

## MOTION FOR *PRO HAC VICE* ADMISSION OF N. ANA GARNER

Comes now N. Ana Garner, a New Mexico lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting her to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Garner shows as follows:

1. Garner's current residence address is:

    **1000 Cordova Place #644 Santa Fe, NM 87505**

2. Garner's current office address and contact information is the following:

    **1000 Cordova Place #644 Santa Fe, NM 87505**

    **Ph. (505) 930-5170 / Fax. (N/A)**

1

email – <u>garnerlaw@yahoo.com</u>

3. Garner is admitted to practice in the following courts on the dates so noted:

**All State Courts in New Mexico / 1981**

**US District Court / 1981 renewed 2020**

**10th Circuit Court of Appeals / 1981**

(4)   I am in good standing and eligible to practice in all courts to which I have been admitted.

A certificate of good standing from the New Mexico Bar is attached. It was issued in March, 2021, and Movant has requested an updated one, which should be available by June 4, 2021.

Wherefore, the premises considered, Garner moves this court for an order admitting her to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 3rd day of June, 2021.

<u>/s/ N. Ana Garner electronically signed</u>
**N. Ana Garner**
(NM Bar No. 921)
1000 Cordova Place #644
Santa Fe, NM 87505
Tel. 505-930-5170
Email: garnerlaw@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, June 3, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

                                                        /s/ *Lowell H. Becraft, Jr.*
                                                      Lowell H. Becraft, Jr.
                                                      Attorney for Plaintiffs
                                                      ASB 5005-F66L
                                                      403-C Andrew Jackson Way
                                                      Huntsville, AL 35801
                                                      256-533-2535
                                                      becraft@hiwaay.net