IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **AMERICA'S FRONTLINE DOCTORS,** et al, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) )  Case No. 2:21-cv-702-CLM |
| **XAVIER BECERRA, et al,** | ) ) ) |
| **Defendants.** | ) ) |

# MOTION FOR *PRO HAC VICE* ADMISSION
## OF F. RONALD JENKINS

Comes now the undersigned F. Ronald Jenkins, Esq. ("Jenkins"), a Maine lawyer, pursuant to local rule 83.1(b) for this district, under penalty of perjury, and respectfully moves this Honorable Court for an order permitting him to appear herein *pro hac vice* and represent the Plaintiffs in this case. As grounds for this motion, Jenkins shows as follows:

1. Jenkins' current residence address is:

    **294 Spring Street, Portland, Maine 04102.**

2. Jenkins' current office address and contact information is the following:

    **97A Exchange Street, Suite 202, Portland, Maine 04101.**

    **Ph. (866) 338-7087 / Fax. (202) 315-3894**

    **Email – jenkins@meridian361.com**

3. Jenkins is admitted to practice in the following courts on the dates so noted:

    **District of Columbia Court of Appeals / May 12, 2020**

    **U.S. District Court, District of Maine / December 18, 2013**

    **Supreme Court of Maine / 2010**

1

        **Eastern Caribbean Supreme Court (St. Vincent) / 2006**

        **Bar of England and Wales / October 12, 2006**

        **U.S. Court of Appeals for the Armed Forces / 1994**

        **U.S. Air Force Court of Criminal Appeals / 1994**

        **Supreme Court of Virginia / October 15, 1993**

4.    Jenkins in good standing and eligible to practice in all courts to which I have been admitted.  A certificate of good standing from the United States District Court for the District of Maine is attached as <u>Exhibit A</u>.

5.    Wherefore, the premises considered, the undersigned moves this Court for an order admitting him to appear in this case and represent the Plaintiffs *pro hac vice*.

Respectfully submitted this the 2nd day of June, 2021.

                                  <u>/s/ F. Ronald Jenkins</u>
                                  F. Ronald Jenkins, Esq.
                                  (ME Bar No. 004667)
                                  Meridian 361 International Law Group, PLLC
                                  97A Exchange Street, Suite 202
                                  Portland, ME 04101
                                  Tel. (866) 338-7087
                                  Email: Jenkins@meridian361.com

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Maine

## CERTIFICATE OF GOOD STANDING

I, _____ Christa K. Berry _____ , Clerk of this Court,

certify that Floyd Ronald Jenkins was duly admitted to practice in this Court on December 18, 2013,

and is in good standing as a member of the Bar of this Court.

Dated at _____ Portland, Maine _____ on _____ May 19, 2021 _____
*(Location)*                                              *(Date)*

CHRISTA K. BERRY                    _____
*CLERK*                                              *DEPUTY CLERK*

CERTIFICATE OF SERVICE

I hereby certify that on this date, June 15, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendant:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386

/s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net