# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| America's Frontline Doctors, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Xavier Becerra, *et al.*, <br><br> Defendants. | Civil Action Number <br> 2:21-cv-702-CLM |

## Notice of Appearance of Counsel

I, Isaac C. Belfer, hereby notify the Court and all parties of record of my appearance in this case as counsel for Xavier Becerra, Secretary of Health and Human Services, in his official capacity only; Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases, in his official capacity only; Dr. Janet Woodcock, Acting Commissioner of Food and Drugs, in her official capacity only; the U.S. Department of Health and Human Services; the Food and Drug Administration; the Centers for Disease Control and Prevention; the National Institutes of Health; and the National Institute of Allergy and Infectious Diseases. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

June 15, 2021                                                   Respectfully submitted,

                                                      ***/s/ Isaac C. Belfer***
                                                      ISAAC C. BELFER
                                                        Trial Attorney
                                                        Consumer Protection Branch
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 386
                                                        Washington, DC  20044-0386
                                                        (202) 305-7134
                                                        (202) 514-8742 (fax)
                                                        Isaac.C.Belfer@usdoj.gov