# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) ) ) ) ) ) ) ) ) | **Summons** <br><br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> **CIVIL ACTION CASE NUMBER:** <br> **2:21-cv-702-CLM** |
| Plaintiffs, | | |
| v. | | |
| XAVIER BECERRA, et al, | | |
| Defendants. | | |

**Summons in a Civil Action**

To:
NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/28/21

SHARON N. HARRIS, CLERK
By: _[signature]_
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| XAVIER BECERRA, et al, | ) ) ) | CIVIL ACTION CASE NUMBER: 2:21-cv-702-CLM |
| Defendants. | ) | |

### Summons in a Civil Action

To:
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 6/25/21

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) |  |
|  | ) | CIVIL ACTION CASE NUMBER: |
| XAVIER BECERRA, et al, | ) ) | 2:21-cv-702-CLM |
| Defendants. | ) |  |

**Summons in a Civil Action**

To:
DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official capacity, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 4/23/21

SHARON N. HARRIS, CLERK
BY: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION CASE NUMBER:** |
| XAVIER BECERRA, et al, | ) ) | **2:21-cv-702-CLM** |
| Defendants. | ) | |

**Summons in a Civil Action**

To:
    CENTER FOR DISEASE CONTROL AND PREVENTION, c/o:
    General Counsel
    Department of Health and Human Services
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

    Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 6/25/21

SHARON N. HARRIS, CLERK

By: [signature]

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** <br><br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION CASE NUMBER:** |
| XAVIER BECERRA, et al, | ) ) | **2:21-cv-702-CLM** |
| Defendants. | ) | |

**Summons in a Civil Action**

To:
XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 6/28/21

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| XAVIER BECERRA, et al, | ) ) ) | CIVIL ACTION CASE NUMBER: 2:21-cv-702-CLM |
| Defendants. | ) | |

### Summons in a Civil Action

To:
NATIONAL INSTITUTE OF HEALTH, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 6/25/21

SHARON N. HARRIS, CLERK
By [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| XAVIER BECERRA, et al, | ) ) ) | **CIVIL ACTION CASE NUMBER:** 2:21-cv-702-CLM |
| Defendants. | ) |  |

### Summons in a Civil Action

To:
   DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official capacity,
   c/o:
   General Counsel
   Department of Health and Human Services
   200 Independence Avenue, S.W.
   Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

   Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
   You also must file your answer or motion with the court.

DATE 6/28/21

SHARON N. HARRIS, CLERK

By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION CASE NUMBER:** |
| XAVIER BECERRA, et al, | ) ) ) | **2:21-cv-702-CLM** |
| Defendants. | ) | |

**Summons in a Civil Action**

To:

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, and NATIONAL INSTITUTE OF HEALTH, NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE _[signature]_

SHARON N. HARRIS/CLERK
By: _[signature]_
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) |  |
| v. | ) ) | CIVIL ACTION CASE NUMBER: |
| XAVIER BECERRA, et al, | ) ) ) | 2:21-cv-702-CLM |
| Defendants. | ) |  |

**Summons in a Civil Action**

To:

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, and NATIONAL INSTITUTE OF HEALTH, NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/24/2021

SHARON N. HARRIS, CLERK
By:
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | **Summons**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| XAVIER BECERRA, et al, | ) ) ) | CIVIL ACTION CASE NUMBER: 2:21-cv-702-CLM |
| Defendants. | ) |  |

### Summons in a Civil Action

To:

FOOD AND DRUG ADMINISTRATION, c/o:
General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against the following federal agencies and officers: XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official and personal capacities, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official and personal capacities, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official and personal capacities, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, the NATIONAL INSTITUTE OF HEALTH, and the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/28/21

SHARON N. HARRIS, CLERK

By [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203