# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>XAVIER BECERRA, Secretary of the U.S. )<br>Department of Health and Human Services, et al., )<br>)<br>Defendants. )<br>_____ ) | **DECLARATION OF**<br>**ANGELINA FARELLA, MD**<br><br>Civil Action No.<br>2:21-cv-00702-CLM |

## DECLARATION OF ANGELINA FARELLA, MD

Pursuant to 28 U.S.C. §1746, I, Angelina Farella, MD, declare under the penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

1. I am an adult of sound mind and make this statement voluntarily, based upon my personal knowledge, education, facts or data, and experience, and under penalty of perjury of the laws of the United States of America.

2. I am competent to testify as a medical expert to the facts and matters set forth herein. The facts and matters set forth herein are the types of facts and matters medical experts rely upon to reach expert conclusions. A true and accurate copy of my curriculum vitae is attached hereto as **Exhibit A.**

3. I am a pediatrician currently practicing in the State of Texas and have been in solo private practice for over 25 years.

4. As a pediatrician, I have vaccinated in excess of 10,000 patients in my career. However, the Covid-19 injections are not vaccines. The Covid-19 injections are experimental biological agents whose harms are well documented and growing rapidly. I do not support the use of these agents, nor using America's children as guinea pigs.

5. I am working on this case Pro Bono.

6. I have read the Complaint and Motion for Preliminary Injunction in the above captioned matter, specifically the allegations related to children and adolescents. I agree with the allegations contained in the Complaint and Motion for Preliminary Injunction.

7. The Emergency Use Authorization for adolescents aged 12-15 is inappropriate. Covid-19 has survivability of 99.8% globally and 99.97% under age 70 (Ioannidis, Stanford). For people under age 20 survivability is 99.997%, which is statistically zero!

8. There are 104 children age 0-17 who died from Covid-19 and 287 from Covid + Influenza out of roughly 72 million children in America. This equals ZERO risk. There is NO public interest in subjecting children to experimental vaccination programs, to protect them from a disease that simply does not threaten them.

9. Vaccines take years to safely test. It's not only the number of people tested but the length of time that is important when creating new vaccines. Emergency Use Authorization was granted prematurely for adolescents, before ANY trials were completed. Moderna is scheduled to complete trials on October 31, 2022, and Pfizer is scheduled to complete trials on April 27, 2023.

10. There were no trial patients under the age of 18. The FDA and these pharma companies are currently allowing children 12 years old to receive this shot, when they were never studied in

the trials. **Never before in history have we given medications that were not FDA approved to people who were not initially studied in the trial.**

11. We don't know the outcome of these trials, and we cannot risk America's children whose birthright is decades of healthy life.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2021.

*Angelina Farella*
Angelina Farella (Jul 16, 2021 17:54 CDT)

Angelia Farella, MD

Ex. B

# Farella, Angelina MD - Declaration Alabama

Final Audit Report 2021-07-16

| | |
|---|---|
| Created: | 2021-07-16 |
| By: | Laurie Brander (Laurie@aflds.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxm3Ls50zTvNWvei9wLqBDtqHgV9sGeQF |

## "Farella, Angelina MD - Declaration Alabama" History

- Document created by Laurie Brander (Laurie@aflds.org)
  2021-07-16 - 8:52:57 PM GMT- IP address: 24.121.220.26

- Document emailed to Angelina Farella (angelina.farella@priviamedicalgroup.com) for signature
  2021-07-16 - 8:53:51 PM GMT

- Email viewed by Angelina Farella (angelina.farella@priviamedicalgroup.com)
  2021-07-16 - 10:54:16 PM GMT- IP address: 66.249.80.249

- Document e-signed by Angelina Farella (angelina.farella@priviamedicalgroup.com)
  Signature Date: 2021-07-16 - 10:54:59 PM GMT - Time Source: server- IP address: 75.148.129.102

- Agreement completed.
  2021-07-16 - 10:54:59 PM GMT

Adobe Sign

# CURRICULUM VITAE

**Angelina Farella, M.D**  07/14/2021

Angelina Farella, M.D., P.A. d/b/a A Brighter Tomorrow Pediatrics
425 Henrietta Street
Webster,Texas  77598
281-332-0500
281-332-0049 – Fax

**Biographical:**
Born August 5,1969 in Toms River,New Jersey
United States Citizen
Married, Three Children

**Home Address:**
609 Pine Gully Road
Seabrook, Texas 77586
713-865-3242 – Cell

**Employment History:**
A Brighter Tomorrow Pediatrics, October 2004-Present
NightLight Pediatric Urgent Care, April 2016- 2018
Staff Care Locum Tenems July 2016-Present
Whitaker Locum Tenems January 2016-Present
Little Spurs, July 2015 – April 2016
Bay Area Pediatric Associates, July 1999 – July 2016

**Clinical Appointments:**
University of Texas Medical Branch
Clinical Assistant Professor 1999 – Present
Practice of Medicine Instructor/Site Facilitator 2000 – 2013
William Carey University College of Osteopathic Medicine
Adjunct Clinical Professor appointed May 27,2016
AFLDS (American Frontline Doctors) Pediatric Medical Director May 2021

