Case 2:21-cv-00702-CLM   Document 15-6   Filed 07/19/21   Page 1 of 1

Ex. F

FILED
2021 Jul-19 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

October 13, 2020

Simone Gold
America's Frontline Doctors
c/o Free Speech Foundation
2934-1/2 Beverly Glen Circle #314
Los Angeles, CA 90077

Sent via email to: info@aflds.com

Dear Petitioner:

Your petition to the Commissioner of Food and Drug Administration requests to exempt from prescription-dispensing requirements, pursuant to 21 U.S.C. § 353(b)(3) and 21 C.F.R. § 310.200(b), Plaquenil™ and equivalent hydroxychloroquine sulfate based drugs was received by this office on 10/13/2020.

It was assigned docket number FDA-2020-P-2066. Please refer to this docket number in future correspondence on this subject with the Agency.

Please note that the acceptance of the petition for filing is a procedural matter in that it in no way reflects an agency decision on the substantive merits of the petition.

Sincerely,

Dynna Gorham-bigby -S
Digitally signed by Dynna Gorham-bigby -S
Date: 2020.10.22 12:51:28 -04'00'

Dynna Bigby
Supervisory Administrative Proceedings Officer
Dockets Management Staff
FDA/Office of Operations (OO)