Case 2:21-cv-00702-CLM   Document 15-9   Filed 07/19/21   Page 1 of 6

Ex. I

FILED
2021 Jul-19 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION OF SHAWN SKELTON

Pursuant to 28 U.S.C. § 1746, Shawn Vidiella, aka Shawn Skelton of Oakland City, Indiana, hereby declares:

I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

This declaration is submitted in support of legal actions to revoke the emergency use authorization for COVID-19 injections and in support of a temporary restraining order to immediately block the emergency use authorization for COVID-19 injections for 12-to 15-year-old adolescents.

I have been a Certified Nursing Assistant (CAN) for 25 years. As an essential worker, and worked throughout the entire Covid-19 Pandemic. Before January 4, 2021, I was a healthy 42-year-old woman with no underlying health conditions. I was on no medication except Effexor (75mg-1x day)

On Jan 4, 2021, I was at work at Good Samaritan Nursing Home and Rehabilitation owned by American Senior Communities (ASC). My employer was holding a vaccine clinic that day. Personnel from CVS pharmacy came in to administer the injections. Corporate representatives were in the building that day determined to coerce staff into taking the vaccine. I was approached five times that day to take the vaccine.

1

My employer further coerced employees to receive the vaccine with a bonus of $50.00. If the facility I worked at reached a 70% or higher vaccination rate after the third clinic, everyone vaccinated was to be entered into a raffle to win $500.

The last time I was approached on January 4, 2021, I was told "Shawn, you are the biggest patient care advocate here. I can't believe you aren't going to take the shot to protect the residents you care so much about!" At 1:45 pm I relented to the pressure and guilt and accepted the shot that changed my life forever.

On January 5, 2021, I went to work with mild flu-like symptoms, becoming worse as the day went on. On January 6, 2021, I called into work as I was barely able to lift my head from my pillow. By mid-morning, my tongue began to spasm out of control at a resting state and my teeth rubbed it raw. That afternoon I called my primary care physician, who recommended Benadryl and Pepcid, and called in a prescription for some oral steroids.

On January 7, 2021, I woke up in full-body convulsions. I was taken by ambulance to the Emergency Dept at Deaconess Gateway. The emergency room doctor slammed my hand on the side of the bed, told me I was having a panic attack, and told me to settle down.

My husband took me to another hospital, St. Vincent in Evansville, Indiana. The doctor at St. Vincent told me I was clearly experiencing a

vaccine injury and advised me not to take the second dose. He discharged me with a diagnosis of coarse tremors from the vaccine and advised me to follow up with a neurologist. That was the first and only time I have heard that I have suffered a vaccine injury.

I ended up visiting five emergency rooms and traveled as far away from home as Vanderbilt in Nashville, Tennessee seeking help. Nobody was able to help me. I was told I had a variety of different problems: psychogenic movement disorder, conversion disorder, panic attack, PTSD, stress.

On January 11, 2021, I was finally admitted into Deaconess Gateway Neurology. I was examined by a psychologist before I was even seen by a neurologist. and an MRI was ordered. The MRI came back normal and I was discharged. The full-body convulsions were continuous for 12 days.

To date, I have tremors and uncontrollable body movements almost daily. I experience convulsions several times a week and sometimes several times a day.

In mid-May, 2021, my convulsions led to six seizures in one day. Since taking the shot, I suffer from severe headaches, high blood pressure and take several medications a day to attempt to live a normal life.

I can no longer drive. My primary care physician has deemed me unable to work and anticipates it will be for 1-3 years.

I was denied worker's compensation and then was fired from my job. No doctors I have seen will admit my injuries are from the vaccine. I am left without a diagnosis. I have no job. I am not able to have a functioning life.

No one ever provided me with any information regarding possible adverse reactions, nor did they provide me with any information regarding alternative treatments. I did not understand this was gene therapy rather than a traditional vaccine. Again, I also did not understand that the Vaccines were not "approved" by FDA. No one told me, and I did not understand that the Vaccines were not determined to be "safe and effective" by anyone - only that it was "reasonable to believe" that they were. In addition, the injuries described in this Declaration were caused by the "vaccine" injections I received.

I am not alone. There are thousands of people like me suffering. I have had hundreds of people reaching out to me for help since I went public with my story, but I have no answers for them or me. The people I speak to every day have symptoms similar to mine. Tests are coming back normal and all being given no real answers.

I believe the COVID-19 vaccines should all be immediately pulled from use.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __16__, 2021.

*Shawn Skelton*
Shawn Skelton (Jul 16, 2021 16:16 CDT)

Shawn Skelton

# DECLARATION OF SHAWN SKELTON-amended

Final Audit Report                                                                 2021-07-16

| | |
|---|---|
| Created: | 2021-07-16 |
| By: | Laurie Brander (Laurie@aflds.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq36psT3MgyLQko05rE_xlyb-dyKtoINo |

## "DECLARATION OF SHAWN SKELTON-amended" History

- Document created by Laurie Brander (Laurie@aflds.org)
  2021-07-16 - 8:41:38 PM GMT- IP address: 24.121.220.26

- Document emailed to Shawn Skelton (shawntralain10@gmail.com) for signature
  2021-07-16 - 8:42:10 PM GMT

- Email viewed by Shawn Skelton (shawntralain10@gmail.com)
  2021-07-16 - 9:08:23 PM GMT- IP address: 107.127.49.102

- Document e-signed by Shawn Skelton (shawntralain10@gmail.com)
  Signature Date: 2021-07-16 - 9:16:08 PM GMT - Time Source: server- IP address: 107.127.49.102

- Agreement completed.
  2021-07-16 - 9:16:08 PM GMT

Adobe Sign