## DECLARATION OF BRITTANY GALVIN

Pursuant to 28 U.S.C. § 1746, Brittany Galvin, of Tampa, Florida, hereby declares:

I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

This declaration is submitted in support of legal actions regarding the COVID-19 injections and to revoke the emergency use authorization for COVID-19 injections.

I am Vice President of Sales for a professional organization.  I am 35 years old with three children and I am married.  I have a history of Rheumatoid Arthritis, diagnosed four years ago.  I have been in remission for a couple of years.  Before the COVID injections, I did not take any regular medications.

Before the spring of 2020, I traveled a lot for my work.  Just prior to the reporting of the COVID outbreak in the United States, I had just returned from a ten-day trip to Las Vegas.  Before that, I had been in New York, New Jersey, and other locations.  When I returned from Las Vegas in late February of 2020, I got extremely sick. The Urgent Care doctor I saw told me there was no way I could have COVID because I had not been to China.  In the early days of COVID testing, I believe I may have been tested for COVID up to ten times between March and June 2020.  None of these tests were positive.  However, I was sick for almost three months.

By June of 2020, I had become very ill.  I went to the emergency department and was transferred to Advent Carrollwood Hospital where I was admitted and told I had tested positive for COVID-19.  I was admitted as a COVID patient at Advent on a COVID unit for six days.  I never saw positive test results.  On the first day of my hospital admission, I was treated with Hydroxychloroquine.  By the third day of my hospital stay, I had improved

1

significantly. I had been sick for three months! I had been given so many different medications I cannot keep track of them, and nothing helped before the Hydroxychloroquine. Several months after that hospital stay, I did have a positive antibody test.

My job requires me to attend personal meetings with brokers and their clients. All of us have been mandated by our employer to a stay-at-home order since March of 2020. Before the stay at home order, I was highly successful. Since I have been forced to work from home, my sales have nearly tanked.

I report directly to the CEO of my company. I was pressured weekly at work as to whether I had yet scheduled or received the vaccine. We were told that we all needed to be vaccinated to get back to work. We were also required to sign a "Vaccination Policy Acknowledgement."

My sales team consists of numerous people nationwide. We are well paid with a high base salary plus commission. However, in my line of work it is either sell or get cut from the team. Our employer told us if we got the vaccine, we could get back to work. The pressure was constant, and the message was always that if you do not get vaccinated, you are the problem. Recently, a policy was created that provides that vaccinated people can go back to the office. However, anyone unvaccinated is not allowed in the office and not allowed to have a desk.

I called the office of my rheumatologist, in order to get a medical exemption, but was told by his assistant that they were recommending that **all** patients get the vaccine. She stated that not only would my doctor *not* provide a recommendation against the shot, but that instead, he would write me a letter stating I should get the shot! This incident was extremely alarming to me.

After my doctor failed to support me medically, I felt even weaker in holding my position not to get the shot.

I am still employed, and I am the primary breadwinner for my family. Though I am terrified of backlash, I am not backing down on making this declaration in the hopes it will put a stop to this insanity.

Reluctantly, I took the first Moderna injection on March 28, 2021. Within 4-5 hours of receiving the shot, I had chills all over my body and I felt terrible. I felt unsteady and when I walked it felt like my legs were moving through wet cement. I felt better within about 48 hours, but I was very apprehensive about getting the second shot.

I received my second Moderna injection on May 4, 2021. Because of my fear, I waited until the very last possible day I could get it. I received the shots at my local Publix pharmacy. I filled out a form that asked me if I had a prior autoimmune disease. I checked the box on the form. The form indicated I would need to be seen by a pharmacist. I don't think the form was even read by the people who administered the shot. I did not speak to a pharmacist when I received the shot. I was so nervous and hesitant. In hindsight, I should have listened to my gut. Instead, I went forward against my wishes.

I did not get sick immediately after the second shot, and my arm did not even hurt. However, a couple of days after the shot metal started sticking to my body. I went back into the pharmacy and spoke with a pharmacist in the middle of Publix. By that time, I had learned more about the shots and was alarmed. The pharmacist did not have an answer for me when I asked him why he is giving shots with a blank package insert and why he cannot tell me what is in the shots.

3

On May 22, 2021, about 13 days after my second shot, I seized up at home. I couldn't walk, then I fainted on the floor. My head was tingling and my ears were hot. I had the most terrible headache I could think of. I was able to call 911. By the time paramedics arrived, my body had fully seized up. I was taken to Memorial Hospital of Tampa by ambulance.

When I arrived at the emergency department, the first thing the staff asked me is if I had had the COVID shot, which ones, and when. I overheard a conversation at that emergency room that made me aware that side effects were coming into the hospital regularly and made sense for what was happening to me. I overheard hospital staff talking about seeing a lot of heart conditions, chest pains, and leg numbness from the COVID shots.

