Case 2:21-cv-00702-CLM   Document 15-11   Filed 07/19/21   Page 1 of 4

Ex. K

FILED
2021 Jul-19 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION OF DIANE HALLMARK

Pursuant to 28 U.S.C. § 1746, Diane Hallmark of Blount County, Alabama, hereby declares:

I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

This declaration is submitted in support of legal actions to revoke the emergency use authorization for COVID-19 injections, and in support of a preliminary injunction motion to immediately block the emergency use authorization for COVID-19 injections for children under 18, for those who have already contracted COVID-19, and for anyone else until everyone has received informed consent as the laws require.

I am 74 years old. I had 4 bypasses two years ago. Since then I have been in good health. I have type two diabetes and it was well under control for years prior to getting injected with the "vaccine". I have always lived an active life and my husband and I canned 125 or more quarts of tomatoes and peppers every year, right up until we received the injection.

I went to the Health Dept. in Blount County on the 12th of February. I was told that after the injection I might get a light cold. No one told me anything else. No one ever provided me with any information regarding possible adverse reactions, nor did they provide me with any information regarding alternative treatments. I did not understand this was gene therapy rather than a traditional vaccine. I also did not understand that the Vaccines were not "approved" by FDA. No one told me, and I did not understand that the Vaccines were not determined to be "safe and effective" by anyone - only that it was "reasonable to believe" that they were. In

addition, the injuries described in this Declaration were caused by the "vaccine" injections I received.

When I arrived at the Health Department to receive the first injection, they gave me a paper to sign to accept the shot and I thought that once bad things started happening I was stuck because I had signed a paper. However, I was not given time to read the paper and did not receive a copy.

After I received the first injection I went home, and I did come down with cold like symptoms. I was not overly concerned because they told me this might happen. I received the 2d shot on Wednesday the 10th of March. I was scheduled for Friday the 12th of March, but they called and asked me to come in early.

Within a day or so I got very sick and began retaining fluid. I gained 20 pounds in a single week. I was having great difficulty walking. I went to the doctor and he told me that I had bronchitis and the added weight was just because I was fat. On the way home I fell on my own front steps because I was having so much trouble with the use of my legs, and I broke two ribs. I went to the ER where they gave me some pain medicine and sent me home. I could not get up the steps and my son-in-law and granddaughter helped me.

They got me in bed. After that I could not use my legs properly and needed to be fed and assisted with everything including going to the bathroom, which was very embarrassing, because I have never needed help with basic living functions before the injection.

About 5 or 6 days later, my husband began to have great difficulty breathing and the ambulance had to take him to the hospital. At the hospital he was placed in intensive care where he remained for six days.

My son-in-law and granddaughter picked me up and transported me to their house. A couple of days later they took me to the hospital. When I arrived, the doctor took one look at my swollen feet and admitted me to the hospital. I remained in the hospital for 10 days. They diagnosed me with congestive heart failure. During this time, I dropped from 219 lbs. to 168 lbs.

I still needed assistance with basic things such as getting out of bed, walking and going to the bathroom. I started physical therapy in my daughter's home and began to learn to walk and do things once again. I regained some limited function, but I still struggle with the function of my lower limbs and with vertigo and dizziness such that I cannot care for myself, or my husband anymore, and probably never will be able to.

They placed my husband back in the hospital to try a procedure on his heart to see if that would help him. It did not seem to help much. He has trouble breathing to the extent that he can no longer drive to the store, bring in groceries, cook his breakfast or do many of the things he used to do. The doctors say it is his heart, but he never had trouble breathing like this before he received the injection. My husband and I now live with my daughter and her husband and rely upon them for all of our care. It is likely that I will never be self sufficient as I once was.

When I was in the hospital, I told the staff that I thought the vaccine did this and several of the nurses and therapists said they thought so as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2021.

*Diane Hallmark*
Diane Hallmark (Jul 16, 2021 13:07 CDT)

DIANE HALLMARK

# Diane Hallmark Declaration

Final Audit Report                                                                       2021-07-16

| | |
|---|---|
| Created: | 2021-07-16 |
| By: | Michael Hamilton (attymike@protonmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArh3REUSR2q0JulKNUexN0PeG6kwNgJBk |

## "Diane Hallmark Declaration" History

- 📄 Document created by Michael Hamilton (attymike@protonmail.com)
  2021-07-16 - 4:51:04 PM GMT- IP address: 45.130.83.92

- ✉️ Document emailed to Diane Hallmark (krystahall23@gmail.com) for signature
  2021-07-16 - 4:52:13 PM GMT

- 📄 Email viewed by Diane Hallmark (krystahall23@gmail.com)
  2021-07-16 - 4:53:34 PM GMT- IP address: 74.125.213.17

- ✍️ Document e-signed by Diane Hallmark (krystahall23@gmail.com)
  Signature Date: 2021-07-16 - 6:07:12 PM GMT - Time Source: server- IP address: 64.64.110.5

- ✅ Agreement completed.
  2021-07-16 - 6:07:12 PM GMT

**Adobe Sign**