FILED

2021 Jul-23  PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, ETC., et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.  12:21-cv-00702-CLM |
| XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND John & Jane Does I-V; Black & White Partnerships; and ABC Corporations I-V, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION OF

## OUT-OF-STATE LAWYER PRO HAC VICE

Comes now Jonathan Diener, an attorney admitted to licensed and admitted to practice in state

and federal courts of New Mexico, and respectfully moves this Honorable Court for an order

admitting him to practice in this case Pro Hac Vice. As grounds herefor, he shows as follows:

1.  CONTACT INFO:

Jonathan Diener
PO Box 27
Mule Creek, NM 88051
575-388-1754
jonmdiener@gmail.com

BAR NO. 4757

-2-

2.  RESIDENCE ADDRESS AND ABOVE OFFICE MAILING ADDRESS ARE THE SAME.

3.  PHYSICAL OFFICE ADDRESS IS: 301 College Ave. #12, Silver City, NM 88061

4.  COUNSEL HAS NO FAX NUMBER

5..  Counsel is in good standing and was recently admitted to the 10th Circuit Court of Appeals


Wherefore, the premises considered, JONATHAN DIENER respectfully moves this

Honorable Court for an order permitting him to appear Pro Hac Vice in this cause.

> /S / Jonathan Diener
> Jonathan Diener
> PO Box 27
> Mule Creek, NM 88051
> 575-388-1754
>  jonmdiener@gmail.com