UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, etc., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:21-cv-00702-CLM |
| XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This case comes before the court on the parties' joint motion to set a briefing schedule (doc. 19). The court **GRANTS** the motion (doc. 19) and sets the following briefing schedule on Plaintiffs' motion for preliminary injunction:

- Defendants' consolidated motion to dismiss and brief in opposition to Plaintiffs' motion for preliminary injunction is due on or before **September 16, 2021**. Defendants' brief shall not exceed 45 pages.

- The court will hold a telephone status conference on **September 21, 2021 at 9:30 AM Central Time**. Counsel should call (877) 873-8018 and use access code 6714714 to participate. During the call, the court will discuss whether a hearing on the motion for preliminary injunction is necessary.

- Plaintiffs shall file a consolidated brief in opposition to Defendants' motion to dismiss and reply brief in support of Plaintiffs' motion for preliminary injunction on or before **October 15, 2021**. Plaintiffs' brief shall not exceed 45 pages.

- Defendants shall file a reply brief in support of their motion to dismiss on or before **November 5, 2021**. Defendants' brief shall not exceed 25 pages.

All briefs shall use 14-point, Times New Roman font in the body and 12-point, Times New Roman font in footnotes. The text of briefs shall be double-spaced, except for quotations exceeding 50 words, which may be block indented from the left and right margins and single-spaced.

**DONE** and **ORDERED** on August 24, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE