# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, et al, )<br>)<br>Defendants. ) | Case No. 2:21-cv-702-CLM |

## NOTICE OF VOLUNTARY DISMISSAL

Come now the plaintiffs, pursuant to Rule 41 (a), F.R.Cv.P., and do hereby dismiss Count VII of the complaint filed herein (ECF 10).

Respectfully submitted this the 28th day of August, 2021.

         /s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

CERTIFICATE OF SERVICE

    I hereby certify that on this date, August 28, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendants:

Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

                                               /s/ Lowell H. Becraft, Jr.
                                               Lowell H. Becraft, Jr.