IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, *et al.*,<br>　　　　Defendants. | Case No. 2:21-cv-702-CLM |

## ORDER

The Plaintiffs have filed a *Notice of Voluntary Dismissal* (doc. 21), in which they seek to "dismiss Count VII of the complaint" under Rule 41(a). But in *Perry v. Schumacher Group of Louisiana.*, 891 F.3d 954 (11th Cir. 2018), the Eleventh Circuit held that Rule 41(a) is not an appropriate vehicle to dismiss a single claim without dismissing the entire lawsuit, *id.* at 958. Because the Court cannot use Rule 41(a) as the Plaintiffs wish, the Court **DENIES** Plaintiffs' motion.

To accomplish the same task, Plaintiffs may seek leave to amend their Complaint under Rule 15, *id.*, and the Court invites them to do so.

**DONE** and **ORDERED** on September 3, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE