IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:21-CV-702-CLM <br> **OPPOSED** |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE A CLAIM**

COMES NOW Defendants Xavier Becerra, Secretary of Health and Human Services, in his official capacity only; Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases, in his official capacity only; Dr. Janet Woodcock, Acting Commissioner of Food and Drugs, in her official capacity only;[1] the U.S. Department of Health and Human Services; the Food and Drug Administration; the Centers for Disease Control and Prevention; the National Institutes of Health; and the National Institute of Allergy and Infectious Diseases (collectively, "HHS"), by and through Isaac C. Belfer, Trial Attorney, and James W. Harlow, Senior Trial Attorney, Consumer Protection Branch, Civil Division, U.S.

---

[1] This Motion to Dismiss is not being submitted on behalf of Secretary Becerra, Dr. Fauci, or Dr. Woodcock in their individual capacities.

Department of Justice, and file this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).[2]

The Complaint should be dismissed for lack of subject matter jurisdiction because Plaintiffs lack standing; the challenged actions are unreviewable under the Administrative Procedure Act ("APA"); and the Court lacks jurisdiction over Plaintiffs' mandamus claim. The Complaint should be dismissed for improper venue because the only potential bases for venue in this District are the claims by the eight Plaintiffs who reside in Alabama, and each of these Plaintiffs lacks standing. Finally, the Complaint should be dismissed for failure to state a claim upon which relief can be granted because it fails to state a claim that the challenged actions are unlawful under the APA; it fails to state a claim under customary international law or 45 C.F.R. Part 46; and it fails to state a mandamus claim. The grounds for this Motion to Dismiss are more fully set forth in the concurrently filed Memorandum of Law, the Declaration of Suzann Burk, and the exhibits attached thereto.

| | |
|---|---|
| Dated: September 16, 2021 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| DANIEL BARRY<br>Acting General Counsel<br>U.S. Department of Health and Human Services | ARUN G. RAO<br>Deputy Assistant Attorney General |
| | GUSTAV W. EYLER<br>Director |

---

[2] Pursuant to the Court's Order (ECF No. 20), HHS is filing a consolidated memorandum of law in support of its Motion to Dismiss and in opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 15).

Perham Gorji
Deputy Chief Counsel, Litigation

James Allred
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
White Oak 31
Silver Spring, MD 20993-0002

Hilary K. Perkins
Assistant Director

**/s/  Isaac C. Belfer**
Isaac C. Belfer
Trial Attorney

**/s/  James W. Harlow**
James W. Harlow
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
Tel: (202) 305-7134 (Belfer)
Tel: (202) 514-6786 (Harlow)
Fax: (202) 514-8742
Email: Isaac.C.Belfer@usdoj.gov
Email: James.W.Harlow@usdoj.gov

Prim F. Escalona
United States Attorney

Don B. Long, III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
Tel: (205) 244-2106
Fax: (204) 244-2171
Email: Don.Long2@usdoj.Gov

*Counsel for Defendants Xavier Becerra, Secretary of Health and Human Services, in his official capacity only; Dr. Anthony Fauci, Director of the National Institute of Allergy and*

3

*Infectious Diseases, in his official capacity only; Dr. Janet Woodcock, Acting Commissioner of Food and Drugs, in her official capacity only; the U.S. Department of Health and Human Services; the Food and Drug Administration; the Centers for Disease Control and Prevention; the National Institutes of Health; and the National Institute of Allergy and Infectious Diseases*

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney