FILED
2021 Sep-21 AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:21-cv-702-CLM<br>) |
| XAVIER BECERRA, et al, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL
## OF PRELIMINARY INJUNCTION MOTION

Come now the plaintiffs and hereby give notice that they hereby withdraw their pending motion for a preliminary injunction (ECF 15).

Respectfully submitted this the 21st day of September, 2021.

    /s/ Lowell H. Becraft, Jr.
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

1

CERTIFICATE OF SERVICE

   I hereby certify that on this date, September 21, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to all counsel for the parties in this case.

               /s/ *Lowell H. Becraft, Jr.*
               Lowell H. Becraft, Jr.