**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

AMERICA'S FRONTLINE DOCTORS, INC.,
a 501C3 Organization; DR. DAVID CALDERWOOD, an
individual; JOSEPH MAKOWSKI, an individual; LYLE
BLOOM, an individual; ELLEN MILLEN, an individual;
JODY SOBCZAK, an individual; MICHAEL NELSON, an
individual; and JOSEPH LEAHY, an individual;

      Plaintiffs,
  vs.

the UNITED STATES  OF AMERICA; JOSEPH R. BIDEN,
JR., in his official capacity as President of the United States;
XAVIER BECERRA, Secretary of the U.S. Department of
Health and Human Services, in his official and personal
capacities, DR. ANTHONY FAUCI, Director of the National
Institute of Allergies and Infectious Diseases, in his official
and personal capacities, DR. JANET WOODCOCK, Acting
Commissioner of the Food and Drug Administration, in her
official and personal capacities, U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES; the FOOD AND
DRUG ADMINISTRATION; the CENTER FOR DISEASE
CONTROL AND PREVENTION; the NATIONAL
INSTITUTE OF HEALTH; the NATIONAL INSTITUTE
OF ALLERGIES AND INFECTIOUS DISEASES; and
DOES I-X
      Defendants.

Civil Action No.
2:21-cv-00702-CLM

**AMENDED COMPLAINT**

**Jury Trial Demanded**

## COMPLAINT

### INTRODUCTION

Plaintiffs are either individuals facing a COVID vaccine mandate, or organizations whose members have received a COVID-19 vaccine mandate. Plaintiffs contend that no emergency exists and thus all EUAs and emergency actions are invalid, the EUAs were issued in bad faith and in violation of the law, the COVID-19 vaccines were misbranded, and any mandate of the COVID-19 vaccines is unconstitutional.

This challenge will establish that, illegally and in bad faith, the following are true:

- The COVID vaccine mandates are unlawful and unconstitutional. Further, Plaintiffs assert that the declaration of an emergency, issuance of an EUA, current branding of the COVID-19 vaccines, and mandate of vaccines authorized under said EUA cannot be supported under the following circumstances which will be demonstrated at trial:

- Over 99.8% of all those infected with COVID survive with the number being far higher in a vast majority of the population. Even the highest risk population has approximately a 95% recovery rate which is substantially higher than many other diseases we have lived with for centuries with no emergency measures taken. (Hence *no emergency exists*).

- Merriam Webster defines an emergency as: an unexpected and usually dangerous situation that calls for immediate action.[1] It is undisputed that COVID-19 will remain with us forever and thus this is not an emergency. If we allow emergency measures indefinitely we are constructively amending the Constitution and rewriting legislation through the use of the emergency declaration.

- Those who survive COVID-19 or it's variants ("COVID") obtain robust and durable natural immunity. The natural immunity so obtained is superior to COVID vaccine-induced immunity.

- Adequate alternative treatments exist.

- The COVID vaccines are ineffective against the Delta strain of COVID, which the Center for Disease Control ("CDC") states is the dominant (>99%) strain spreading throughout the United States.

- The CDC Director has acknowledged that the COVID vaccines do not prevent infection or transmission of COVID: "[W]hat the vaccines can't do anymore is prevent transmission."[2] The CDC has also acknowledged that the vaccinated and

---

[1] https://www.merriam-webster.com/dictionary/emergency. Retrieved 10/29/2021
[2] As the Wuhan vaccine cannot stop transmission of Delta, several studies have proven that the vaccinated are passing the Delta strain amongst each other. For example, as reported by the NEJM, University of San Diego healthcare workers. The New England Journal of Medicine, Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce (September 30, 2021). https://www.nejm.org/doi/full/10.1056/NEJMc2112981.

unvaccinated are equally likely to spread the virus.[3]

- The CDC changed its definition of "vaccine" in August 2021 without following any formal rulemaking process despite the word vaccine carrying important legal implications. Plaintiffs will show this to be a substantive rule change subject to notice and comment under the Administrative Procedures Act ("APA"). This process did not occur prior to these changes.

- Plaintiffs contend that the vaccines are not actually vaccines.

- On October 22, 2020, during a web-conference/meeting of the Vaccines and Related Biological Products Advisory Committee of the FDA, a slide was shown to the attendees disclosing likely known adverse consequences of the vaccines. Despite this disclosure the COVID vaccines have been relentlessly misbranded, without limitation, as both "vaccines" and as "safe and effective".

- Mandating COVID vaccines violates the fundamental right of bodily integrity protected by United States Constitution as stated in *Planned Parenthood v. Casey,* 505 U.S. 833 which cited and largely overturned *Jacobson v Massachusetts*.

- The COVID vaccines cause a significantly higher incidence of injuries, adverse reactions, and deaths than any prior vaccines that have been allowed to remain on the market and pose a significant health risk to recipients.

- As COVID vaccines do not prevent the infection or transmission of COVID but do result in a significant number of adverse events and deaths, Plaintiffs allege that the authorization alone is an illegal abuse of discretion, and the mandate of these vaccines is an unconscionable act done in bad faith.

## THE PARTIES

## PLAINTIFFS

**AMERICA'S FRONTLINE DOCTORS ("AFLDS")** is a non-partisan, not-for-profit organization of hundreds of member physicians that come from across the country, representing a range of medical disciplines and practical experience on the front lines of medicine.

---

[3] https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm?s_cid=mm7031e2_w

Many of AFLDS member physician's employers subscribe to and follow the recommendations of the American Medical Association ("AMA"). In a special meeting in November of 2020, the AMA's Council on Ethical and Judicial Affairs, updated a previously published Ethics Opinion in the AMA Code of Medical Ethics as opinion 8.7, "Routine Universal Immunization of Physicians."

In this updated opinion, the astonishing position was taken that not only do physicians have an ethical and moral obligation to inject themselves with the experimental COVID vaccines, but they also have an ethical duty to encourage their patients to do likewise. The ethics opinion repeatedly uses the phrase "safe and effective" as a descriptor for the experimental COVID-19 vaccination. The AMA's ethics opinion goes on to state that institutions may have a responsibility to require immunization of all staff.

"Physicians and other health care workers who decline to be immunized with a safe and effective vaccine, without a compelling medical reason, can pose an unnecessary medical risk to vulnerable patients or colleagues," said AMA Board Member Michael Suk, MD, JD, MPH, MBA. "Physicians must strike an ethical balance between their personal commitments as moral individuals and their obligations as medical professionals."

The ethical opinion adopted by the AMA House of Delegates declares that doctors:

> have an ethical responsibility to encourage patients to accept immunization when the patient can do so safely, and to take appropriate measures in their own practice to prevent the spread of infectious disease in health care settings. Physician practices and health care institutions have a responsibility to proactively develop policies and procedures for responding to epidemic or pandemic disease with input from practicing physicians, institutional leadership, and appropriate specialists. Such policies and procedures should include robust infection-control practices, provision and required use of appropriate protective equipment, and a process for making appropriate immunization readily available to staff. During outbreaks of vaccine-preventable disease for which there is a safe, effective vaccine, institutions' responsibility may extend to requiring immunization of staff.

88  It is clear from this ethics opinion that AFLDS member physicians would be considered

89 by their employers to be both morally and ethically bound by a duty to encourage 12–15-year-

90 old minors to receive the experimental COVID-19 vaccination injection.

91  A great number of AFLDS member physicians and medical workers are currently facing

92 COVID vaccine mandates at threat of their "job".

93  It is critical to point out that for AFLDS member physicians, the practice of medicine is

94 not simply a job. Neither is it merely a career. Rather, it is a sacred trust. It is a true high calling

95 that often requires a decade or more of highly focused sacrificial dedication to achieve.

96  To grasp the irreparable nature of the harm they face, one must consider the ease with

97 which even an anonymous report can be made that may injure or haunt a physician's career. The

98 National Physicians Database ("NPDB") was created by Congress with the intent of providing a

99 central location to obtain information about practitioners. However, as Darryl S. Weiman, M.D.,

100 J.D. pointed out, the "black mark of a listing in the NPDB may not accomplish what the law was

101 meant to do; identify the poor practitioner." Weiman goes on to point out that "It is the threat of

102 a NPDB report which prevents the open discussion, fact-finding, and broad-based analysis and

103 problem solving which was the intent of the meaningful peer-review of the HCQIA."

104  The gross imbalance of equities between an individual physician and the various large

105 institutions and pharmaceutical companies which exert tremendous sway over their professional

106 calling has many physicians fearful of pushing back against COVID vaccine mandates.

107  AFLDS may assert and protect the rights of its members as an association. (*see* Doe v.

108 Stincer, 175 F.3d 879 (11th Cir. 1999). *See also* Pa. Psychiatric Society v. Green Spring Health

109 Servs., Inc., 280 F.3d 278 (3d Cir.2002); Association of American Physicians & Surgeons, Inc.

110 v. Texas Medical Board, 627 F.3d 547 (5th Cir. 2010); Retired Chi. Police Ass'n v. City of

111   Chicago, 7 F.3d 584, 601-02, 608 (7th Cir. 1993). Cf., *and* Ass'n of Am. Physicians & Surgeons

112   v. United States FDA, No. 20-1784, 2021 U.S. App. LEXIS 27157 (6th Cir. Sep. 9, 2021)).

113       **DR. DAVID CALDERWOOD ("Dr. Calderwood)** is a physician licensed to practice

114   medicine in the State of Alabama. He lives and works in Huntsville, Madison County, Alabama,

115   and one of his patients is Plaintiff JOSEPH MAKOWSKI. DR. CALDERWOOD has advised

116   MAKOWSKI to not take any of the vaccines at issue in this complaint due to his health

117   condition(s). DR. CALDERWOOD is entitled to assert the rights of his patient. (*See* Craig v.

118   Boren, 429 U.S. 190 (1976); June Medical Services, LLC v. Russo, 140 S.Ct. 2103, 2118-19

119   (2020); *and* Robinson v. Attorney Gen., 957 F.3d 1171, 1177 (11th Cir. 2020)).

120       **JOSEPH MAKOWSKI ("Makowski")** lives and works in Huntsville, Alabama.

121   Makowski works for a federal contractor that provides services on a federal installation in

122   Madison County. Makowski's employer has issued a mandate declaring that he must be

123   vaccinated no later than November 8, 2021. However, Makowski's physician, Dr. Calderwood,

124   has advised that because of his medical problems, he should not take any Vaccine.\

125       **ELLEN MILLEN ("Millen")** is a resident of Huntsville, Alabama and a Systems

126   Engineer at Raytheon, a Federal Contractor. She has been employed there for 25 years. As a

127   result of Defendant Biden's Executive Order 14043 applicable to federal government employees,

128   Millen confronts the vaccine mandate in November, 2021.

129       **LYLE BLOOM ("BLOOM")** is a resident of Huntsville, Alabama and a Program

130   Director for Cummings Aerospace, a federal contractor. As a result of Defendant Biden's

131   Executive Order 14043 applicable to federal government employees, Bloom confronts the

132   vaccine mandate in November, 2021.

133      **JODY SOBCZAK ("SOBCZAK")** is is a resident of Huntsville, Alabama and an
134      employee of Boeing. As a result of Defendant Biden's Executive Order 14043 applicable to
135      federal government employees, both confront the vaccine mandate in November, 2021.

136      **MICHAEL NELSON ("Nelson")** and **JOSEPH LEAHY (Leahy")** are citizens and
137      residents of Madison County, Alabama, and both are employed at the Marshall Space Flight
138      Center in Huntsville. As a result of Defendant Biden's Executive Order 14043 applicable to
139      federal government employees, both confront the vaccine mandate in November, 2021.

140      **DEFENDANTS**

141      Defendants are the United States, the President of the United States, appointed officials
142      of the United States government, and United States governmental agencies responsible for the
143      issuance and implementation of the challenged actions.

144      **JOSEPH R. BIDEN, JR. ("President Biden")** issued the challenged executive order.
145      See 86 Fed. Reg. at 50,985.

146      **XAVIER BECERRA ("Secretary Becerra")** is the current Secretary of the U.S.
147      Department of Health and Human Services. He is being sued in his official capacity.

148      **DR. ANTHONY FAUCI ("Dr. Fauci")** is the Director of Defendant National Institute
149      of Allergies and Infectious Diseases, a federal sub-agency of the Department of Health and
150      Human Services. He is being sued in his official capacity.

151      **DR. JANET WOODCOCK ("Dr. Woodcock")** is the current Acting Commissioner of
152      the Food and Drug Administration, a federal sub-agency of the Department of Health and
153      Human Services. She is being sued in her official capacity.

154      **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("DHHS")** is a
155      federal agency.

156         **FOOD AND DRUG ADMINISTRATION ("FDA")** is a federal sub-agency of DHHS.

157         **CENTER FOR DISEASE CONTROL AND PREVENTION ("CDC")** is a federal

158  sub-agency of DHHS.

159         **NATIONAL INSTITUTE OF HEALTH ("NIH")** is a federal sub-agency of DHHS.

160         **NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES**

161  **("NIAID")** is a federal sub-agency of DHHS.

162         **DOES I - X**, are as yet unknown agencies and/or individuals who violated the law and

163  harmed Plaintiffs.

164         The Federal Defendants have coordinated, collaborated, planned and conspired, each

165  with the others, and aided and abetted each other to implement and undertake the unlawful

166  actions described herein.

167         The federal contractor Defendants have issued COVID vaccine mandates at threat of

168  employment, and/or have issued unlawful denials of religious accommodation exemptions from

169  their employees.

## III. JURISDICTION, VENUE, STANDING

171         This Court exercises subject matter jurisdiction under 28 U.S.C. § 1331, which confers

172  original jurisdiction on federal district courts to hear suits arising under the laws and Constitution

173  of the United States.

174         This Court also exercises subject matter jurisdiction in accordance with 28 U.S.C. §

175  1361, which grants to district courts original jurisdiction "of any action to compel an officer or

176  employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

177  Defendants owe a duty to Plaintiffs to comply faithfully with § 360bbb-3 and 45 CFR Part 46,

178  the provisions of which are intended to protect them.

179     This Court has the authority to grant the requested declaratory relief under 28 U.S.C. §

180     2201, and the requested injunctive relief under 28 U.S.C. § 1343(a).

181     This Court has Jurisdiction under the Constitution of the United States and Authority

182     under its own equitable powers.

183     This Court is the appropriate venue for this litigation pursuant to 28 U.S.C. § 1391(e)(1)

184     since the Defendants are officers or employees of the United States acting in an official capacity

185     or under color of legal authority, and agencies of the United States, and at least one Plaintiff

186     resides in this District, and real property is not involved.

187     This Court has authority under Administrative Procedures Act ("APA"), which provides:

188     "A person suffering legal wrong because of agency action, or adversely affected or aggrieved by

189     agency action within the meaning of the relevant statute, is entitled to judicial review thereof." (5

190     U.S.C. § 702, et seq.).  Further:

191     *[t]he reviewing court shall —*

192     *(2) hold unlawful and set aside agency action, findings, and conclusions found*
193     *to be*

194     *(A) arbitrary, capricious, an abuse of discretion, or otherwise not in*
195     *accordance with law;*

196     *(B) contrary to constitutional right, power, privilege, or immunity;*

197     *(C) in excess of statutory jurisdiction, authority, or limitations, or short of*
198     *statutory right* (5 U.S.C. § 706).

