# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMERICA'S FRONTLINE DOCTORS,** *et al.*, ) ) ) **Plaintiffs,** ) ) v. ) ) **XAVIER BECERRA, Secretary** ) **of the U.S. Department of Health** ) **and Human Services, in his official** ) **and personal capacities,** *et al.*, ) ) **Defendants.** ) | Case No. 2:21-CV-702-CLM |

## SCHEDULING ORDER

This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause shown. The dates and deadlines in this case are set forth below:

- The plaintiffs' second motion for preliminary injunction is due on Friday, November 19, 2021.

- The defendants' consolidated motion to dismiss and brief in opposition to the plaintiffs' motion for preliminary injunction is due on Friday, December 17, 2021. The brief shall not exceed 45 pages.

- The plaintiffs' consolidated response in opposition to the defendants' motion to dismiss and reply in support of the motion for preliminary injunction is due on Friday, January 7, 2022. The brief shall not exceed 45 pages.

- The defendants' reply in support of their motion to dismiss is due on Friday, January 28, 2022. The brief shall not exceed 25 pages.

All briefs shall use 14-point, Times New Roman font in the body and 12-point, Times New Roman font in footnotes. The text of briefs shall be double-spaced, except for quotations exceeding 50 words, which may be block indented from the left and right margins and single-spaced.

**DONE** and **ORDERED** on November 8, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE