FILED
2021 Nov-12 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| XAVIER BECERRA, et al, | ) ) | CIVIL ACTION CASE NUMBER: 2:21-cv-702-CLM |
| Defendants. | ) ) | |

## Summons in a Civil Action

To:

Joseph R. Biden, President
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against the following federal agencies and officers: THE UNITED STATES, JOSEPH BIDEN, President, XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official capacity, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official capacity, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, and NATIONAL INSTITUTE OF HEALTH, NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/10/2021

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| XAVIER BECERRA, et al, | ) ) | CIVIL ACTION CASE NUMBER: 2:21-cv-702-CLM |
| Defendants. | ) ) | |

### Summons in a Civil Action

To:

United States Attorney (for Defendant United States)
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

A lawsuit has been filed against the following federal agencies and officers: THE UNITED STATES, JOSEPH BIDEN, President, XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official capacity, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official capacity, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, and NATIONAL INSTITUTE OF HEALTH, NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 11/10/2021

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al, | ) ) ) ) | <u>Summons</u><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiffs, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| XAVIER BECERRA, et al, | ) ) | CIVIL ACTION CASE NUMBER:<br>2:21-cv-702-CLM |
| Defendants. | ) ) | |

**Summons in a Civil Action**

To:

Attorney General Merrick B. Garland (for Defendant United States)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    A lawsuit has been filed against the following federal agencies and officers: THE UNITED STATES, JOSEPH BIDEN, President, XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, DR. ANTHONY FAUCI, Director of the National Institute of Allergies and Infectious Diseases, in his official capacity, DR. JANET WOODCOCK, Acting Commissioner of the Food and Drug Administration, in her official capacity, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, the FOOD AND DRUG ADMINISTRATION, the CENTER FOR DISEASE CONTROL AND PREVENTION, and NATIONAL INSTITUTE OF HEALTH, NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES.

    Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is Lowell H. Becraft, Jr., 403-C Andrew Jackson Way, Huntsville, AL 35801.

**If you fail to do so, judgment by default may be entered against the defendants for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 11/10/2021

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203