FILED
2021 Nov-19 PM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 4:

# Declaration of Mike Nelson

## Declaration of Michael Nelson

State of Alabama        )
County of Madison    )

I, Michael Nelson, declare under the penalties of perjury as follows:

I am Michael Nelson, a plaintiff in this case, and I have personal knowledge of the facts stated herein.

I live and work in Huntsville, Madison County, Alabama and I work at Marshall Space Flight Center as Aerospace Engineer Team Lead in the Propulsion Department. I work with plaintiff Joseph Leahy who is also employed with NASA at MSFC in the Propulsion Department.

Pursuant to Executive Order 14043 issued by President Biden on September 9, 2021, I and Joseph Leahy must be fully vaccinated (defined by having had the at least the Johnson and Johnson vaccine for two weeks) by November 22, 2021. As of this time we have requested a religious exemption and approval of is pending.

I, Michael Nelson, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing facts are true and correct.

Respectfully submitted this the 19th day of November, 2021.

*/s/ Michael Nelson*
Michael Nelson