FILED
2021 Nov-19 PM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Ex. 6:

# Data from Medicare System

| **Medicare Deaths - 0-14 Days Post-Vaccination** | | | | | |
|---|---|---|---|---|---|
| | # of Days Died after COVID Vaccine | % of Beneficiaries who Died | % of Beneficiaries who died (within 14 days) | Cumulative Frequency | Cumulative Percent |
| **51,100 beneficiaries died within 14 days after the COVID-19 vaccine** | 0 | 935 | 1.83 | 935 | 1.83 |
| | 1 | 2,196 | 4.30 | 3,131 | 6.13 |
| | 2 | 2,715 | 5.31 | 5,948 | 11.44 |
| | 3 | 2,918 | 5.71 | 8,764 | 17.15 |
| | 4 | 3,104 | 6.07 | 11,968 | 23.23 |
| | 5 | 3,318 | 6.49 | 15,186 | 29.72 |
| | 6 | 3,402 | 6.66 | 18,588 | 36.38 |
| | 7 | 3,662 | 7.17 | 22,250 | 43.54 |
| | 8 | 3,870 | 7.23 | 25,943 | 50.77 |
| | 9 | 3,916 | 7.57 | 29,813 | 58.34 |
| | 10 | 3,870 | 7.66 | 33,729 | 66.01 |
| | 11 | 4,209 | 8.24 | 37,938 | 74.24 |
| | 12 | 4,314 | 8.44 | 42,252 | 82.68 |
| | 13 | 4,377 | 8.57 | 46,629 | 91.25 |
| | 14 | 4,471 | 8.75 | 51,100 | 100.00 |

| | **Adverse Events 0-14 Days After Vaccine: Alabama** | | | |
|---|---|---|---|---|
| | Adverse Event | # of Beneficiaries who devloped symptom within 14 days of vaccination | % of Beneficiaries who developed symptom post-vaccination and then died at any point during 2021 | % of Beneficiaries who developed this symptom post-vaccination and then died at any point during 2021 |
| **Alabama Adverse Events Reported** | Acute Kidney Failure | 831 | 237 | 28.52 |
| | Anaphylaxis | 19 | 1 | 5.56 |
| | Cardiac Arrest | 160 | 131 | 81.88 |
| | Cerebovascular Event | 382 | 63 | 16.49 |
| | Covid-19 | 1895 | 256 | 13.58 |
| | Emboism | 472 | 90 | 19.07 |
| | Encephalitis, Myeutis, Enchephalomyelitis, Meningitis or Encepholatpathy | 24 | 5 | 20.83 |
| | Guillain-Barre Syndrome | 4 | 1 | 25.00 |
| | Intravascular Coagulation | 12 | 9 | 75.00 |
| | Myo-Endo-Peri-Carditis | 95 | 16 | 16.84 |
| | Myocardial Infraction | 655 | 117 | 17.86 |
| | Narcolepsy / Cataplexy | 13 | 1 | 7.69 |
| | Plegia, Palsy or Paralysis | 335 | 54 | 16.12 |
| | Pneumonia | 1069 | 295 | 27.62 |
| | Respiratory Distress | 256 | 113 | 44.14 |
| | Respiratory Failure | 745 | 290 | 37.58 |
| | Respiratory Infection | 803 | 68 | 8.47 |
| | Respiratory Synctial Virus | 3 | | |
| | Seizure or Convulsion | 241 | 34 | 14.11 |
| | Stroke or Cerebral Infraction | 569 | 87 | 15.29 |
| | Thrombocytopenia | 640 | 89 | 13.91 |
| | Thrombosis | 418 | 71 | 16.99 |