IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:21-CV-702-CLM <br> **OPPOSED** |

**DEFENDANTS' MOTION TO DISMISS THE REVISED AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

COMES NOW all Defendants, by and through Isaac C. Belfer, Trial Attorney, and James W. Harlow, Senior Trial Attorney, Consumer Protection Branch, Civil Division, U.S. Department of Justice, and file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6).[1] The grounds for this Motion to Dismiss are more fully set forth in the concurrently filed Memorandum of Law, the supporting declarations, and the exhibits attached thereto.

---

[1] Pursuant to the Court's Order (ECF No. 34), Defendants are filing a consolidated memorandum of law in support of their Motion to Dismiss and in opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 37).

Dated: December 17, 2021

OF COUNSEL:

DANIEL BARRY
Acting General Counsel
U.S. Department of Health and Human Services

WENDY VICENTE
Acting Deputy Chief Counsel, Litigation

JAMES ALLRED
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
White Oak 31
Silver Spring, MD 20993-0002

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

**/s/  Isaac C. Belfer**
ISAAC C. BELFER
Trial Attorney

**/s/  James W. Harlow**
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
Tel: (202) 305-7134 (Belfer)
Tel: (202) 514-6786 (Harlow)
Fax: (202) 514-8742
Email: Isaac.C.Belfer@usdoj.gov
Email: James.W.Harlow@usdoj.gov

PRIM F. ESCALONA
United States Attorney

DON B. LONG, III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North

Birmingham, Alabama 35203
Tel: (205) 244-2106
Fax: (204) 244-2171
Email: Don.Long2@usdoj.Gov

*Counsel for Defendants Xavier Becerra, Secretary of Health and Human Services, in his official capacity only; Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases, in his official capacity only; Dr. Janet Woodcock, Acting Commissioner of Food and Drugs, in her official capacity only; the U.S. Department of Health and Human Services; the Food and Drug Administration; the Centers for Disease Control and Prevention; the National Institutes of Health; and the National Institute of Allergy and Infectious Diseases*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ **James W. Harlow**
JAMES W. HARLOW
Senior Trial Attorney