IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:21-CV-702-CLM |

**DECLARATION OF SUZANN BURK**

I, Suzann Burk, declare as follows:

1. I am the Director of the Division of Disclosure and Oversight Management ("DDOM"), Office of Communication Outreach and Development, Center for Biologics Evaluation and Research ("CBER"), United States Food and Drug Administration ("FDA"), in Silver Spring, Maryland.

2. As the Director of DDOM, I have overall responsibility for the disclosure of documents officially maintained by CBER, the center in FDA that regulates biologic products such as blood, vaccines, gene therapy, and human cells, tissues, and cellular and tissue-based products. I have been the Director of DDOM since June 24, 2018. Prior to that date, I was the Team Lead of the Electronic Disclosure Team in DDOM for approximately nine and one-half years. Prior to that, I was a member of the Congressional and Oversight Branch in DDOM for two years

1

and a member of the Access Litigation and Freedom of Information Branch in DDOM for four years.

3. In my capacity as Director of DDOM I have access to official CBER documents. I am responsible for disclosing documents in litigation on behalf of CBER.

4. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and in opposition to Plaintiffs' Motion for a Preliminary Injunction. The statements made in this declaration are based on my personal knowledge and official records available to me in my official capacity.

5. Attached hereto are copies of the following documents:

| Exhibit | Vaccine Manufacturer | Document | Date |
|---|---|---|---|
| Exhibit 1 | Pfizer-BioNTech | Fact Sheet for Recipients and Caregivers 12 years of age and older | Oct. 29, 2021 |
| Exhibit 2 | Pfizer-BioNTech | Fact Sheet for Recipients and Caregivers 5–11 years of age | Oct. 29, 2021 |
| Exhibit 3 | Pfizer-BioNTech | Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers), 12 years of age and older, purple cap | Oct. 29, 2021 |
| Exhibit 4 | Pfizer-BioNTech | Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers), 12 years of age and older, gray cap | Oct. 29, 2021 |
| Exhibit 5 | Pfizer-BioNTech | Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers), 5–11 years of age, orange cap | Oct. 29, 2021 |

| | | | |
|---|---|---|---|
| Exhibit 6 | Pfizer-BioNTech | Letter of Authorization from Jacqueline A. O'Shaughnessy, Acting Chief Scientist, FDA, to Pfizer Inc. | Oct. 29, 2021 (revised) |
| Exhibit 7 | Pfizer-BioNTech | COVID-19 Vaccine Emergency Use Authorization Review Memorandum | Dec. 11, 2020 |
| Exhibit 8 | Pfizer-BioNTech | COVID-19 Vaccine EUA Amendment Review Memorandum | May 10, 2021 |
| Exhibit 9 | Pfizer-BioNTech | COVID-19 Vaccine EUA Amendment Review Memorandum | Aug. 12, 2021 |
| Exhibit 10 | Pfizer-BioNTech | COVID-19 Vaccine EUA Amendment Review Memorandum | Sept. 24, 2021 |
| Exhibit 11 | Pfizer-BioNTech | COVID-19 Vaccine EUA Amendment Review Memorandum | Oct. 20, 2021 |
| Exhibit 12 | Moderna | Fact Sheet for Recipients and Caregivers | Oct. 20, 2021 (revised) |
| Exhibit 13 | Moderna | Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) | Oct. 20, 2021 (revised) |
| Exhibit 14 | Moderna | Letter of Authorization from Jacqueline A. O'Shaughnessy, Acting Chief Scientist, FDA, to ModernaTX, Inc. | Oct. 20, 2021 (reissued) |
| Exhibit 15 | Moderna | COVID-19 Vaccine Emergency Use Authorization Review Memorandum | Dec. 18, 2020 |
| Exhibit 16 | Moderna | COVID-19 Vaccine EUA Amendment Review Memorandum | Aug. 12, 2021 |
| Exhibit 17 | Moderna | COVID-19 Vaccine EUA Amendment Review Memorandum | Oct. 20, 2021 |
| Exhibit 18 | Janssen | Fact Sheet for Recipients and Caregivers | Oct. 20, 2021 (revised) |

| Exhibit 19 | Janssen | Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) | Oct. 20, 2021 (revised) |
| --- | --- | --- | --- |
| Exhibit 20 | Janssen | Letter of Authorization from Jacqueline A. O'Shaughnessy, Acting Chief Scientist, FDA, to Janssen Biotech, Inc. | Oct. 20, 2021 (reissued) |
| Exhibit 21 | Janssen | COVID-19 Vaccine Emergency Use Authorization Review Memorandum | Feb. 27, 2021 |
| Exhibit 22 | Janssen | COVID-19 Vaccine EUA Amendment Review Memorandum | Oct. 20, 2021 |

6. I certify that each document listed in Paragraph 5 was the current effective version as of November 5, 2021, and was publicly available on FDA's website, https://www.fda.gov, as of that date.

7. I declare under penalty of perjury that the foregoing Exhibits 1–22 and the facts contained in this declaration are true and correct pursuant to 28 U.S.C. § 1746.

_____
SUZANN BURK
Division Director
Office of Communication,
Division of Disclosure and Oversight
Management, Outreach and Development
Center for Biologics Evaluation and Research
Food and Drug Administration
U.S. Department of Health and Human Services

Executed on December __16__, 2021