**Clear Lake Regional Medical Center:**
Active Staff 1999 – 2016
Department of Pediatrics Chair – 2004
Emergency Patient Care Committee – 2004
Pediatric Department Executive Committee, 2002 – 2015
Pharmaceutical and Therapeutics/Nutrition Committee, 2004 – 2013
Pediatric Advisory Council – 2015, 2018

**Education:**
Pediatric Chief Resident                              July 1,1998 – June 30,1999
University of Texas Medical Branch
Galveston,Texas
Pediatric Resident Physician                      July 1,1995 – June 30,1998
Ross University School of Medicine          September 1991 – June 1995
Rutgers, The State University of NJ           BA Biology, August 1988 – June 1991
Rutgers College, New Brunswick,NJ
Italian Studies (Scholarship)                       June 1988-August 1988
Corfinio College, Corfinio,Italy
Premedical Curriculum                              September 1987 – June 1988
Boston University, Boston,MA

**Research Interest:**
**COVID 19**
Adolescent Risk Taking Behavior              May 1998
Resident Research Project

**Committees/Memberships:**
Harris County Medical Society 2014 – Present
Harris County Medical Society, Southeast Chapter Secretary/Treasurer 2016 – 2017
Harris County Medical Society, Southeast Chapter  Vice President  2017- 2018
Harris County Medical Society, Southeast Chapter  President Elect  2018 – 2019
Harris County Medical Society, Southeast Chapter  President 2020-present
Bay Area Pediatric Society  1999 – 2011
President, January 2004 -2005

House Officer Association (U.T.M.B)
President, June 1997 – May 1999
    Internal Review Committee for Urology, resident representative, June 1998
    Internal Review Committee for Ophthalmology, resident representative, July 1997
    LIS Committee,resident representative, June 1997 – January 1998
    Advisory Committee to Student/House Staff Counseling Center, June 1997
    Graduate Medical Education Advisory Committee, resident representative, June 1997
    GMEAC Executive Committee, resident representative, January 1998 – May 1998
    GMEAC Education Committee, resident representative, January 1998 – May 1998
    Parking Committee,resident representative, January 1998 – May 1999

Texas Medical Association, 1999 – Present, First Tuesdays' Attendee
Harris County Medical Society Alternate Delegate to TMA 2015 – 2017
Harris County Medical Society Delegate 2018-2021
Texas Pediatric Society, 1999 – 2011
Committee on Injury and Poisoning Prevention
Young Physicians Section

Department of Pediatrics – U.T.M.B
    Graduate Medical Education Committee, July 1998 – June 1999
    Undergraduate Medical Committee, July 1998 – June 1999
    House staff Selection Committee, ex official member, July 1998 – March 1999
    Quality Assurance Committee, Department of Pediatrics, July 1998 – June 1999
    Quality Assurance Committee, Pediatric Emergency Room, July 1998 – June 1999
    Faculty Search Committee for Ambulatory Division, February 1998 – June 1998
    Curriculum Committee, resident representative, February 1998 – June 1998
    Community Preceptor, 2004 – Present
    Practice of Medicine Instructor, 2005 – 2006
Privia Medical Group, February 28, 2017 – present
    National Physician Advisory Committee, 2018 – 2019
    National Pediatric IT Committee, 2019

**License/Board Certification**
Board Certified, Pediatrics, October 1998, Re certified 2006
Texas License – K7016, expires February 28,2021
Alabama License November 2019, expires December 31, 2021
National Physicians and Surgeons, Board Certified 2016 – Present
FLEX Board passed March 2019

**Honors/Awards**
Top Docs of Houston :
    H-Texas Magazine – 2007, 2008, 2009, 2011, 2012, 2016, 2019, 2020, 2021
Best Pediatrician:
    Bay Area Citizen, 2009
Top Doc:
    Teaching Award for U.T.M.B, 2007
Leadership:
    AMA Leadership Award for Young Physicians, 2005
Residency:
    Research Award
Medical School:
    Doctor of Medicine, Honors
    Distinguished Scholar
    Teaching Assistant ( Histology/Embryology)
Undergraduate:
    Deans List, Order of Omega

**Additional Activities / Community Appointments:**
The Momentum Academy, Board Member  2018 – Present
Perry Family YMCA Board of Directors Member  2014 – 2015, 2017
Bay Area YMCA Board Member  2018 – 2020

Member, Galveston Historical Society, 1997 – 1999
Member, Volunteer, Junior League of Galveston County, June 1997 – 2007
    Advisory Planning Committee, January 1998 – 1999
    CAF/Scholarship Committee, June 1998 – 1999, Chair, June 1999 – 2000
    Nominating/Placement Chair, June 2002 – 2003, Executive Board Position
    Solicitations Committee, June 2000 – 2001, June 2003 -2004
    Ways and Means Chair, June 2004 – Present, Executive Board Position
    Real Estate Task Force, September 2004 – 2005
    Sustaining Member, 2007 – 2010,  2021

**Medical School:**
    Student Government Association, Officer
    Activities Director, Campus Cafeteria

**Other:**
    Basic Life Support 2019-2022
    Pediatric Advanced Life Support  2019-2021
    PALS Instructor 2000 – 2006
    Car Seat Safety Technician 1999 - 2007