At Memorial Hospital, the hospital staff addressed the fact that metal objects were sticking to my body and did x-rays with a spoon stuck to my body. In fact, the MRI technician tried it, and the spoon stuck to him as well. Nobody has a response as to why this is happening. I don't believe anybody knows what is happening.

I was ultimately released and the reason for admission in my chart was ultimately noted as "anxiety."

A few days later, on May 25, 2021, I went to the emergency room at Advent Carrollwood Hospital in Tampa, Florida because of the same symptoms: unsteadiness, numbness, tingling, headaches, nausea, chest pain. I spent the night, tests were done, and again the reason for my admission was noted as "anxiety." After this hospital stay, I made a report to VAERS.

On May 30, 2021, I was again admitted to Advent Carrollwood Hospital. I am still in the hospital on the day I am signing this Declaration, June 8, 2021.

4

During this hospital stay, I have undergone every kind of test under the sun. I have had blood tests, neurology tests, brain MRIs, and a spinal tap. The hospital was about to release me several days ago with a diagnosis of "anxiety." Several people working at the hospital here have told me they are seeing a lot of patients with vaccine side effects.

Just before the hospital was about to release me, the neurology team arrived in my room with results from my lumbar puncture. I was told by my neurologist that my problems are from the COVID shot. He also told me I am not the first patient he has seen with these problems. He told me about another young lady he had seen with the same issues as me.

My neurologist gave me a diagnosis of Guillain Barre Syndrome, Acute Neuropathic POTS, pericarditis, gastroparesis and aseptic meningitis. He attributes my condition to the shot. I have already lost the reflects in my ankles and knees. I was told my neurologist made a report to VAERS.

The day that I am signing this, June 8, 2021, I have had a very stiff neck and my head pain is extreme. I can't go to the bathroom unassisted. Since yesterday, I feel pressure in my head like my brain is swollen. I have also been running a fever and throwing up. I am getting worse, not better. I have a family and a husband. My family needs me. I need to be home and I need to be well.

I feel very strongly about using my experience to warn and help others so this does not happen to them. I have posted my experiences on Instagram at @brit_galvin. My videos have been censored on social media. How can Instagram fact-check me about what is actually happening to me in real-time? I am so alarmed by the crazy things that are happening.

I am not an "antivaxxer" but I was never for this shot. We don't know what is in these shots. I was coerced into taking this for my career and so I could go back to work, and back to making a living. I was told it would be "safer" for me and my clients. My company told me that. My doctor told me that.

I was convinced and pressured into thinking if I didn't take this shot I would be the "dirty" person who didn't do what we are supposed to do. I didn't want to be the person to have to sit in another area in the movie theater.

Taking that shot against my gut feeling was the biggest mistake I have ever made and I want to tell as many people as I can about what happened to me.

I wonder why injuries like mine are not covered in the mainstream media. American people need to know about people like me! Some of us may not be alive in days, weeks, or months. I want people to learn from my experience to pay attention, read package inserts, question the pharmacist, and don't just believe what you are told.

When I took the COVID-19 shot, I was highly confused. The media was saying it was "safe and effective". No one ever provided me with any information regarding possible adverse reactions, nor did they provide me with any information regarding alternative treatments. I did not understand this was gene therapy rather than a traditional vaccine. I also did not understand that the Vaccines were not "approved" by FDA. No one told me, and I did not understand that the Vaccines were not determined to be "safe and effective" by anyone - only that it was "reasonable to believe" that they were. In addition, the injuries described in this Declaration were caused by the "vaccine" injections I received.

Taking the COVID-19 shot was the worst decision I have ever made. There is no job worth it. There is no school worth it. What if you lose the ability to walk or talk? What if it stops your heart?

I believe the COVID-19 "vaccines" should all be immediately pulled from use. Look what is happening to me! I am not the only one. I stand strong in my conviction to make a difference in stopping these injections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July Jul 16, 2021

_brittany galvin (Jul 16, 2021 16:01 EDT)_
Brittany Galvin

# DECLARATION OF BRITTANY GALVIN amended

Final Audit Report                                                              2021-07-16

| Created: | 2021-07-16 |
|---|---|
| By: | Michael Hamilton (attymike@protonmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAK32phf5T3XtxexnMYUqJdtio8a9oq2Rf |

## "DECLARATION OF BRITTANY GALVIN amended" History

- Document created by Michael Hamilton (attymike@protonmail.com)
  2021-07-16 - 6:39:27 PM GMT- IP address: 45.130.83.92

- Document emailed to brittany galvin (brittanymgalvin@gmail.com) for signature
  2021-07-16 - 6:40:54 PM GMT

- Email viewed by brittany galvin (brittanymgalvin@gmail.com)
  2021-07-16 - 7:57:31 PM GMT- IP address: 174.211.98.209

- Document e-signed by brittany galvin (brittanymgalvin@gmail.com)
  Signature Date: 2021-07-16 - 8:01:47 PM GMT - Time Source: server- IP address: 174.211.98.209

- Agreement completed.
  2021-07-16 - 8:01:47 PM GMT

Adobe Sign