199     Plaintiffs satisfy the "case-or-controversy" requirement of Article III of the Constitution

200     and have standing to sue because they:

201     *[have] suffered an "injury in fact" that is (a) concrete and particularized and (b)*
202     *actual or imminent, not conjectural or hypothetical; (2) the injury is fairly*
203     *traceable to the challenged action of the defendant; and (3) it is likely, as opposed*
204     *to merely speculative, that the injury will be redressed by a favorable decision.*
205     *(*Fla Wildlife Fed'n, Inc. v. S. Fla. Water Mgmt. Dist., 647 F.3d 1296, 1302 (11th
206     Cir. 2011)).
207

208    In <u>Home Building and Loan Association v. Blaisdell</u>, 290 U.S. 398 (1934), the U.S.
209 Supreme Court stated: "Whether an emergency exists upon which the continued operation of the
210 law depends is always open to judicial inquiry." (290 U.S. at 442, citing <u>Chastleton Corp. v.</u>
211 <u>Sinclair</u>, 264 U.S. 543 (1924)).

212    In <u>Sinclair</u>, the Supreme Court stated: "A law depending upon the existence of
213 emergency or other certain state of facts to uphold it may cease to operate if the emergency
214 ceases or the facts change." (264 U.S. at 547).

215    Both <u>Blaisdell</u> and <u>Sinclair</u> are clear authority that an emergency and the rules
216 promulgated thereunder must end when the facts of the situation no longer support the
217 continuation of the emergency.  They also forbid this Court to merely assume the existence of a
218 "public health crisis" based on the pronouncements of the Executive Defendants.  They are clear
219 authority that it is the duty of the court of first instance to grapple with this question and conduct
220 an inquiry.   "[A] Court is not at liberty to shut its eyes to an obvious mistake when the validity
221 of the law depends upon the truth of what is declared."  (Id.)

222    The <u>Sinclair</u> court instructed lower courts to inquire into the factual predicate underlying
223 a declaration of emergency, where there appears to have been a change of circumstances: "the
224 facts should be gathered and weighed by the court of first instance and the evidence preserved
225 for consideration by this Court if necessary." (264 U.S. at 549).

226    ## I.  NO EMERGENCY EXISTS

227    **The Emergency Use Authorization Framework**

228    <u>Basis for DHHS Secretary's Declaration of Emergency</u>

229     Section 360bbb–3(b) authorizes the DHHS Secretary to declare a "public health

230     emergency" justifying the emergency use of unapproved medical products, in relevant part as

231     follows (emphasis added):

232         *(b)  Declaration of emergency or threat justifying emergency authorized use*
233             *(1) In General.  The Secretary may make a declaration that the circumstances exist*
234                 *justifying the authorization under this subsection for a product on the basis of—*
235             *[...]*
236         *(c)  a determination by the Secretary that there is a public health emergency, or a*
237             *significant potential for a public health emergency, **that affects, or has a significant***
238             ***potential to affect, national security** or the health and security of*
239             *United States citizens living abroad, and that involves a biological, chemical,*
240             *radiological, or nuclear agent or agents, or a disease or condition that may be*
241             *attributable to such agent or agents;*

242

243     The DHHS Secretary declared a "public health emergency" pursuant to §360bbb–

244     3(b)(1)(C) on February 4, 2020, after making the relevant finding.  Plaintiffs contend and the

245     facts set forth below demonstrate that the finding was made in error, without any real

246     justification, since there is no bona fide underlying public health emergency, and as such the

247     EUAs for the Vaccines are unlawful.

248     <u>Criteria for Issuance of Emergency Use Authorization</u>

249     Once the DHHS Secretary has declared a public health emergency, § 360bbb–3(c)

250     authorizes him to issue EUAs "only if" certain criteria are met, in relevant part as follows

251     (emphasis added):

252         *(c)  Criteria for issuance of authorization. The Secretary may issue an*
253             *authorization under this section with respect to the emergency use of*
254             *a product **only if**, [...] the Secretary concludes*
255             *(1) that an agent referred to in a declaration under subsection (b) can cause **a***
256                 ***serious or life threatening disease or condition**,*
257             *(2)  that, based on the totality of scientific evidence available to the Secretary,*
258                 *including **data from adequate and well-controlled clinical trials**, if*
259                 *available, **it is reasonable to believe that**—*
260                 *(A) **the product may be effective** in diagnosing, treating, or preventing—*
261                     *(i) such disease or condition; or*

262     *(ii) a serious or life-threatening disease or condition caused by*
263     *a product authorized under this section, approved or cleared*
264     *under this chapter, or licensed under section 351 of the Public*
265     *Health Service Act [42 U.S.C. 262], for diagnosing, treating, or*
266     *preventing such a disease or condition caused by such an agent;*
267     *and*
268    *(B) **the known and potential benefits of the product**, when used to*
269    *diagnose, prevent, or treat such disease or condition, **outweigh the***
270    ***known and potential risks of the product**, taking into consideration*
271    *the material threat posed by the agent or agents identified in a*
272    *declaration under subsection (b)(1)(D), if applicable;*
273   *(3) that there is **no adequate, approved, and available alternative** to*
274   *the product for diagnosing, preventing, or treating such disease or*
275   *condition;*

276  Plaintiffs contend and the facts set forth below demonstrate that the Secretary has not met

277 and cannot meet the criteria for issuing EUAs for the Vaccines.

278  <u>Conditions of Authorization</u>

279  Once an EUA has been issued, §360bbb–3(e) obligates the Secretary to establish such

280 conditions on an authorization as are necessary to ensure that both healthcare professionals and

281 consumers receive certain minimum required information, in relevant part as follows (emphasis

282 added):

283   *(e) Conditions of authorization*

284    *(1) Unapproved Product*

285     *(A) **Required** conditions. With respect to the emergency use of an*
286     *unapproved product, the Secretary [...] **shall** [...] establish*
287     *[...]:*

288      *(i) Appropriate conditions **designed to ensure** that health care*
289      *professionals administering the product are informed —*

290       *(I) that the Secretary has authorized the **emergency use***
291       *of the product;*

292       *(II) of the **significant known and potential benefits and***
293       ***risks** of the emergency use of the product, and of the*
294       *extent to which such benefits and risks are known;*
295       *and*

296       *(III) of the **alternatives** to the product that are available,*
297       *and of their benefits and risks.*

> (ii) *Appropriate conditions designed to ensure that individuals to whom the product is administered are informed —*
>
> > (I) *that the Secretary has authorized the **emergency use** of the product;*
> >
> > (II) *of the **significant known and potential benefits and risks** of the emergency use of the product, and of the extent to which such benefits and risks are known; and*
> >
> > (III) *of the **option to accept or refuse** administration of the product, of the consequences, if any, of refusing administration of the product, and of the **alternatives** to the product that are available, and of their benefits and risks.*
>
> (iii) *Appropriate conditions for the **monitoring and reporting of adverse events** associated with the emergency use of the product.*

Plaintiffs contend and the facts set forth below demonstrate that the Secretary has failed to satisfy the conditions for authorization, because he has not ensured that healthcare professionals and Vaccine subjects are properly informed, and because he has actively suppressed and/or mischaracterized information relating to the Vaccines without which informed consent cannot be provided and without which the conditions for authorization cannot be and have never been met.

**The Vaccine EUAs are Unlawful — There is No Underlying Emergency**

In approximately January of 2020, the media began creating and circulating news stories that seemed designed to generate panic, regarding a new and deadly disease that could kill us all. This was odd given that the estimated fatality rate at the time was between 2-4%. By contrast, tuberculosis has a fatality rate of approximately 10%, the original SARS virus had a fatality rate of approximately 9%, and the MERS virus had a fatality rate of approximately 30% — all had similar rates of spread.

329    The actual COVID-19 statistics present a vastly different picture than the one painted by

330    the media — a fatality rate of 0.2% globally, dropping to 0.03% for persons under age 70, which

331    is comparable to the yearly flu.  Further, statistically, the fatality risk is limited to the elderly

332    population.  The Defendants' own data published through publicly accessible government

333    portals[4] establishes that there is no public health emergency due to SARS-CoV-2 and COVOD-

334    19:

| United States Totals | |
| --- | --- |
| COVID-19 Emergency Room Visits | 1.2% are due to COVID-19 (In 26 states, COVID-19 accounts for less than 1% of ER visits.  The highest percentage is 3.1%). |
| COVID-19 Inpatients | 4% of all inpatients are due to COVID-19 |
| COVID-19 ICU Patients | 9% of all ICU are due to COVID-19 |
| COVID-19 Hospitalizations | 15 per 100,000 or less in 46 states, and 20 per 100,000 or less in 49 states |
| COVID-19 "Cases" | 9 per 100,000 per day |

335

336    The actual COVID-19 fatality numbers are vastly lower than those reported.  On March

337    24, 2020, the DHHS changed the rules applicable to coroners and others responsible for

338    producing death certificates and making "cause of death" determinations — **exclusively for**

339    **COVID-19**.  The rule change states that "COVID-19 should be reported on the death certificate

340    for all decedents where the disease caused *or is assumed to have caused or contributed* to death."

341    Many doctors have attested that permitting such imprecision on a legal document (death

342    certificate) has never happened before in modern medicine. This results in reporting of deaths as

343    caused by COVID-19, even when in fact deaths were imminent and inevitable for other pre-

344    existing reasons and caused by co-morbidities.  In other words, people dying **with** COVID-9 are

---

[4] See, e.g., https://healthdata.gov and https://healthdata.gov/Health/COVID-19-Community-Profile-Report/gqxm-d9w9

345  being reported as dying **from** COVID-19.  DHHS statistics are now showing that 95% of deaths

346  classed as "COVID-19 deaths" involve an average of four additional co-morbidities.

347  Substantial government subsidies paid for reported COVID-19 deaths undoubtedly fuel

348  this misattribution of the cause of death.  Former CDC Director Robert Redfield acknowledged

349  this perverse financial incentive in sworn Congressional testimony on COVID-19: "I think

350  you're correct in that we've seen this in other disease processes too, really in the HIV epidemic,

351  somebody may have a heart attack, but also have HIV – the hospital would prefer the

352  classification for HIV because there's greater reimbursement."

353  Dr. Genevieve Briand of John Hopkins University published a study demonstrating that

354  the overall death rate in the United States has remained the same, despite the deaths attributed to

355  COVID-19.  Dr. Briand analyzed federal CDC data for 2018 and 2020 and found that nationwide

356  deaths from causes other than COVID-19, decreased by the same amount that COVID-19 deaths

357  increased, raising the presumption that deaths from these other causes have been characterized as

358  COVID-19 deaths.  There are no excess deaths due to COVID-19.

359  Similarly, the actual number of COVID-19 "cases" is far lower than the reported number.

360  The signs, symptoms and other diagnostic criteria for COVID-19 are laughably broad.  Applying

361  the criteria, countless ailments can be classed as COVID-19, especially the common cold or

362  ordinary seasonal flu. Compounding the problem, the DHHS authorized the use of the

363  polymerase chain reaction ("PCR") test as a diagnostic tool for COVID-19, with disastrous

364  consequences.  The PCR tests are themselves experimental products, authorized by the FDA

365  under separate EUAs.  Test manufacturers use disclaimers like this in their product manuals:

366  "[t]he FDA has not determined that the test is safe or effective for the detection of SARS-Co-V-

367  2"

368    A PCR test can only test for the presence of a fragment of the RNA of the SARS-CoV-2

369 virus, and literally, by itself, cannot be used to diagnose the COVID-19 disease. The RNA

370 fragment detected may not be intact and may be dead, in which case it cannot cause the disease

371 COVID-19. This is analogous to finding a car part, but not a whole car that can be driven.

372 Manufacturer inserts furnished with PCR test products include disclaimers stating that the PCR

373 tests should NOT be used to diagnose COVID-19. This is consistent with the warning issued by

374 the Nobel Prize winning inventor of the PCR test that such tests are not appropriate for

375 diagnosing disease.

376    Further, the way in which the PCR tests are administered guaranties an unacceptably high

377 number of false positive results.  Cycle Threshold Value ("CT value") is essentially the number

378 of times that a sample (usually from a nasal swab) is magnified or amplified before a fragment of

379 viral RNA is detected. The CT Value is exponential, and so a 40-cycle threshold means that the

380 sample is magnified around a trillion times.  The higher the CT Value, the less likely the detected

381 fragment of viral RNA is intact, alive and infectious.

382    Virtually all scientists, including Dr. Fauci, agree that any PCR test run at a CT value of

383 35-cycles or greater is useless.   Dr. Fauci has stated:

384    ***What is now evolving into a bit of a standard is that if you get a cycle threshold***
385    ***of 35 or more that the chances of it being replication competent are***
386    ***miniscule****...We have patients, and it is very frustrating for the patients as well as*
387    *for the physicians…somebody comes in and they repeat their PCR and it's like 37*
388    *cycle threshold…you can almost never culture virus from a 37 threshold cycle. So*
389    *I think if somebody does come in with 37, 38, even 36, you gotta say, you know,*
390    *it's dead nucleotides, period." In other words, it is not a COVID-19 infection.*
391
392    A study funded by the French government showed that even at 35-cycles, the false

393 positivity rate is as high as 97%.  Despite this, a majority of the PCR tests for COVID-19

394 deployed under EUAs in the United States are run at cycles seemingly guaranteed to produce

395   false positive results. Under the EUAs issued by the FDA, there is no flexibility to depart from

396   the manufacturer's instructions and change the way in which the test is administered or

397   interpreted. The chart below shows that all major PCR tests in use in the United States are run at

398   cycles of 35 or higher.

| Manufacturer | Manufacturer's Recommended Cycle Threshold |
|---|---|
| Xiamen Zeesan SARS-CoV-2 Test Kit (Real-time PCR) | 45 cycles |
| Opti Sars CoV-2 RT-PCR Test | 45 cycles |
| Quest SARS-CoV-2rRT-PCR Test | 40 cycles |
| CDC 2019-Novel Coronavirus Real Time (RT-PCR Diagnostic Panel) Test | 40 cycles |
| Wren Labs COVID-19 PCR Test | 38 cycles |
| LabCorp COVID-19 RT-PCR Test | 35 cycles |

399

400   There is, however, one GLARING exception to this standard.  THE CDC HAS STATED

401   THAT ONCE A PERSON HAS BEEN VACCINATED, AND THEN AFTER VACCINATION

402   THAT PERSON TESTS POSITIVE FOR COVID-19 USING A PCR TEST, THE CDC WILL

403   ONLY "COUNT" THE POSITIVE RESULT AT 28 CYCLES OR LESS!   Why the difference?

404   More recently, the CDC has announced it will no longer compile and report data showing the

405   total number of vaccinated who subsequently contract COVID-19: "[We are] transitioning to

406   reporting only patients with COVID-19 vaccine breakthrough infection that were hospitalized or

407   died to help maximize the quality of the data collected."[5]   There appears to be an agenda to

408   protect the myths about the vaccine, rather than to protect the public.

409   The Defendants and their counterparts in state governments used the specter of

410   "asymptomatic spread" — the notion that fundamentally healthy people could cause COVID-19

411   in others — to justify the purported emergency.  But there is *no credible scientific evidence* that

---

[5] https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html

412 demonstrates that the phenomenon of "asymptomatic spread" is real.  On the contrary, on June 7,

413 2020, Dr. Maria Von Kerkhov, head of the WHO's Emerging Diseases and Zoonosis Unit, told a

414 press conference that from the known research, asymptomatic spread was "very rare."  "From the

415 data we have, it still seems to be rare that an asymptomatic person actually transmits onward to a

416 secondary individual." She added for emphasis: "it's very rare."   Researchers from Southern

417 Medical University in Guangzhou, China, published a study in August 2020 concluding that

418 asymptomatic transmission of COVID-19 is *almost non-existent*.  "Asymptomatic cases were

419 least likely to infect their close contacts," the researchers found. A more recent study involving

420 nearly 10 million residents of Wuhan, China found that there were no — zero — positive

421 COVID-19 tests amongst 1,174 *close contacts* of asymptomatic cases, *indicating the complete*

422 *absence of asymptomatic transmission*.

423        On September 9, 2020, Dr. Fauci was forced to admit in an official press conference:

424        *[E]ven if there is some asymptomatic transmission, in all the history of*
425        *respiratory borne viruses of any type, asymptomatic transmission has never been*
426        *the driver of outbreaks.  The driver of outbreaks is always a symptomatic person,*
427        *even if there is a rare asymptomatic person that might transmit, an epidemic is*
428        *not driven by asymptomatic carriers.*[6]
429
430        Ultimately, there is simply no objective evidence to support the Secretary's finding — the

431 necessary legal predicate for unleashing dangerous experimental medical interventions on the

432 American public — that a true public health emergency exists.  On a national level, Plaintiffs are

433 unaware of any inter-country requests for aid, or legitimately overwhelmed community health

434 resources or hospitals. The Cambridge dictionary defines the word "emergency" to mean

435 "something dangerous or serious, such as an accident, that happens suddenly or unexpectedly

---

[6] See, starting at minute 44:
**Error! Main Document Only.**https://www.youtube.com/watch?v=w6koHkBCoNQ&t=2638s (visited Oct. 19.
2021)

436  and needs fast action in order to avoid harmful results." COVID-19 has been with us for over a

437  year and a half, and we know far more about the disease than we did at the outset. Most

438  importantly, we can identify with precision the discrete age segment of the population that is at

439  potential risk. For example, children under 18 statistically have a zero percent chance of death

440  *from COVID-19. Even if this were not the case, absent an emergency, the EUAs must be

441  invalidated entirely.

### III.  EMERGENCY USE AUTHORIZATION WAS
### GRANTED IN VIOLATION OF LAW

**The Vaccine EUAs are Unlawful — The Vaccines are Not Effective in Diagnosing, Treating or Preventing SARS-CoV-2 or COVID-19**

447  Some countries with the highest rates of Vaccine injection are facing a surge of COVID-

448  19 deaths and infections. Uruguay endured the highest COVID-19 death rate in the world per

449  capita for weeks, even though it had one of the world's most successful vaccination drives.

450  Other highly vaccinated countries like Bahrain, Maldives, Chile and Seychelles, experienced the

451  same surge.

452  CDC data shows that deaths and hospitalizations for COVID-19 infection have tripled

453  among those who have already received the full recommended dosage of the Vaccines in the

454  United States in May of this year. Deaths from COVID-19 in those who have received the

455  recommended dosages of the Vaccines increased from 160 as of April 30, 2021, to 535 as of

456  June 1, 2021.

457  CDC data shows that a total of 10,262 SARS-CoV-2 "breakthrough infections" of those

458  who have already received the full recommended dosage of the Vaccines were reported to the

459  CDC from 46 states and territories between January 1, 2021 and April 30, 2021.  Meanwhile, a

460     study published by the renowned Cleveland Clinic in Ohio indicates that natural immunity

461     acquired through prior infection with COVID-19 is stronger than any benefit conferred by a

462     Vaccine, rendering vaccination unnecessary for those previously infected.

463     In studying the effectiveness of a medical intervention in randomized controlled trials

464     (often called the gold standard of study design), the most useful way to present results is in terms

465     of Absolute Risk Reduction ("ARR"). ARR compares the impact of treatment by comparing the

466     outcomes of the treated group and the untreated group.  In other words, if 20 out of 100 untreated

467     individuals had a negative outcome, and 10 out of 100 treated individuals had a negative

468     outcome, the ARR would be 10% (20 — 10 = 10).  **According to a study published by the**

469     **NIH, the ARR for the Pfizer Vaccine is a mere 0.7%, and the ARR for the Moderna**

470     **Vaccine is only 1.1%.**[7]

471     From the ARR, one can calculate the Number Needed to Vaccinate ("NNV"), which

472     signifies the number of people that must be injected before even one person benefits from the

473     vaccine.  The NVV for the Pfizer Vaccine is 119, meaning that 119 people must be injected in

474     order to observe the reduction of a COVID-19 case in one person.  The reputed journal the

475     *Lancet* reports data indicating that the NVV may be as high as 217.  The NVV to avoid

476     hospitalization exceeds 4,000.  The NVV to avoid death exceeds 25,000.

477     There are several factors that reduce any purported benefit of the COVID-19 Vaccines.

478     First, it is important to note that the Vaccines were only shown to reduce symptoms – not block

479     transmission.  For over a year now, these Defendants and state-level public health authorities

480     have told the American public that SARS-CoV-2 can be spread by people who have none of the

481     symptoms of COVID-19, therefore Americans must mask themselves, and submit to

---

[7] See: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7996517/  (Visited Oct. 19, 2021)

innumerable lockdowns and restrictions, even though they are not manifestly sick.  If that is the case, and these officials were not lying to the public, and asymptomatic spread is real, then what is the benefit of a vaccine that merely reduces symptoms? There isn't any.

Secondly, it appears that these Defendants either did lie about asymptomatic spread or were simply wrong about the science.  The theory of asymptomatic transmission — used as the justification for the lockdown and masking of the healthy — was based *solely* upon mathematical modeling. This theory had no actual study participants, and no peer review.  The authors made the unfounded assumption that asymptomatic persons were "75% as infectious" as symptomatic persons. But in the real world, healthy false positives turned out to be merely healthy, and were never shown to be "asymptomatic" carriers of anything. Studies have shown that PCR test-positive asymptomatic individuals do not induce clinical COVID-19 disease, not even in a family member with whom they share a home and extended proximity.  An enormous study of nearly ten million people in Wuhan, China showed that asymptomatic individuals testing positive for COVID-19 **never** infected others.[8]  Since asymptomatic individuals do not spread COVID-19, they do not need to be vaccinated.

**The Vaccine EUAs are Unlawful — The Known and Potential Risks of the Vaccines Outweigh the Known and Potential Benefits**

The "Pfizer-BioNTech COVID-19 Vaccine" and the "Moderna COVID-19 Vaccine" are Novel Gene Therapy Technology, Not Vaccines

The CDC defines a "vaccine" as: "A product that stimulates a person's immune system to produce immunity to a specific disease, protecting the person from that disease. Vaccines are usually administered through needle injections but can also be administered by mouth or sprayed

---

[8] See: https://www.sciencedaily.com/releases/2020/11/201130131511.htm  (visited Oct. 19. 2021)

506   into the nose."[9] The CDC defines "immunity" as: "Protection from an infectious disease. If you

507   are immune to a disease, you can be exposed to it without becoming infected."[10]

508   However, the "Pfizer-BioNTech COVID-19 Vaccine" and the "Moderna COVID-19

509   Vaccine" do not meet the CDC's own definitions.  They do not stimulate the body to produce

510   immunity from a disease.  They are a synthetic fragment of nucleic acid embedded in a fat carrier

511   that is introduced into human cells, not for the purpose of inducing immunity from infection with

512   the SARS-CoV-2 virus, and not to block further transmission of the virus, but in order to lessen

513   the symptoms of COVID-19.  No published, peer-reviewed studies prove that the "Pfizer-

514   BioNTech COVID-19 Vaccine" and the "Moderna COVID-19 Vaccine" confer immunity or

515   stop transmission.

516   Further, the "Pfizer-BioNTech COVID-19 Vaccine" and the "Moderna COVID-19

517   Vaccine" are not "vaccines" within the common, lay understanding of the public.  Since vaccines

518   were first discovered in 1796 by Dr. Edward Jenner, who used cowpox to inoculate humans

519   against smallpox, and called the process "vaccination" (from the Latin term *vaca* for cow), the

520   public has had an entrenched understanding that a vaccine is a microorganism, either alive but

521   weakened, or dead, that is introduced into the human body in order to trigger the production of

522   antibodies that confer immunity from the targeted disease, and also prevent its transmission to

523   others.  The public are accustomed to these traditional vaccines and understand them.

524   The public are fundamentally uninformed about the gene therapy technology behind the

525   "Pfizer-BioNTech COVID-19 Vaccine" and the "Moderna COVID-19 Vaccine."    No dead or

526   attenuated virus is used. Rather, instructions, via a piece of genetic code ("mRNA") are injected

---

[9] https://www.cdc.gov/vaccines/vac-gen/imz-basics.htm. Retrieved 4/9/2021 at 11:00 AM
[10] https://www.cdc.gov/vaccines/vac-gen/imz-basics.htm. Retrieved 4/9/2021 at 11:00 AM

527 into your body that tell your body how to make a certain "spike protein" that is purportedly
528 useful in attacking the SARS-CoV-2 virus.

529 By referring to the "Pfizer-BioNTech COVID-19 Vaccine" and the "Moderna COVID-19
530 Vaccine" as "vaccines," and by allowing others to do the same, the Defendants knowingly
531 seduce and mislead the public, short-circuit independent, critical evaluation and decision-making
532 by the consumers of these products, and vitiate their informed consent.  Meanwhile, this novel
533 technology is being deployed in the unsuspecting human population for the first time in history.

534 Inadequate Testing

535 The typical vaccine development process takes between 10 and 15 years and consists of
536 the following sequential stages — research and discovery (2 to 10 years), pre-clinical animal
537 studies (1 to 5 years), clinical human trials in four phases (typically 5 years). Phase 1 of the
538 clinical human trials consists of healthy individuals and is focused on safety.  Phase 2 consists of
539 additional safety and dose-ranging in healthy volunteers, with the addition of a control group.
540 Phase 3 evaluates efficacy, safety and immune response in a larger volunteer group, and requires
541 two sequential randomized controlled trials. Phase 4 is a larger scale investigation into longer-
542 term safety.  Vaccine developers must follow this process in order to be able to generate the data
543 the FDA needs in order to assess the safety and effectiveness of a vaccine candidate.

544 This 10–15-year testing process has been abandoned for purposes of the Vaccines.  The
545 first human-to-human transmission of the SARS-CoV-2 virus was not confirmed until January
546 20, 2020, and less than a year later both mRNA Vaccines had EUAs and for the first time in
547 history this novel mRNA technology was being injected into millions of human beings.  As of
548 June 7, 2021, 138 million Americans, representing 42% of the population, have been fully
549 vaccinated.

550   All of the stages of testing have been compressed in time, abbreviated in substance, and

551   are overlapping, which dramatically increases the risks of the Vaccines.  Plaintiffs' investigation

552   indicates that Moderna and Pfizer designed their Vaccines in only two days.  It appears that

553   pharmaceutical companies did not independently verify the genome sequence that China released

554   on January 11, 2020.  It appears that the Vaccines were studied for only 56 days in macaques,

555   and 28 days in mice, and then animal studies were halted.  It appears that the pharmaceutical

556   companies discarded their control groups receiving placebos, squandering the opportunity to

557   learn about the rate of long-term complications, how long protection against the disease lasts and

558   how well the Vaccines inhibit transmission.  A number of studies were deemed unnecessary and

559   not performed prior to administration in human subjects, including single dose toxicity,

560   toxicokinetic, genotoxicity, carcinogenicity, prenatal and postnatal development, offspring, local

561   tolerance, teratogenic and postnatal toxicity and fertility.  The American public has not been

562   properly informed of these dramatic departures from the standard testing process, and the risks

563   they generate.

564   AFLDS medico-legal researchers have analyzed the accumulated COVID-19 Vaccine

565   risk data, and report as follows:

566   <u>Migration of the SARS-CoV-2 "Spike Protein" in the Body</u>

567   The SARS-CoV-2 has a spike protein on its surface. The spike protein is what allows the

568   virus to infect other bodies.  It is clear that the spike protein is not a simple, passive structure.

569   The spike protein is a "pathogenic protein" and a toxin that causes damage. The spike protein is

570   itself biologically active, even without the virus. It is "fusogenic" and consequently binds more

571   tightly to our cells, causing harm.  If the purified spike protein is injected into the blood of

572   research animals, it causes profound damage to their cardiovascular system, and crosses the

blood-brain barrier to cause neurological damage. If the Vaccines were like traditional *bona fide* vaccines, and did not leave the immediate site of vaccination, typically the shoulder muscle, beyond the local draining lymph node, then the damage that the spike protein could cause might be limited.

However, the Vaccines were authorized without any studies demonstrating where the spike proteins traveled in the body following vaccination, how long they remain active and what effect they have. A group of international scientists has recently obtained the "biodistribution study" for the mRNA Vaccines from Japanese regulators. The study reveals that unlike traditional vaccines, this spike protein enters the bloodstream and circulates throughout the body over several days post-vaccination. It accumulates in a number of tissues, such as the spleen, bone marrow, liver, adrenal glands and ovaries. It fuses with receptors on our blood platelets, and also with cells lining our blood vessels. It can cause platelets to clump leading to clotting, bleeding and heart inflammation. It can also cross the blood-brain barrier and cause brain damage. It can be transferred to infants through breast milk. The VAERS system includes reports of infants suckling from vaccinated mothers experiencing bleeding disorders in the gastrointestinal tract.

These risks have not been adequately studied in trials, or properly disclosed to healthcare professionals or Vaccine subjects.

<u>Increased Risk of Death from Vaccines</u>

The government operated VAERS database is intended to function as an "early warning" system for potential health risks caused by vaccines. It is broadcasting a red alert. Of the 262,000 total accumulated reports in VAERS, only 1772 are not related to COVID-19. The database indicates that the total reported vaccine deaths in the first quarter of 2021 represents a

596   12,000% to 25,000% increase in vaccine deaths, year-on-year.   In ten years (2009-2019) there

597   were 1529 vaccine deaths, whereas in the first quarter of 2021 there have been over 4,000.

598   Further, 99% of all reported vaccine deaths in 2021 are caused by the COVID-19 Vaccines, only

599   1% being caused by the numerous other vaccines reported in the system.   It is estimated that

600   VAERS only captures 1% to 10% of all vaccine adverse events.

601   These risks have not been adequately studied in trials, or properly disclosed to healthcare

602   professionals or Vaccine subjects.

603   Reproductive Health

604   The mRNA Vaccines induce our cells to manufacture (virus-free) "spike proteins." The

605   "spike proteins" are in the same family as the naturally occurring syncytin-1 and syncytin-2

606   reproductive proteins in sperm, ova and placenta.   Antibodies raised against the spike protein

607   might interact with the naturally occurring syncytin proteins, adversely affecting multiple steps

608   in human reproduction. The manufacturers did not provide data on this subject despite knowing

609   about the spike protein's similarity to syncytin proteins for more than one year.   There are now a

610   remarkably high number of pregnancy losses in VAERS, and worldwide reports of irregular

611   vaginal bleeding without clear explanation.   Scientists are concerned that the Vaccines pose a

612   substantial risk to a woman's reproductive system. This increased risk of sterility stems from an

613   increased concentration of the spike proteins in various parts of the reproductive system after

614   vaccination. Not enough is known to determine the risk of sterility, but it is beyond question that

615   the risk is increased.

616   Since Plaintiffs filed their Motion for Temporary Restraining Order in this case, new

617   evidence has emerged that further confirms the risk.   A leaked Pfizer document (below) exposes

618   that Pfizer Vaccine nanoparticles accumulate in the ovaries at an extraordinarily high rate, in

619  concentrations orders of magnitude higher than in other tissues. Billions of aggressive spike
620  proteins are accumulating in very delicate ovarian tissues, the one place in the human body
621  where females carry a finite number of fertile eggs.

SARS-CoV-2 mRNA Vaccine (BNT162, PF-07302048)
2.6.5 薬物動態試験の概要表

**2.6.5.5B. PHARMACOKINETICS: ORGAN DISTRIBUTION CONTINUED**          **Test Article: [**

| Sample | Total Lipid concentration (μg lipid equivalent/g [or mL]) (males and females combined) | | | | | | | % |
| | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h | 0.25 h |
|---|---|---|---|---|---|---|---|---|
| Lymph node (mandibular) | 0.064 | 0.189 | 0.290 | 0.408 | 0.534 | 0.554 | 0.727 | -- |
| Lymph node (mesenteric) | 0.050 | 0.146 | 0.530 | 0.489 | 0.689 | 0.985 | 1.37 | -- |
| Muscle | 0.021 | 0.061 | 0.084 | 0.103 | 0.096 | 0.095 | 0.192 | -- |
| Ovaries (females) | 0.104 | 1.34 | 1.64 | 2.34 | 3.09 | 5.24 | 12.3 | 0.001 |
| Pancreas | 0.081 | 0.207 | 0.414 | 0.380 | 0.294 | 0.358 | 0.599 | 0.003 |
| Pituitary gland | 0.339 | 0.645 | 0.868 | 0.854 | 0.405 | 0.478 | 0.694 | 0.000 |
| Prostate (males) | 0.061 | 0.091 | 0.128 | 0.157 | 0.150 | 0.183 | 0.170 | 0.001 |
| Salivary glands | 0.084 | 0.193 | 0.255 | 0.220 | 0.135 | 0.170 | 0.264 | 0.003 |
| Skin | 0.013 | 0.208 | 0.159 | 0.145 | 0.119 | 0.157 | 0.253 | -- |
| Small intestine | 0.030 | 0.221 | 0.476 | 0.879 | 1.28 | 1.30 | 1.47 | 0.024 |
| Spinal cord | 0.043 | 0.097 | 0.169 | 0.250 | 0.106 | 0.085 | 0.112 | 0.001 |
| Spleen | 0.334 | 2.47 | 7.73 | 10.3 | 22.1 | 20.1 | 23.4 | 0.013 |
| Stomach | 0.017 | 0.065 | 0.115 | 0.144 | 0.268 | 0.152 | 0.215 | 0.006 |
| Testes (males) | 0.031 | 0.042 | 0.079 | 0.129 | 0.146 | 0.304 | 0.320 | 0.007 |
| Thymus | 0.088 | 0.243 | 0.340 | 0.335 | 0.196 | 0.207 | 0.331 | 0.004 |
| Thyroid | 0.155 | 0.536 | 0.842 | 0.851 | 0.544 | 0.578 | 1.00 | 0.000 |
| Uterus (females) | 0.043 | 0.203 | 0.305 | 0.140 | 0.287 | 0.289 | 0.456 | 0.002 |
| Whole blood | 1.97 | 4.37 | 5.40 | 3.05 | 1.31 | 0.909 | 0.420 | -- |
| Plasma | 3.97 | 8.13 | 8.90 | 6.50 | 2.36 | 1.78 | 0.805 | -- |
| Blood:Plasma ratio[a] | 0.815 | 0.515 | 0.550 | 0.510 | 0.555 | 0.530 | 0.540 | -- |

PFIZER CONFIDENTIAL
Page 7

623  Each baby girl is born with the total number of eggs she will ever have in her entire life.
624  Those eggs are stored in the ovaries, and one egg is released each month of a normal menstrual
625  cycle. When there are no more eggs, a woman stops menstruating. The reproductive system is
626  arguably the most delicate hormonal and organ balance of all our systems. The slightest
627  deviation in any direction and infertility results. Even in 2021, doctors and scientists do not know
628  all the variables that cause infertility.

27

629    There is evidence to support that the vaccine could cause permanent autoimmune

630    rejection of the placenta. Placental inflammation resulting in stillbirths mid-pregnancy (second

631    trimester) is seen with COVID-19 and with other similar coronaviruses. There is a case report of

632    a woman with a normally developing pregnancy who lost the otherwise healthy baby at five

633    months during acute COVID-19. The mother's side of the placenta was very inflamed.  This

634    "infection of the maternal side of the placenta inducing acute or chronic placental insufficiency

635    resulting in miscarriage or fetal growth restriction was observed in 40% of pregnant women with

636    similar coronaviruses." The mRNA Vaccines may instigate a similar reaction as the SARS-CoV-

637    2 virus. There is a component in the vaccine that could cause the same autoimmune rejection of

638    the placenta, but indefinitely.  Getting COVID-19 has been associated with a high risk of mid

639    mid-pregnancy miscarriage because the placenta fails.  The mRNA Vaccines may have precisely

640    the same effect, however, not for just the few weeks of being sick, but forever.  Repeated

641    pregnancies would keep failing — mid-pregnancy.

642    On December 1, 2020, a former Pfizer Vice President and allergy and respiratory

643    researcher, Dr. Michael Yeadon, filed an application with the European Medicines Agency,

644    responsible for approving drugs in the European Union, seeking the immediate suspension of all

645    SARS-CoV-2 Vaccines,[11] citing *inter alia* the risk to pregnancies.  As of April 26, 2021, the

646    VAERS database contains over 3,000 reports of failed pregnancies associated with the Vaccines.

647    These risks have not been adequately studied in trials, or properly disclosed to healthcare

648    professionals or Vaccine subjects.

649    <u>Vascular Disease</u>

---

[11] See: https://2020news.de/en/dr-wodarg-and-dr-yeadon-request-a-stop-of-all-corona-vaccination-studies-and-call-for-co-signing-the-petition/   (visited Oct. 19, 2021)

650  Salk Institute for Biological Studies researchers in collaboration with the University of

651  San Diego, published in the journal *Circulation Research* that the spike proteins themselves

652  damage vascular cells, causing strokes and many other vascular problems.  All the vaccines are

653  causing clotting disorders (coagulopathy) in all ages.  The spike proteins are known to cause

654  clotting that the body cannot fix, such as brain thrombosis and thrombocytopenia.

655  These risks have not been adequately studied in trials, or properly disclosed to healthcare

656  professionals or Vaccine subjects.

657  Autoimmune Disease

658  The spike proteins are perceived to be foreign by the human immune system, initiating an

659  immune response to fight them. While that is the intended therapeutic principle, it is also the case

660  that any cell expressing spike proteins becomes a target for destruction by our own immune

661  system. This is an autoimmune disorder and can affect virtually any organ in the body. It is likely

662  that some proportion of spike protein will become permanently fused to long-lived human

663  proteins and this will prime the body for prolonged autoimmune diseases. Autoimmune diseases

664  can take years to show symptoms and many scientists are alarmed at giving young people such a

665  trigger for possible autoimmune disease.

666  These risks have not been adequately studied in trials, or properly disclosed to healthcare

667  professionals or Vaccine subjects.

668  Neurological Damage

669  The brain is completely unique in structure and function, and therefore it requires an

670  environment that is insulated against the rest of the body's functioning. The blood-brain-barrier

671  exists so the brain can function without disruption from the rest of the body. This is a complex,

672  multi-layered system, using several mechanisms that keeps nearly all bodily functions away from

673    the brain. Three such systems include: very tight junctions between the cells lining the blood

674    vessels, very specific proteins that go between, and unique enzymes that alter substances that do

675    go through the cells. Working together, the blood-brain-barrier prevents almost everything from

676    getting in. Breaching it is generally incompatible with life.

677    Most unfortunately, the COVID-19 Vaccines — unlike any other vaccine ever deployed

678    — are able to breach this barrier through various routes, including through the nerve structure in

679    the nasal passages and through the blood vessel walls. The resulting damage begins in the arterial

680    wall, extends to the supporting tissue outside the arteries in the brain, and from there to the actual

681    brain nerve cells inside. The Vaccines are programmed to produce the S1 subunit of the spike

682    protein in every cell in every Vaccine recipient, but it is this subunit that causes the brain damage

683    and neurologic symptoms. Elderly persons are at increased risk for this brain damage.

684    COVID-19 patients typically have neurological symptoms including headache and loss of

685    smell and taste, as well as brain fog, impaired consciousness, and stroke.  Researchers have

686    published a paper in the *Journal of Neurological Sciences* correlating the severity of the

687    pulmonary distress in COVID-19 with viral spread to the brain stem, suggesting direct brain

688    damage, not just a secondary cytokine effect. It has been shown recently by Dr. William Banks,

689    professor of Internal Medicine at University of Washington School of Medicine, that the S1

690    subunit of the spike protein — the part of the SARS-CoV-2 virus that produces the COVID-19

691    disease and is in the Vaccines — can cross the blood brain barrier.  This is even more

692    concerning, given the high number of ACE2 receptors in the brain (the ACE2 receptor is that

693    portion of the cell that allows the spike protein to connect to human tissue). Mice injected with

694    the S1 subunit of the spike protein developed direct damage to the perivascular tissue. In

humans, viral spike protein was detected in the brain tissues of COVID-19 patients, but not in the brain tissues of the controls.  Spike protein produces endothelial damage.

There are an excessive number of brain hemorrhages associated with COVID-19, and the mechanism suggests that it is the spike protein that is responsible. The federal government's VAERS database shows a dramatic increase in adverse event reporting of neurological damage following injection with the Vaccine.

| Year | Dementia (Reports following injection with Vaccine) | Brain Bleeding (Reports following injection with Vaccine) |
|---|---|---|
| 2000 | 4 | 7 |
| 2010 | 0 | 17 |
| 2015 | 0 | 17 |
| 2018 | 21 | 31 |
| 2019 | 11 | 17 |
| 2020 | 12 → (43) | 4 → (11) |
| 2021 | 17 → (251) | 0 → (258) |

While the full impact of these Vaccines crossing the blood-brain barrier is unknown, they clearly put vaccinated individuals at a substantially increased risk of hemorrhage, neurological damage, and brain damage as demonstrated by the increased instances of such reporting in the VAERS system.

These risks have not been adequately studied in trials, or properly disclosed to healthcare professionals or Vaccine subjects.

<u>Effect on the Young</u>

710        The Vaccines are more deadly or harmful to the young than the virus, and that is

711 excluding the unknown future effects on fertility, clotting, and autoimmune disease. Those

712 under the age of 18 face statistically zero chance of death from SARS-CoV-2 according to data

713 published by the CDC, but there are reports of heart inflammation — both myocarditis

714 (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart)

715 — in young men, and at least one documented fatal heart attack of a healthy 15-year-old boy in

716 Colorado two days after receiving the Pfizer Vaccine. The CDC has admitted that "[s]ince April

717 2021, increased cases of myocarditis and pericarditis have been reported in the United States

718 after the mRNA COVID-19 vaccination (Pfizer-BioNTech and Moderna), particularly in

719 adolescents and young adults."[12]

720        The Vaccines induce the cells of the recipient to manufacture trillions of spike proteins for

721 an undetermined amount of time with the pathology described above, whereas naturally

722 occurring COVID-19 comes and goes. The spike protein is the same. The increased risk comes

723 from reprogramming the cells to permanently create the spike protein at potentially high levels.

724 Because immune responses in the young and healthy are more vigorous than those in the old,

725 paradoxically, the vaccines may thereby induce, in the very people least in need of assistance, a

726 very strong immune response, including those which can damage their own cells and tissues,

727 including by stimulating blood coagulation.

728        These risks have not been adequately studied in trials, or properly disclosed to healthcare

729 professionals or Vaccine subjects.

730        <u>Chronic Disease</u>

---

[12] See: https://www.cdc.gov/vaccines/covid-19/clinical-considerations/myocarditis.html (visited Oct. 19, 2021)

Healthy children whose birthright is decades of healthy life will instead face premature death or decades of chronic disease. We cannot say what percentage will be affected with antibody dependent enhancement, neurological disorders, autoimmune disease and reproductive problems, but it is a virtual certainty that this will occur.

These risks have not been adequately studied in trials, or properly disclosed to healthcare professionals or Vaccine subjects.

Antibody Dependent Enhancement

Antibody Dependent Enhancement ("ADE") occurs when SARS-CoV-2 antibodies, created by a Vaccine, instead of protecting the vaccinated person, cause a more severe or lethal case of the COVID-19 disease when the person is later exposed to SARS-CoV-2 in the wild. The Vaccine *amplifies* the infection rather than *preventing* damage. It may only be seen after months or years of use in populations around the world.

This paradoxical reaction has been seen in other vaccines and animal trials. One well-documented example is with the Dengue fever vaccine, which resulted in avoidable deaths. Dengue fever has caused 100-400 million infections, 500,000 hospitalizations, and a 2.5% fatality rate annually worldwide.  It is a leading cause of death in children in Asian and Latin American countries.  Despite over 50 years of active research, a Dengue vaccine still has not gained widespread approval in large part due to the phenomenon of ADE.  Vaccine manufacturer Sanofi Pharmaceutical spent 20 years and nearly $2 billion to develop the Dengue vaccine and published their results in the *New England Journal of Medicine*, which was quickly endorsed by the World Health Organization. Vigilant scientists clearly warned about the danger from ADE, which the Philippines ignored when it administered the vaccine to hundreds of thousands of children in 2016.  Later, when these children were exposed in the wild, many became severely ill

and 600 children died.  The former head of the Dengue department of the Research Institute for Tropical Medicine (RITM) was indicted in 2019 by the Philippines Department of Justice for "reckless imprudence resulting [in] homicide," because he "facilitated, with undue haste," Dengvaxia's approval and its rollout among Philippine schoolchildren. [13]

ADE has been observed in the coronavirus setting. The original SARS-CoV-1 caused an epidemic in 2003.  This virus is a coronavirus that is reported to be 78% similar to the current SARS-CoV-2 virus which causes the disease COVID-19.   Scientists attempted to create a vaccine. Of approximately 35 vaccine candidates, the best four were trialed in ferrets.  The vaccines appeared to work in the ferrets.  However, when those vaccinated ferrets were challenged by SARS-CoV-1 in the wild, they became extremely ill and died due to what we would term a sudden severe cytokine storm.  The reputed journals *Science*, *Nature* and *Journal of Infectious Diseases* have all documented ADE risks in relation to the development of experimental COVID-19 vaccines.  The application filed by Dr. Yeadon with the European Medicines Agency on December 1, 2020 also cites to the risk from ADE.  ADE is discovered during long-term animal studies, to which the Vaccines have not been subjected.

These risks have not been adequately studied in trials, or properly disclosed to healthcare professionals or Vaccine subjects.

<u>Vaccine-Driven Disease Enhancement in the Previously Infected</u>

Scientists have noted an immediately higher death rate worldwide upon receiving a Vaccine.  This is generally attributed to persons having recently been infected with COVID-19. The FDA states that many persons receiving a Vaccine have COVID-19.   A person who previously had SARS-CoV-2, and then receives a Vaccine, mounts an antibody response to the

---

[13]  See: https://www.science.org/content/article/dengue-vaccine-fiasco-leads-criminal-charges-researcher-philippines (visited Oct. 19, 2021)

776   Vaccine that is between 10 and 20 times stronger than the response of a previously uninfected
777   person.  The antibody response is far too strong and overwhelms the Vaccine subject. With a
778   typical vaccine, the body trains itself how to respond to a disease because of exposure to a dead
779   or weakened version of the pathogen. The Vaccines by contrast actually reprogram the body and,
780   in doing so, can escalate the individual's response to levels that place them at risk. Medical
781   studies show severe Vaccine side effects in persons previously infected with COVID-19.  Groups
782   of scientists are demanding improved pre-assessment due to vaccine-driven disease enhancement
783   in the previously infected.

784   These risks have not been adequately studied in trials, or properly disclosed to healthcare
785   professionals or Vaccine subjects.

786   More Virulent Strains

787   Scientists are concerned that universal inoculation may create more virulent strains.  This
788   has been observed with Marek's Disease in chickens. A large number of chickens not at risk of
789   death were vaccinated, and now all chickens must be vaccinated or they will die from a virus that
790   was nonlethal prior to widespread vaccination.[14] The current policy to pursue universal
791   vaccination regardless of risk may exert the same evolutionary pressure toward more highly
792   virulent strains.

793   These risks have not been adequately studied in trials, or properly disclosed to healthcare
794   professionals or Vaccine subjects.

795   Blood Supply

---

[14] See: https://www.pbs.org/newshour/science/tthis-chicken-vaccine-makes-virus-dangerous  (visited Oct. 19, 2021)

Presently, the vaccinated are permitted to donate their spike protein laden blood into the blood supply, which projects all of the risks discussed *supra* onto the general population of unvaccinated blood donees.

Scientists and healthcare professionals all over the world are sounding the alarm and frantically appealing to the FDA to halt the Vaccines. They have made innumerable public statements. 57 top scientists and doctors from Central and South America are calling for an immediate end to all vaccine COVID-19 programs. Other physician-scientist groups have made similar calls, among them: Canadian Physicians, Israeli People's Committee, Frontline COVID-19 Critical Care Alliance, World Doctors Alliance, Doctors 4 Covid Ethics, and Plaintiff America's Frontline Doctors.  These are healthcare professionals in the field who are seeing the catastrophic and deadly results of the rushed vaccines, and reputed professors of science and medicine, including the physician with the greatest number of COVID-19 scientific citations worldwide.  They accuse the government of deviating from long-standing policy to protect the public. In the past, government has halted vaccine trials based on a tiny fraction – far less than 1% — of the number of unexplained deaths already recorded.  The scientists all agree that the spike protein (produced by the Vaccines) *causes disease even without the virus*, which has motivated them to lend their imprimatur to, and risk their reputation and standing on, these public objections.

Notwithstanding all of these risks and uncertainties, the federal government is orchestrating a nationwide media campaign, funded with $1 billion, to promote the Vaccines. The President has lent his voice to the campaign: "The bottom line is this: I promise you they are safe. They are safe. And even more importantly, they are extremely effective. If you are vaccinated, you are protected."

**The Vaccine EUAs are Unlawful — There are Adequate, Approved and Available Alternatives**

Despite the misinformation being disseminated in the press – and, at times, by the Defendants – there are numerous alternative safe and effective treatments for COVID-19.

These alternatives are supported by over 300 studies, including randomized controlled studies. Tens of thousands of physicians have publicly attested, and many have testified under oath, as to the safety and efficacy of the alternatives.  Globally and in the United States, treatments such as Ivermectin, Budesonide, Dexamethasone, convalescent plasma and monoclonal antibodies, Vitamin D, Zinc, Azithromycin, Hydroxychloroquine, and Colchicine are being used to great effect, and they are safer than the COVID-19 Vaccines.[15]

Doctors from the Smith Center for Infectious Diseases and Urban Health and the Saint Barnabas Medical Center have published an *Observational Study on 255 Mechanically Ventilated COVID Patients at the Beginning of the USA Pandemic*, which states: "Causal modeling establishes that weight-adjusted HCQ [Hydroxychloroquine] and AZM [Azithromycin] therapy improves survival by over 100%."[16]

Observational studies in Delhi and Mexico City show dramatic reductions in COVID-19 case and death counts following the mass distribution of Ivermectin. These results align with those of a study in Argentina, in which 800 healthcare professionals received Ivermectin, while another 400 did not. Of the 800, not a single person contracted COVID-19, while more than half of the control group did contract it.  Dr. Pierre Kory, a lung specialist who has treated more COVID-19 patients than most doctors, representing a group of some of the most highly published physicians in the world, with over 2,000 peer reviewed publications among them,

---

[15] Numerous studies can be reviewed here: https://c19early.com (visited Oct. 20, 2021).
[16] See: https://www.medrxiv.org/content/10.1101/2021.05.28.21258012v1  (visited Oct. 20, 2021)

testified before the U.S. Senate in December 2020.  He testified that based on 9 months of review of scientific data from 30 studies, Ivermectin obliterates transmission of the SARS-CoV-2 virus and is a powerful prophylactic (if you take it, you will not contract COVID-19).[17]  Four large randomized controlled trials totaling over 1500 patients demonstrate that Ivermectin is safe and effective as a prophylactic.  In early outpatient treatment, three randomized controlled trials and multiple observational studies show that Ivermectin reduces the need for hospitalization and death in statistically significant numbers.  In inpatient treatment, four randomized controlled trials show that Ivermectin prevents death in a statistically significant, large magnitude. Ivermectin won the Nobel Prize in Medicine in 2015 for its impacts on global health.

Inexplicably, the Defendants never formed or assigned a task force to research and review existing alternatives for prev-enting and treating COVID-19.   Instead, the Defendants and others set about censoring both concerns about the Vaccines, and information about safe and effective alternatives.

**The Vaccine EUAs are Unlawful — Information is Being Suppressed, and Healthcare Professionals and Vaccine Subjects are Not Properly Informed**

The Associated Press, Agence France Press, British Broadcasting Corporation, CBC/Radio-Canada, European Broadcasting Union (EBU), Facebook, Financial Times, First Draft, Google/YouTube, The Hindu Times, Microsoft, Reuters, Reuters Institute for the Study of Journalism, Twitter, The Washington Post and The New York Times all participate in the "Trusted News Initiative" which has agreed to not allow any news critical of the Vaccines.

Individual physicians are being censored on social media platforms (e.g., Twitter, Facebook, Instagram, TikTok), the modern day "public square."  Plaintiff AFLDS has recorded

---

[17]  See: https://covid19criticalcare.com/senate-testimony/   (visited Oct. 19, 2021)

865  innumerable instances of social media deleting scientific content posted by AFLDS members
866  that runs counter to the prevailing Vaccine narrative, and then banning them from the platform
867  altogether as users.  Facebook has blocked the streaming of entire events at which AFLDS
868  Founder Dr. Simone Gold has been an invited guest, prior to her uttering a word.  Other doctors
869  have been banned for posting or tweeting screenshots of government database VAERS.
870  YouTube censored the testimony of undersigned counsel Thomas Renz, Esq. before the Ohio
871  legislature.

872       The censorship also extends to medical journals.  In an unprecedented move, the four
873  founding topic editors for the *Frontiers in Pharmacology* journal all resigned together due to
874  their collective inability to publish peer reviewed scientific data on various drugs for prophylaxis
875  and treatment of COVID-19.

876       Dr. Philippe Douste-Blazy, a cardiology physician, former France Health Minister, 2017
877  candidate for Director of the WHO and former Under-Secretary-General of the United Nations,
878  described the censorship in chilling detail:

879       *The Lancet* boss said "Now we are not going to be able to, basically, if this
880       continues, publish any more clinical research data, because the pharmaceutical
881       companies are so financially powerful today and are able to use such
882       methodologies, as to have us accept papers which are apparently,
883       methodologically perfect but in reality, which manage to conclude what they want
884       to conclude." … one of the greatest subjects never anyone could have believed …
885       I have been doing research for 20 years in my life. I never thought the boss of *The
886       Lancet* could say that.  And the boss of the *New England Journal of Medicine* too.
887       He even said it was "criminal" — the word was used by him. That is, if you will,
888       when there is an outbreak like the COVID-19, in reality, there are people … us,
889       we see "mortality" when you are a doctor or yourself, you see "suffering." And
890       there are people who see "dollars" — that's it.

892       In many instances, highly publicized attacks on early treatment alternatives seem to be
893  done in bad faith. For example, one study on Hydroxychloroquine overdosed study participants
894  by administering a multiple of the standard prescribed dose, and then reported the resulting

895 deaths as though they were not a result of the overdose.  The 27 physician-scientist authors of the

896 study were civilly indicted and criminally investigated, and still the Journal of the American

897 Medical Association has not retracted the article.

898 **G.  The Vaccine EUAs are Unlawful — Inadequate System for Monitoring and**
899 **Reporting Vaccine Adverse Events**
900

901 VAERS was established in 1986 in order to facilitate public access to information

902 regarding adverse events potentially caused by vaccines.  Uniquely for COVID-19, the CDC has

903 developed a parallel system called "V-Safe."  V-Safe is an app on a smart phone which people

904 can use to report adverse events.  Plaintiffs' investigation indicates that vaccine subjects who are

905 provided with written information are given the V-Safe contact information.  Plaintiffs cannot

906 access V-Safe data, since it is controlled exclusively by the CDC.  Plaintiffs are concerned that

907 the information in V-Safe exceeds that in VAERS, in terms of volume and kind, defying

908 Congressional intent in creating VAERS.

909 **H.  Human Experimentation and the Requirement of Informed Consent**
910

911 "Involuntarily subjecting nonconsenting individuals to foreign substances with no known

912 therapeutic value — often under false pretenses and with deceptive practices hiding the nature of

913 the interference — is a classic example of invading the core of the bodily integrity protection."

914 (Guertin v. Michigan, 912 F.3d 907,  920-21 (6th Cir. 2019)).

915 Federal Regulations and the Requirement of Voluntary, Informed Consent

916 Federal Regulations relating to the protection and informed consent of human subjects

917 further implement aspects of this norm and are binding legal obligations.

918     In 1962, via § 103 (b), Drug Amendments Act of 1962, Pub. L. 87-781, 76 Stat. 780, at

919  783,[18] Congress became concerned about subjecting humans to drug experiments without

920  informed consent. Later, in 1979, the National Commission for the Protection of Human Subjects

921  of Biomedical and Behavioral Research issued the Belmont Report, which addressed the issue of

922  informed consent in human experimentation. The Report identified respect for self-determination

923  by "autonomous persons" as the first of three "basic ethical principles" which "demands that

924  subjects enter into the research voluntarily and with adequate information."  Ultimately, the

925  principles of the Belmont Report, which itself was guided by the Nuremberg Code and the

926  Declaration of Helsinki, were adopted by the DHHS and FDA in their regulations requiring the

927  informed consent of human subjects in medical research.

928     <u>U.S. Public Health Authorities' Involvement in Unlawful Human Experimentation</u>

929     It is entirely reasonable to posit that the U.S. public health establishment would in fact

930  design, fund, supervise and implement a non-consensual human medical experiment involving

931  the Vaccines, in conjunction with private sector actors, given its historical track record.  On

932  October 1, 2010, President Obama apologized to the Guatemalan government and people for a

933  program of non-consensual human experimentation that had been funded and approved by the

934  U.S. Public Health Service ("PHS") and implemented on the ground by a PHS doctor employed

935  for this purpose by private institutions but reporting to supervisors including PHS doctors.  The

936  evidence was suppressed and remained buried until discovered by a private researcher in 2010.

937  A presidential commission investigated and found that in fact thousands of Guatemalans,

938  including orphans, insane asylum patients, prisoners and military conscripts, had been

---

[18] Now codified at 21 U.S.C. § 355 (i).

939    intentionally exposed to syphilis, gonorrhea and other pathogens in furtherance of experiments

940    on the use of penicillin as a prophylaxis.

941    On May 16, 1997, President Clinton apologized to the African American community for

942    the so-called "Tuskegee Study of Untreated Syphilis in the Negro Male", a non-consensual

943    human medical experiment funded, organized and implemented by the PHS, again with

944    important private sector participation.  This was the longest non-therapeutic, non-consensual

945    experiment on human beings in the history of public health, run by the PHS, spanning 40 years

946    from 1932 until its exposure by a whistleblower in 1972. The purpose of the study was to

947    observe the effects of untreated syphilis in black men and their family members.  There are

948    numerous other examples, too many for inclusion here.[19]

949    <u>Targeting Children Who Are Intrinsically Unable to Consent</u>

950    Within days of the FDA extending the Pfizer EUA to children ages 12 to 15, local

951    governments commenced hastily passing laws eliminating the requirement for parental consent,

952    and even parental knowledge, of medical treatments administered to children as young as 12.

953    This is intended to pave the way for children to receive the Vaccines at school, without parental

954    knowledge or consent.

955    However, children in the 12 to 18 age group are not developmentally capable of giving

956    voluntary, informed consent to the Vaccines.  Their brains are rapidly changing and developing,

957    and their actions are guided more by the emotional and reactive amygdala and less by the

958    thoughtful, logical frontal cortex.  Hormonal and body changes add to their emotional instability

959    and erratic judgment. Children also have a well-known and scientifically studied vulnerability to

---

[19] See: https://en.wikipedia.org/wiki/Unethical_human_experimentation_in_the_United_States (visited Oct. 19, 2021)

960 pressure from peers and adults. This age group is particularly susceptible to pressure to do what

961 others see as the right thing to do - in this case, to be injected with the Vaccine "for the sake of

962 other people and society."

963 That the American population, and children in particular, are being used as experimental

964 test subjects (guinea pigs) in medical experimentation using the Vaccines is undeniable.  The

965 Texas State Senate heard sworn testimony on May 6, 2021 from Dr. Angelina Farella, a

966 pediatrician who has given tens of thousands of vaccinations in her office. She testified:

967 Dr. Farella:   "I have given tens of thousands of vaccinations in my
968 career. I am very pro-vax actually except when it comes to this covid vaccine …
969 We are currently allowing children 16, 17 years old to get this vaccine, and they
970 were never studied in this trial… Never before in history have we given
971 medications that were not FDA approved to people who were not initially studied
972 in the trial. There were no trial patients under the age of 18… They're
973 extrapolating the data from adults down to children and adolescents. This is not
974 acceptable. Children are not little adults. … Children have 99.997% survivability
975 from the Covid. Let me repeat that for you all to understand: 99.997%."

977 Senator Hall:  "Has there been another vaccine that had the high incidents
978 of serious hospitalizations and deaths that this vaccine is now showing?

980 Dr. Farella:   "Not to this extent. Not even close."

982 Sen. Hall:    "Any other vaccine would have been pulled from the
983 market?"

985 Dr. Farella:   "Absolutely."

987 Sen. Hall:    "Have you seen any other vaccine that was put out for the
988 public that skipped the animal tests?"

990 Dr. Farella:   "Never before. Especially for children."

992 Sen. Hall:    "…Folks I think that's important to understand here, that
993 what we're talking about is the American people … **this is the test program**."

995 Self-Disseminating Vaccine

996    The phenomenon of "self-disseminating vaccines" adds a new dimension to the problem

997    of the lack of informed consent.  These vaccines spread automatically from the vaccinated to the

998    unvaccinated, without the knowledge or consent of the unvaccinated. They are not a science

999    fiction concept, rather they have been a research subject for years if not decades.

1000    Page 67 of the Pfizer EUA application describes the possibility of **the passive**
1001    **"vaccination" of the unvaccinated through proximity to the vaccinated**, including

1002
1003    *A male participant who is receiving or has discontinued study intervention*
1004    *exposes a female partner prior to or around the time of conception.*

1005    *A female is found to be pregnant while being exposed or having been exposed to*
1006    *study intervention due to environmental exposure. Below are examples of*
1007    *environmental exposure during pregnancy:*

1008        *A female family member or healthcare provider reports that she is*
1009    *pregnant after having been exposed to the study intervention by inhalation or skin*
1010    *contact.*
1011
1012    Pursuant to the referenced document, each person getting the Pfizer Vaccine had to

1013    consent to the possibility of exposing pregnant women through inhalation or skin contact (note

1014    that pharmaceutical companies can only disclose actual, not purely speculative, risks).

1015    According to the document, an "exposure during pregnancy" event that must be reported to

1016    Pfizer within 24 hours occurs if:

1017    Further, an "exposure during breastfeeding" event occurs if "[a] female participant is

1018    found to be breastfeeding while receiving or after discontinuing study intervention."

1019    There are worldwide reports of irregular and often very heavy vaginal bleeding in the

1020    unvaccinated who are near those who have been injected with the Vaccines, even in post-

1021    menopausal women. These public reports are scrubbed from the Internet rapidly, however

1022    Plaintiff AFLDS has also received innumerable emails from around the world with the same

1023    reports. It is well documented that the vaccinated have excessive bleeding and clotting disorders

1024   including vaginal bleeding, miscarriages, gastrointestinal bleeding and immune

1025   thrombocytopenia.

1026          Psychological Manipulation

1027          The idea of using fear to manipulate the public is not new, and is a strategy frequently

1028   deployed in public health.  In June, 2020, three American public health professionals, concerned

1029   about the psychological effects of the continued use of fear-based appeals to the public in order

1030   to motivate compliance with extreme COVID-19 countermeasures, authored a piece for the

1031   journal *Health Education and Behavior* calling for an end to the fearmongering.  In doing so,

1032   they acknowledged that fear has become an accepted public health strategy, and that it is being

1033   deployed aggressively in the United States in response to COVID-19:

1034                  "… behavior change can result by increasing people's perceived severity
1035          and perceived susceptibility of a health issue through heightened risk appraisal
1036          coupled by raising their self-efficacy and response-efficacy about a behavioral
1037          solution. In this model, fear is used as the trigger to increase perceived
1038          susceptibility and severity."
1039
1040          In 1956, Dr. Alfred Biderman, a research social psychologist employed by the U.S. Air

1041   Force, published his study on techniques employed by communist captors to induce individual

1042   compliance from Air Force prisoners of war during the Korean War.  The study was at the time

1043   and to some extent remains the core source for capture resistance training for the armed forces.

1044   The chart below compares the techniques used by North Korean communists with the fear-based

1045   messaging and COVID-19 countermeasures to which the American population has been

| "COMMUNIST COERCIVE METHODS FOR ELICITING INDIVIDUAL COMPLIANCE".* The Biderman Report of 1956 and COVID-19 | |
| --- | --- |
| **Chart of Coercion** | **COVID-19** |
| **Isolation**<br>· Deprives individual of social support of his ability to resist<br>· Makes individual dependent upon the captor<br>· Individual develops an intense concern with self. | **Isolation**<br>· Social distancing<br>· Isolation from loved ones, massive job loss<br>· Solitary confinement semi-isolation<br>· Quarantines, containment camps |
| **Monopolization of Perception**<br>· Fixes all attention upon immediate predicament;<br>· Frustrates all actions not consistent with compliance<br>· Eliminates stimuli competing with those controlled by the captor | **Monopolization of perception**<br>· Restrict movement<br>· Create monotony, boredom<br>· Prevent gathering, meetings, concerts, sports<br>· Dominate all media the 24/7, censor information |
| **Induced Debility and Exhaustion**<br>· Weakens mental and physical ability to resist<br>· People …become worn out by tension and fear | **Induced debility**<br>· Forced to stay at home, all media is negative<br>· not permitted to exercise or socialize |
| **Threats**<br>· Cultivates anxiety and despair<br>· Gives demands and consequences for non compliance | **Threats and Intimidation**<br>· Threaten to close business, levy fines<br>· Predict extension of quarantine, force vaccines<br>· Create containment camps |
| **Occasional Indulgences**<br>· Provides motivation for compliance<br>· Hinders adjustment to deprivation.<br>· Creates hope for change, reduces resistance<br>· This keeps people unsure of what is happening. | **Occasional Indulgences**<br>· Allow reopening of some stores, services<br>· Let restaurants open but only at a certain capacity<br>· Increase more people allowed to gather<br>· Follow concessions with tougher rules |
| **Demonstrate Omnipotence**<br>· Demonstrates futility of resistance<br>· Shows who is in charge<br>· Provides positive motivation for compliance | **Demonstrate Omnipotence**<br>· Shut down entire economies across the world<br>· Create money out of nowhere, force dependency<br>· Develop *total* surveillance with nanochips and 5G |
| **Degradation**<br>· Makes resistance seem worse than compliance<br>· Creates feelings of helplessness.<br>· Creates fear of freedom, dependence upon captors | **Humiliation or Degradation techniques**<br>· Shame people who refuse masks, don't distance<br>· Make people stand on circles and between lines<br>· Make people stand outside and wait in queues<br>· Sanitation stations in every shop |
| **Enforcing trivial demands**<br>· Develops habit of compliance<br>· Demands made are illogical and contradictory<br>· Rules on compliance may change<br>· Reinforces who is in control | **Enforcing trivial demands**<br>· Family members must stand apart<br>· Masks in home and even when having sex<br>· Random limits on people allowed to be together<br>· Sanitizers to be used over and over in a day |
| | www.beingfree.ca |

The Chart of Coercion above is drawn from the Biderman Report on communist brainwashing techniques used by the Chinese and North Koreans on captured American servicemen to make them psychological as well as physical prisoners. Dr. Alfred D. Biderman M.A. and presented his Report at the New York Academy of Medicine Nov 13, 1956. Compare right column with your experience this year.

1048        After more than a year of sustained psychological manipulation, the population is now

1049    weakened, frightened, desperate for a return of their freedoms, prosperity and normal lives, and

1050    especially vulnerable to pressure to take the Vaccine.  The lockdowns and shutdowns, the myriad

1051    rules and regulations, the confusing and self-contradictory controls, the enforced docility, and the

1052    consequent demoralization, anxiety and helplessness are typical of authoritarian and totalitarian

1053    conditions. This degree of systemic and purposeful coercion means that Americans cannot give

1054    truly free and voluntary informed consent to the Vaccines.

1055        At the same time, the population is being subjected to an aggressive, coordinated media

1056    campaign promoting the Vaccines funded by the federal government with $1 billion.  The media

campaign is reinforced by a system of coercive rewards and penalties designed to induce vaccination. The federal government is offering a range of its own incentives, including free childcare. The Ohio Governor rewarded those Ohio residents accepting the Vaccines by allowing them to enter into the "Vaxamillion" lottery with a total $5 million prize and the chance to win a fully funded college education, while barring entry for residents who decline the Vaccines. In New York, metro stations offer free passes to those receiving the Vaccine in the station. West Virginia is running a lottery exclusively for the vaccinated with free custom guns, trucks and lifetime hunting and fishing licenses, a free college education, and cash payments of $1.5 million and $600,000 as the prizes. Previously, the state offered a $100 savings bond for each injection with a Vaccine. New Mexican residents accepting the Vaccines will be entered into weekly drawings to take home a $250,000 prize, and those fully vaccinated by early August could win the grand prize of $5 million. In Oregon, the vaccinated can win $1 million, or one of 36 separate $10,000 prizes through the state's "Take Your Shot" campaign. Other state and local governments are partnering with fast food chains to offer free pizza, ice cream, hamburgers and other foods to the vaccinated. Many people are desperate following the last year of economic destruction and deprivation of basic freedoms, and they are especially vulnerable to this coercion.

The penalties take many forms, among them:

Using guilt and shame to make unvaccinated adults and children feel badly about themselves for refusing the Vaccines

Threatening the unvaccinated with false fears and anxieties about COVID-19, especially children who are at no risk statistically

Removing the rights of those who are unvaccinated:

Being prohibited from working

Being prohibited from attending school or college

Being limited in the ability to travel in buses, trains and planes

1083          Being prohibited from traveling outside the United States
1084          Being excluded from public and private events, such as performing arts venues.

1086          The combined effect of (i) the suppression and censorship of information regarding the

1087   risks of the Vaccines, (ii) the failure to inform the public regarding the novel and experimental

1088   nature of the mRNA Vaccines, (iii) the suppression and censorship of information regarding

1089   alternative treatments, (iv) the failure to inform and properly educate the public that the Vaccines

1090   are not in fact "approved" by the FDA, (v) the failure to inform and properly educate the public

1091   that the DHHS Secretary has *not* determined that the Vaccines are "safe and effective" and on

1092   the contrary has merely determined that "**it is reasonable to believe**" that the Vaccines "**may be**

1093   **effective**" and that the benefits outweigh the risks, (vi) the sustained psychological manipulation

1094   of the public through official fear-based messaging regarding COVID-19, draconian

1095   countermeasures and a system of rewards and penalties, is to remove any possibility that Vaccine

1096   recipients are giving voluntary informed consent to the Vaccines.   They are participants in a

1097   large scale, ongoing non-consensual human experiment.

1098   **I.  Conflicts-of-Interest**

1100          While Plaintiffs make no allegations regarding the legality or illegality of the potential

1101   conflicts-of-interest identified herein, they are numerous, now well publicized, and may create an

1102   incentive to suppress alternative treatments while promoting and profiting from the experimental

1103   COVID-19 Vaccines.

1104          NIAID scientists developed the Moderna COVID-19 Vaccine in collaboration with

1105   biotechnology company Moderna, Inc. NIAID Director Dr. Fauci referred to the Moderna

1106   COVID-19 Vaccine when he said: "Finding a safe and effective vaccine to prevent infection with

1107   SARS-CoV-2 is an urgent public health priority. This Phase 1 study, launched in record speed, is

1108     an important first step toward achieving that goal."[20]   NIAID scientists submitted an Employee
1109     Invention Report to the NIH Office of Technology Transfer in order to receive a share in the
1110     profits from the sale of the Moderna COVID-19 Vaccine.   Each inventor stands to receive a
1111     personal payment of up to $150,000 annually from sales of the Moderna COVID-19 Vaccine.
1112     NIAID stands to earn millions of dollars in revenue from the sale of the Moderna COVID-19
1113     Vaccine.

1114          The NIH Director stated the following in May 2020: "We do have some particular stake in
1115     the intellectual property behind Moderna's coronavirus vaccine." In fact, NIH and Moderna
1116     signed a contract in December 2019 that states "mRNA coronavirus vaccine candidates are
1117     developed and jointly owned by the two parties."   Moderna, Inc. is currently valued at $25
1118     billion despite having no federally approved drugs on the market.

1119          The DHHS awarded $483 million in grants to Moderna, Inc. to accelerate the development
1120     of the Moderna COVID-19 Vaccine.   Dr. Fauci could have focused on treatments, including
1121     treatments he previously advised were beneficial in countering SARS-CoV-1. Instead, Dr. Fauci
1122     directed the NIAID, NIH, Congress and the White House to develop the Vaccines, where he has
1123     financial and professional ties.

1124          Further, on May 11, 2021, Senator Rand Paul asked Dr. Anthony Fauci under oath about
1125     the origins of SARS CoV-2 and the NIH and NIAID funding for Gain-of-Function research, and
1126     Dr. Fauci stated to the Senator and to all of Congress and to the American people stating that the
1127     NIH and NIAID did not fund Gain-of-Function (making viruses more lethal) research when in
1128     fact, he provided at least $60 million funding. The Defendants obfuscate and profit financially,
1129     personally and professionally while the American people suffer.

---

[20]  See: https://www.nih.gov/news-events/news-releases/nih-clinical-trial-investigational-vaccine-covid-19-begins
(Oct. , 2021)

Plaintiffs' investigation has revealed additional conflicts-of-interest among members of the Vaccines and Related Biological Products Advisory Committee ("VRBPAC"), which is an FDA sub-agency that reviews and evaluates data concerning the safety, effectiveness, and appropriate use of vaccines and related biological products.  VRBPAC makes recommendations to the FDA regarding whether or not to grant EUAs.  The FDA is not bound to follow the VRBPAC's recommendations, but should VRBPAC advise against approval, especially over safety concerns, it would make it harder for the FDA to move forward.

The University of Florida Conflicts of Interest Program and the Project on Government Oversight report that numerous members of the VRBPAC have conflicts-of-interest:

- Dr. Hana el-Sahly, the VRBPAC Chair, was working with Moderna, as one of the three lead investigators for the company's 30,000 person trial of its Vaccine in July 2020. Plaintiffs cannot locate information related to payments made to Dr. el-Sahly by the company.

- The Acting Chair Dr. Arnold Monto received $54,114 from 2013 to 2019 from vaccine contenders Pfizer, GlaxoSmithKline and Shionogi. He also received $10,657 from Novartis, which has a contract to manufacture Vaccines.  Dr. Monto received a total of $194,254 from pharmaceutical companies, the largest contributor being Seqirus, a company developing COVID-19 vaccine in Australia.

- In 2019, Dr. Archana Chaterjee received $23,904 from Pfizer, $11,738 from Merck and $11,480 from Sanofi, each of which was racing to develop a COVID-19 vaccine.  Since 2013, she has received more than $200,000 in consulting fees, travel, lodging and other payments from those companies and others working on COVID-19 vaccines.  She is also a professor of epidemiology at the University of Michigan, which is partnering with AstraZeneca on a clinical trial of a potential COVID-19 vaccine.

- Dr. Myron Levine is Associate Dean of Global Health, Vaccinology and Infectious Diseases at the University of Maryland School of Medicine, which is participating in a clinical trial of the Moderna COVID-19 Vaccine.  Since 2013, Dr. Levine has received general payments of $41,635 and research funding of $2.3 million.  His 2019 funding was approximately six times the mean of similar physicians. His largest source of funding is from Sanofi Pasteur, which is developing a COVID-19 vaccine.

- Dr. Cody Meissner is the head of all clinical trials for all of Tufts Children's Hospital. Since 2013, Tufts University has been paid $13.2 million in general payments, and $34.2 million in research payments, by companies like Pfizer and Janssen.

- Dr. Paul Offit is Director of Vaccine Education Center and an attending physician in the Division of Infectious Diseases at Children's Hospital of Philadelphia. Since 2013, the Hospital has received $4.6 million in general payments, and $32 million in research payments, from companies like Pfizer and Novartis.

- Dr. Steven Pergam is Associate Professor, Vaccine and Infectious Disease Division, and Clinical Research Division, Fred Hutchinson Cancer Research Center. Since 2013, Dr. Pergam has received $4,167 in general payments, and $140,311 in research funding from companies like Merck, which has been developing a COVID-19 vaccine. He is participating in clinical trials of the Sanofi-Aventis COVID-19 vaccine and has participated in research with Merck.

- Dr. Andrea Shane is professor of pediatrics at Emory University School of Medicine. Since 2013, Emory University Hospital has received $44.1 million in general payments, and $170.7 million in research funding, with Pfizer being a primary donor. Since 2013, the Wesley Woods Center of Emory University has received $41,205 in general payments, and $3.4 million in research payments, with Janssen being a primary donor.

- Dr. Paul Spearman is Director of the Division of Infectious Diseases at Cincinnati Children's Hospital and a Professor in the Department of Pediatrics at the University of Cincinnati School of Medicine. Dr. Spearman received $39,459 in research funding from GlaxoSmithKline and AstraZeneca, both of which have developed COVID-19 vaccines. Plaintiffs cannot locate payment data for the years 2016-2019. The University of Cincinnati Medical Center has received $2.2 million in general payments and $4.3 million in research funding since 2013, with Pfizer topping the list of donors. Cincinnati Children's Hospital is a COVID-19 vaccine clinical trial site.

- Dr. Geeta K. Swamy is a Senior Associate Dean in the Department of Obstetrics and Gynecology, and Associate Vice President for Research, Duke University School of Medicine. Duke is a clinical trial site for the Pfizer-BioNTech COVID-19 Vaccine and the AstraZeneca vaccine. Since 2013, Dr. Swamy has received general payments of $63,000 largely from Pfizer, Sanofi and GlaxoSmithKline, all COVID-19 vaccine manufacturers, and $206,000 in research funding from GlaxoSmithKline, approximately three times the mean funding of similar physicians. Since 2013, Duke University Hospital has received $7.6 million in general payments ($866,000 from Pfizer) and $40.6 million in research funding ($2.7 million from Pfizer) from pharmaceutical companies.

1211     **Note**: (potential additional conflicts of interest have come to light since this

1212     information was originally obtained. Plaintiffs will supplement this pleading with that

1213     additional information as it is confirmed).

1214                              **IV.  THE MANDATES ARE UNLAWFUL**

1215          On September 9, 2021, President Biden issued Executive Order 14042 (86 Fed. Reg.

1216     50985), the purpose of which was to "decrease the spread of COVID–19, which will decrease

1217     worker absence, reduce labor costs, and improve the efficiency of contractors and subcontractors

1218     at sites where they are performing work for the Federal Government." To achieve this goal, this

1219     Order directed that "new contracts" and similar agreements of the federal government to obtain

1220     goods and services from various vendors and manufacturers were to include certain COVID

1221     provisions therein.

1222          This Order directed the recently created Safer Federal Workforce Task Force to draft and

1223     develop a "Task Force Guidance" document by September 24, 2021 and submit the same to the

1224     Director of the Office of Management and Budget, and if that Director determines that such

1225     Guidance "will promote economy and efficiency in Federal contracting if adhered to by

1226     Government contractors and subcontractors", that determination was to be published in the

1227     Federal Register.[1]

1228          The "Task Force Guidance", as with all such federal agency Guidances, is without force

1229     and effect as law because the same has not been promulgated as a "rule" pursuant to the

1230     Administrative Procedure Act, 5 U.S.C. § 552, *et seq*., and 41 U.S.C. § 1707 (b).

---

[1] That determination was so published in the Federal Register of September 28, 2021, 86 Fed.Reg. 53691.

1231    The determination of the Director of the Office of Management and Budget is without

1232 force and effect as law because it has not been promulgated as a "rule" pursuant to the

1233 Administrative Procedure Act, 5 U.S.C. § 552, *et seq.*, and 41 U.S.C. § 1707 (b).

1234    The President claimed 3 U.S.C. § 301 as one statutory authority to issue Executive Order

1235 14042. This section provides as follows:

1236    The President of the United States is authorized to designate and empower
1237 the head of any department or agency in the executive branch, or any official
1238 thereof who is required to be appointed by and with the advice and consent of the
1239 Senate, to perform without approval, ratification, or other action by the President
1240 (1) any function which is vested in the President by law, or (2) any function which
1241 such officer is required or authorized by law to perform only with or subject to the
1242 approval, ratification, or other action of the President: Provided, That nothing
1243 contained herein shall relieve the President of his responsibility in office for the
1244 acts of any such head or other official designated by him to perform such
1245 functions. Such designation and authorization shall be in writing, shall be
1246 published in the Federal Register, shall be subject to such terms, conditions, and
1247 limitations as the President may deem advisable, and shall be revocable at any
1248 time by the President in whole or in part.

1249

1250    The President also claimed provisions of the Federal Property and Administrative

1251 Services Act, 40 U.S.C. § 101, *et seq.,* as statutory authority to issue Executive Order 14042.

1252 This section provides as follows:

1253    The purpose of this subtitle is to provide the Federal Government with an
1254 economical and efficient system for the following activities:

1255    (1) Procuring and supplying property and nonpersonal services, and
1256 performing related functions including contracting, inspection, storage, issue,
1257 setting specifications, identification and classification, transportation and traffic
1258 management, establishment of pools or systems for transportation of Government
1259 personnel and property by motor vehicle within specific areas, management of
1260 public utility services, repairing and converting, establishment of inventory levels,
1261 establishment of forms and procedures, and representation before federal and state
1262 regulatory bodies.

1263    (2) Using available property.

1264    (3) Disposing of surplus property.

1265    (4) Records management.

1266   The subsequent provisions of the Federal Property and Administrative Services Act are

1267   no broader than the purpose of this Act as set forth in § 101.

1268   However, these statutes do not provide the President with authority to impose vaccine

1269   mandates, and thus he lacks the statutory as well as constitutional authority to impose these

1270   mandates he may believe assist in a speedy resolution of the current COVID-19 crisis.

1271   <u>Youngstown Sheet & Tube Co. v. Sawyer</u>, 343 U.S. 579 (1952).[2]

1272   On September 9, 2021, President Biden issued Executive Order 14043 (86 Fed.Reg.

1273   50989, a copy of which is attached). The apparent objective of this Order was to mandate

1274   COVID-19 vaccinations for federal employees. As authority for this Order, the President relied

1275   upon 5 U.S.C. §§ 3301, 3302, and 7301 as permitting him to impose vaccine mandates on federal

1276   employees.

1277   5 U.S.C. § 3301 provides as follows:

1278   The President may—

1279   (1) prescribe such regulations for the admission of individuals into the
1280   civil service in the executive branch as will best promote the efficiency of that
1281   service;

1282   (2) ascertain the fitness of applicants as to age, health, character,
1283   knowledge, and ability for the employment sought; and

1284   (3) appoint and prescribe the duties of individuals to make inquiries for the
1285   purpose of this section.

1286
1287   The origin of § 3301 is found in § 9 of "An Act Making Appropriations for sundry civil

1288   Expenses of the Government for the fiscal Year ending June 30, eighteen hundred and seventy-

1289   two, and for other Purposes", 16 Stat. 495, 514, ch. 114. This section was later incorporated into

1290   the Revised Statutes of 1873 as § 1753, and thereafter was incorporated into 5 U.S.C. § 631

---

[2] See also <u>Schaezlein v. Cabaniss</u>, 135 Cal. 466, 471, 67 P. 755 (1902); <u>State v. Marana Plantations</u>, 75 Ariz. 111, 115, 252 P.2d 87 (1953); and <u>Boreali v. Axelrod</u>, 71 N.Y.2d 1, 6, 517 N.E.2d 1350 (1987).

1291   when the U.S. Code was created in 1926. A part of this § 631 became § 3301 when this title of

1292   the U.S. Code was enacted into positive law in 1966. See Pub.L. 89-554, 80 Stat. 378, at 417.

1293   11. 5 U.S.C. § 3302 provides as follows:

1294   (a) The President may prescribe rules which shall provide, as nearly as
1295   conditions of good administration warrant, for—

1296   (1) open, competitive examinations for testing applicants for appointment
1297   in the competitive service which are practical in character and as far as possible
1298   relate to matters that fairly test the relative capacity and fitness of the applicants
1299   for the appointment sought;

1300   (2) noncompetitive examinations when competent applicants do not
1301   compete after notice has been given of the existence of the vacancy; and

1302   (3) authority for agencies to appoint, without regard to the provision of
1303   sections 3309 through 3318, candidates directly to positions for which—

1304   (A) public notice has been given; and

1305   (B) the Office of Personnel Management has determined that there exists a
1306   severe shortage of candidates (or, with respect to the Department of Veterans
1307   Affairs, that there exists a severe shortage of highly qualified candidates) or that
1308   there is a critical hiring need.

1309   The Office shall prescribe, by regulation, criteria for identifying such
1310   positions and may delegate authority to make determinations under such criteria.

1311   (b) An individual may be appointed in the competitive service only if he
1312   has passed an examination or is specifically excepted from examination
1313   under section 3302 of this title. This subsection does not take from the President any
1314   authority conferred by section 3301 of this title that is consistent with the
1315   provisions of this title governing the competitive service.

1316   (c)(1) For the purpose of this subsection, the term "technician" has the
1317   meaning given such term by section 8337(h)(1) of this title.

1318   (2) Notwithstanding a contrary provision of this title or of the rules and
1319   regulations prescribed under this title for the administration of the competitive
1320   service, an individual who served for at least 3 years as a technician acquires a
1321   competitive status for transfer to the competitive service if such individual—

1322   (A) is involuntarily separated from service as a technician other than by
1323   removal for cause on charges of misconduct or delinquency;

1324   (B) passes a suitable noncompetitive examination; and

1325   (C) transfers to the competitive service within 1 year after separating from
1326   service as a technician.

1327   (d) The Office of Personnel Management shall promulgate regulations on
1328   the manner and extent that experience of an individual in a position other than the

competitive service, such as the excepted service (as defined under section 2103) in the legislative or judicial branch, or in any private or nonprofit enterprise, may be considered in making appointments to a position in the competitive service (as defined under section 2102). In promulgating such regulations OPM shall not grant any preference based on the fact of service in the legislative or judicial branch. The regulations shall be consistent with the principles of equitable competition and merit based appointments.

(e) Employees at any place outside the District of Columbia where the President or the Office of Personnel Management directs that examinations be held shall allow the reasonable use of public buildings for, and in all proper ways facilitate, holding the examinations.

(f)(1) Preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of active service may not be denied the opportunity to compete for vacant positions for which the agency making the announcement will accept applications from individuals outside its own workforce under merit promotion procedures.

(2) If selected, a preference eligible or veteran described in paragraph (1) shall receive a career or career-conditional appointment, as appropriate.

(3) This subsection shall not be construed to confer an entitlement to veterans' preference that is not otherwise required by law.

(4) The area of consideration for all merit promotion announcements which include consideration of individuals of the Federal workforce shall indicate that preference eligibles and veterans who have been separated from the armed forces under honorable conditions after 3 years or more of active service are eligible to apply. The announcements shall be publicized in accordance with section 3327.

(5) The Office of Personnel Management shall prescribe regulations necessary for the administration of this subsection. The regulations shall ensure that an individual who has completed an initial tour of active duty is not excluded from the application of this subsection because of having been released from such tour of duty shortly before completing 3 years of active service, having been honorably released from such duty.

Section 2 of "An act to regulate and improve the civil service of the United States", 22 Stat 403, ch. 27, enacted by Congress on January 16, 1883, is the genesis of § 3302. When the current U.S. Code was created in 1926, parts of this section were incorporated into 5 U.S.C. § 633, and when this title of the U.S. Code was enacted into positive law in 1966, it became § 3302. See Pub.L. 89-554, 80 Stat. 378, at 417.

5 U.S.C. § 7301 provides as follows:

The President may prescribe regulations for the conduct of employees in the executive branch.

The origin of § 7301 is the same as that for § 3301: § 9 of "An Act Making Appropriations for sundry civil Expenses of the Government for the fiscal Year ending June 30, eighteen hundred and seventy-two, and for other Purposes", 16 Stat. 495, 514, ch. 114. This § 9 was later incorporated into the Revised Statutes of 1873 as § 1753 and was later incorporated into 5 U.S.C. § 631 when the U.S. Code was created in 1926. A single sentence of § 631 became § 7301 when this title of the U.S. Code was enacted into positive law in 1966. See Pub.L. 89-554, 80 Stat. 378, at 417.

Sections 3301, 3302 and 7301 have the same meaning now as when they were laws adopted by Congress in 1873 and 1883. At that time, these sections were merely parts of federal civil service laws and the President then (as now) lacked authority to impose vaccine mandates on federal employees, either through these or any other statutes.

To the extent that the President contends that Executive Orders 14042 and 14043 authorize the imposition of mandatory vaccines, that construction would be illegal and contrary to the plain language of 21 U.S.C. § 360bbb–3 (e)(1)(A)(ii): recipients of an EUA vaccine must be informed "(III) of the option to accept or refuse administration of the product, of the consequences, if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefits and risks."

1387    Pursuant to the above quoted § 360bbb–3, every American, possessed of the

1388    constitutional right to bodily integrity,[3] has the perfect right to refuse an EUA vaccination for

1389    any disease, whether COVID-19 or some other disease.

1390                                    **COUNT I**

1391                            **DECLARATORY JUDGMENT**

1392            **§ 360bbb–3(b) — Cessation of Public Health Emergency; APA**
1393                                    **(All Defendants)**
1394

1395    Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if

1396    fully set forth herein.

1397    The DHHS Secretary declared a "public health emergency" pursuant to 21 U.S.C. §

1398    360bbb-3(b)(1)(C) on February 4, 2020, after finding that "there is a public health emergency

1399    that has a significant potential to affect national security or the health and security of United

1400    States citizens living abroad, and that involves the virus that causes COVID-19."[21]

1401    It is clearly not the intention of the statute that the DHHS Secretary should be able to

1402    renew his declaration of a "public health emergency" in perpetuity when the basis for the

1403    emergency no longer exists. Further, the DHHS Secretary cannot continue renewing his

1404    emergency declaration as a pretense for dodging the licensing requirements for vaccines and

1405    other drugs all to the benefit of well-funded political partners.

1406    Further, in Home Building and Loan Association v. Blaisdell, 290 U.S. 398 (1934), the

1407    U.S. Supreme Court stated: "Whether an emergency exists upon which the continued operation

---

[3] Doe v. Moore, 410 F.3d 1337, 1343 (11th Cir. 2005) ("These special 'liberty' interests include 'the rights to marry, to have children, to direct the education and upbringing of one's children, to marital privacy, to use contraception, to bodily integrity, and to abortion.'").

[21] *See* https://www.fda.gov/media/147737/download (last visited June 7, 2021).

1408    of the law depends is always open to judicial inquiry."  290 U.S. at 442, citing <u>Chastleton Corp.</u>
1409    <u>v. Sinclair</u>, 264 U.S. 543 (1924).

1410          In <u>Sinclair</u>, the Supreme Court stated: "A law depending upon the existence of
1411    emergency or other certain state of facts to uphold it may cease to operate if the emergency
1412    ceases or the facts change."  264 U.S. at 547.

1413          Both <u>Blaisdell</u> and <u>Sinclair</u> are clear authority that an emergency and the rules
1414    promulgated thereunder must end when the facts of the situation no longer support the
1415    continuation of the emergency.

1416          They also forbid this Court to merely assume the existence of a "public health
1417    emergency" based on the pronouncements of the Defendants.  They are clear authority that it is
1418    the duty of the court of first instance to grapple with this question and conduct an inquiry.  "[A]
1419    Court is not at liberty to shut its eyes to an obvious mistake when the validity of the law depends
1420    upon the truth of what of what is declared."  Id.  The <u>Sinclair</u> court instructed lower courts to
1421    inquire into the factual predicate underlying a declaration of emergency, where there appears to
1422    have been a change of circumstances: "the facts should be gathered and weighed by the court of
1423    first instance and the evidence preserved for consideration by this Court if necessary."  264 U.S.
1424    at 549.

1425          Whereas one can make allowances for an initial, precautionary declaration of a "public
1426    health emergency" in the absence of reliable information and experience of SARS-CoV-2 and
1427    COVID-19 (though we do not concede this), over time that justification has worn thin and it is
1428    no longer valid.  We are no longer in the nascent stage. There is a wealth of data.  The
1429    Defendants' own data demonstrates an undeniable change in circumstances, and that the
1430    exigencies underlying the "public health emergency" no longer exist, if they ever did.  Plaintiffs

have accumulated and will present expert medical and scientific evidence further supporting this contention. If the exigencies no longer exist, then the "public health emergency" must end. Plaintiffs therefore seek a Declaratory Judgment terminating the "public health emergency" declared by DHHS Secretary Azar and extended by DHHS Secretary Becerra, and the EUAs which are legally predicated upon that "public health emergency."

Plaintiffs therefore seek a Declaratory Judgment that: the actions of the Defendants are unlawful and arbitrary, capricious, not in accordance with § 360bbb-3, contrary to constitutional rights, powers, privileges and immunities, and in excess of statutory jurisdiction, authority or limitations; that the exigencies underlying the "public health emergency" no longer exist, if they ever did; that the "public health emergency" has ended; and that in the absence of a "public health emergency" the Defendants lack any reason to continue to authorize the emergency use by the American public of the dangerous, experimental Vaccines, thereby nullifying all Vaccine EUAs as unlawful.

## COUNT II

## BODILY INTEGRITY

### The Fundamental Right to Bodily Integrity Bars Mandates
### (All Defendants)

Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if fully set forth herein.

There exists a fundamental right to bodily integrity in which the Supreme Court has recognized places "limits on governmental power to mandate medical treatment or to bar its rejection." These limits stand so strongly that "a State's interest in the protection of life falls short of justifying any plenary override of individual liberty claims." *Planned Parenthood v. Casey,*

1454   505 U.S. 833. This high standard indicates that ANY governmental intrusion on decisions related

1455   to bodily integrity should be reviewed under the strictest of scrutiny.

1456   *Planned Parenthood v. Casey* upheld rights related to abortion. Abortion results in the

1457   death of a child almost 100% of the time. This stands in stark contrast to the COVID-19 vaccines

1458   which carry unknown long-term risks (there have been no long-term studies), have the highest

1459   risk of side-effects, including death, of any vaccine in history, and are being mandated for a

1460   disease that has well over a 99% recovery rate for a vast majority of the population.

1461   As such, Plaintiffs request injunctive and declaratory relief against any mandate or action

1462   that would lead to the mandate of the COVID-19 vaccines.

**COUNT III**

**DECLARATORY JUDGMENT**

**§ 360bbb–3(c) — Failure to Meet Criteria for Issuance of Vaccine EUAs; APA
(All Defendants)**

1463
1464
1465
1466
1467

1468   Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if

1469   fully set forth herein.

1470   Under § 360bbb–3(c), the DHHS Secretary and his delegee, the Commissioner of the

1471   FDA, are authorized to issue and sustain the Vaccine EUAs "only if" they can satisfy certain

1472   criteria. As Plaintiffs have alleged and for the reasons set forth herein, the Defendants have failed

1473   to do so:

1474   ➢ SARS-CoV-2 and COVID-19 are not "a serious or life-threatening disease or condition"
1475      for 99% of the population;

1476   ➢ the scientific evidence and data available to the DHHS Secretary are not derived from
1477      "adequate and well-controlled" clinical trials, since the Vaccine trials are compressed,
1478      overlapping, incomplete and in many cases run by the Vaccine manufacturers
1479      themselves;

1480   ➢ it is *not* "reasonable to believe" that the Vaccines "may be effective" in treating or
1481      preventing SARS-CoV-2 and COVID-19;

1482   ➢  it is *not* "reasonable to believe" that "the known and potential benefits of the [Vaccines]"
1483      in preventing or treating SARS-CoV-2 and COVID-19 "outweigh the known and
1484      potential risks of the product"; and

1485   ➢  there are "adequate, approved, and available alternative[s] to the [Vaccines]" for
1486      preventing or treating SARS-CoV-2 and COVID-19, including *inter alia* Ivermectin and
1487      Hydroxychloroquine which are prescribed by doctors worldwide with great effect and are
1488      approved by physicians as meeting the standard of care among similarly situated medical
1489      professionals.

1490      Plaintiffs therefore seek a Declaratory Judgment that: the actions of the Defendants are

1491 unlawful and arbitrary, capricious, not in accordance with § 360bbb-3, contrary to constitutional

1492 rights, powers, privileges and immunities, and in excess of statutory jurisdiction, authority or

1493 limitations; and that the Vaccine EUAs are an abuse of discretion (as violative of 21 U.S.C. 21

1494 U.S.C. § 352(j)) and unlawful, since the DHHS Secretary and his delegee the FDA

1495 Commissioner cannot meet the criteria for their issuance, thereby nullifying all Vaccine EUAs.

1496 ## COUNT IV

1497 ## DECLARATORY JUDGMENT

1498 ### § 360bbb–3(e) — Failure to Establish Conditions for Vaccine EUAs; APA
1499 ### (All Defendants)

1500      Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if

1501 fully set forth herein.

1502      § 360bbb–3(e) provides that the DHHS Secretary, as a condition to ongoing validity of

1503 the Vaccine EUAs, "shall [ ] establish" certain "[r]equired conditions" "designed to ensure" that

1504 both healthcare professionals and Vaccine recipients are duly informed of certain critical

1505 information. As Plaintiffs have alleged and for the reasons set forth herein, the Defendants have

1506 failed to do so:

1507   ➢  neither healthcare professionals nor Vaccine recipients are being informed by the
1508      Defendants, and conditions do not exist ensuring that others will inform them, that the
1509      DHHS Secretary "has authorized the emergency use of the [Vaccines]" since they are not
1510      being informed of the true meaning of the EUAs, specifically, that the Secretary has *not*

determined that the Vaccines are "safe and effective" (notwithstanding the President's widely publicized statements to the contrary, which are amplified daily by countless other governmental and private sector statements that the Vaccines are "safe and effective"), and that instead the DHHS Secretary has only determined that he has "reason to believe" that the Vaccines "may be effective" in treating or preventing SARS-CoV-2 and COVID-19, based on trials of the Vaccines that are not being conducted like any previous trials and are compressed, overlapping, incomplete and in many instances conducted by the Vaccine manufacturers themselves;

➢ neither healthcare professionals nor Vaccine recipients are being informed by the Defendants, and conditions do not exist ensuring that others will inform them, of "the significant known and potential [ ] risks" of the Vaccines, since there is a coordinated campaign funded with $1 billion to extol the virtues of the Vaccines, and a simultaneous effort to censor information about the inefficacy of the Vaccines in preventing or treating SARS-CoV-2 and COVID-19, Vaccine risks, and injuries and deaths caused by the Vaccine;

➢ Vaccine recipients are not being informed by the Defendants, who have a financial stake in the intellectual property underlying at least one Vaccine, and who have other financial conflicts of interest, and conditions do not exist ensuring that others will inform them, that there are alternatives to the Vaccines and of their benefits;

➢ Vaccine recipients are not being informed by the Defendants, and conditions do not exist ensuring that others will inform them, of their "option to accept or refuse" the Vaccines, since they have been saturated with unjustified fear-messaging regarding SARS-CoV-2 and COVID-19, psychologically manipulated, and coerced by a system of rewards and penalties that render the "option to [ ] refuse" meaningless; and

➢ Appropriate conditions do not exist for "the monitoring and reporting of adverse events" since only a fraction (as low as 1%) of adverse events are reported to VAERS by physicians fearing liability, and the Defendants have established a parallel reporting system for COVID-19 that is not accessible by Plaintiffs or the rest of the public.

Plaintiffs therefore seek a Declaratory Judgment that: the actions of the Defendants are unlawful and arbitrary, capricious, not in accordance with § 360bbb-3, contrary to constitutional rights, powers, privileges and immunities, and in excess of statutory jurisdiction, authority or limitations; and that the Vaccine EUAs are an abuse of discretion (as violative of 21 U.S.C. 21 U.S.C. § 352(j)), and unlawful, since the DHHS Secretary has not established and maintained the required conditions, thereby nullifying all Vaccine EUAs.

**<u>COUNT V</u>**

**DECLARATORY JUDGMENT**

**45 CFR Part 46 — Protection of Human Subjects; APA**
**(All Defendants)**

Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if fully set forth herein.

For all of the foregoing reasons, the deployment of the Vaccines into the general population constitutes an ongoing human experiment, or "clinical trial" for purposes of 45 CFR Part 46, and triggers the mandatory protections of human experiment subjects mandated by this extensive regulation. The Defendants have failed to implement those protections.

For instance, 45 CFR § 46.405 states that DHHS will conduct or fund research involving children that presents "more than minimal risk" to the children "only if" an Institutional Review Board ("IRB") reviews the proposed experiment and makes certain mandatory findings. One of those findings is that "[t]he risk is justified by the anticipated benefit to the subjects." The very real and substantial risks of the Vaccines can *never* be justified when they are administered *en masse* to children under the age of 18, since they have statistically no risk from SARS-CoV-2 and COVID-19.

Plaintiffs therefore seek a Declaratory Judgment that: the actions of the Defendants are unlawful and arbitrary, capricious, not in accordance with § 360bbb-3, contrary to constitutional rights, powers, privileges and immunities, and in excess of statutory jurisdiction, authority or limitations; and that the Vaccine EUAs are unlawful, since they violate 45 CFR Part 46, thereby nullifying all Vaccine EUAs.

**<u>COUNT VI</u>**

**MANDAMUS**

**28 U.S.C. § 1361**
**(Individual Federal Defendants)**

The individual federal defendants have a clear duty to act to ensure the faithful implementation of § 360bbb-3 and 45 CFR Part 46, the provisions of which are mandatory and intended to protect Plaintiffs.

There is "'practically no other remedy.'" <u>Collin v. Berryhill</u>, 2017 U.S. Dist. LEXIS 78222 at *9, quoting <u>Helstoski v. Meanor</u>, 442 U.S. 500, 505 (1979).  Courts have held that the perceived medical urgencies created by COVID-19 itself, and also those created by the decisions, orders and actions of authorities responding to COVID-19, can make it impractical and inappropriate to force a plaintiff seeking mandamus to wait for alternative processes to run their course:

> *Moreover, given the broader context of the COVID-19 pandemic, we agree with the Fifth Circuit that '[i]n mill-run cases, it might be a sufficient remedy to simply wait for the expiration of the TRO, and then appeal an adverse preliminary injunction. In other cases, a surety bond may ensure that a party wrongfully enjoined can be compensated for any injury caused. Those methods would be woefully inadequate here.'* (<u>In re Rutledge</u>, 956 F.3d 1018, (8th Cir. 2020), quoting <u>In re Abbott</u>, 2020 U.S. App. LEXIS 10893 at *14.)[22]

Plaintiffs therefore seek mandamus, compelling the individual federal defendants to perform the duties owed to them pursuant to § 360bbb-3 and 45 CFR Part 46.

## **COUNT VII**

### **DECLARATORY JUDGMENT-**

Plaintiffs adopt all of the preceding paragraphs and incorporate them by reference, as if fully set forth herein.

Wherefore, Plaintiffs request the following declarations:

---

[22] The Supreme Court subsequently vacated the judgment in <u>In re Abbott</u>, and remanded to the Fifth Circuit with instructions to dismiss the case as moot, following the Texas Governor's relaxation of his order restricting abortion as a non-essential surgical procedure, however the decision did not turn on an analysis of mandamus.  *See*, <u>Planned Parenthood Ctr. for Choice v. Abbott</u>, 2021 U.S. LEXIS 647.

- ▪ A declaration that EOs 14042 and 14043 are invalid to authorize compulsory EUA vaccinations of American Citizens;

- ▪ A declaration that § 360bbb–3 permits an American citizen to refuse without adverse consequences any EUA vaccine.

## **PRAYER FOR RELIEF**

WHERFORE, and for the foregoing reasons, Plaintiffs request that this Court:

(A)     Declare that the exigencies underlying the DHHS Secretary's declaration of a "public health emergency" under § 360bbb-3(b) never existed, or if they ever did exist, have since ceased to exist, and in the absence of those exigencies, the declaration of the "public health emergency", the extensions thereof and the Vaccine EUAs are unlawful, null, void and terminated;

(B)     Declare that the DHHS Secretary and his delegee the Acting Commissioner of the FDA have failed to meet the criteria for issuing the Vaccine EUAs under § 360bbb-3(c), and therefore the Vaccine EUAs are unlawful, null, void and terminated;

(C)     Declare that the DHHS Secretary has failed to meet the conditions of authorization under § 360bbb-3(e), and therefore the Vaccine EUAs are unlawful, null, void and terminated;

(D)     Declare that the Defendants are engaged in non-consensual human experimentation in violation of their constitutional right to bodily integrity;

(E)     Declare that the Defendants have failed to meet the requirements of 45 CFR Part 46 for the protection of human subjects in medical experimentation;

(F)     Enjoin the enforcement of the challenged declaration of a "public health emergency" and further renewals thereof, the enforcement of the Vaccine EUAs;

(G)     Enjoin enforcement of any and all actions by Defendants in violation of the Constitutional right to Bodily Integrity.

(H)     Award Plaintiffs such other and additional relief as the Court deems fit.

## **VII. JURY DEMAND**

Plaintiffs request a jury trial on all issues so triable.

Dated: Friday, October 29, 2021

Respectfully submitted,

/s/ *Lowell H. Becraft, Jr.*
**LOWELL H. BECRAFT, JR.**
Attorney for Plaintiffs
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
(256) 533-2535
becraft@hiwaay.net
Attorneys for Plaintiffs

/s/ *Thomas Renz*
**THOMAS RENZ**
(Ohio Bar ID: 98645)
1907 W. State St. #162
Fremont, OH 43420
(419) 351-4248
renzlawllc@gmail.com
(*Pro Hac Vice*)

/s/ *F.R. Jenkins*
**F. R. JENKINS**
(Maine Bar No. 004667)
Meridian 361 International
Law Group, PLLC
97A Exchange Street, Ste 202
Portland, ME 04101
(866) 338-7087
jenkins@meridian361.com
Attorney for Plaintiffs
(*Pro Hac Vice*)

/s/ *Michael A. Hamilton*
**MICHAEL A. HAMILTON**
(KY Bar No. 89471)
CORNERSTONE ATTORNEY
1067 N. Main St, PMB 224
Nicholasville, KY 40356
(859) 655-5455
michael@cornerstoneattorney.com
(*Pro Hac Vice*)

/s/ *Robert J. Gargasz*
**ROBERT J. GARGASZ**
(Ohio Bar ID: 0007136)
1670 Cooper Foster Park
Rd.  Lorain, Ohio 44053
(440) 960-1670
rjgargasz@gmail.com
(*Pro Hac Vice*)

/s/ *N. Ana Garner*
**N. ANA GARNER**
Garner Law Firm
1000 Cordova Place #644
Santa Fe, NM 87505
(505) 930-5170
garnerlaw@yahoo.com
(*Pro Hac Vice*)

/s/ *Jonathan Diener*      /s/ *Joseph S. Gilbert*
**JONATHAN DIENER**      **JOSEPH S. GILBERT**
P.O. Box 27      (Nevada Bar No. 9033)
Mule Creek, NM 88051      Joey Gilbert & Associates
(575) 388-1754      D/B/A Joey Gilbert Law
jonmdiener@gmail.com      405 Marsh Avenue
*(Admission Pending Pro Hac Vice)*      Reno, Nevada 89509
      (775) 284-7700
      joey@joeygilbertlaw.com
      (*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, Friday, October 29, 2021, I electronically transmitted this pleading to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following counsel for the Defendants:

Hon. Don B. Long, III
Assistant United States Attorney United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

Hon. James W. Harlow
Trial Attorney, Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

          /s/ *Lowell H. Becraft, Jr.*
          lowell H. Becraft, Jr.