FILED
2022 Jan-07 PM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **AMERICA'S FRONTLINE DOCTORS, et al,** ) ) ) **Plaintiffs,** ) ) **v.** ) ) **The UNITED STATES OF AMERICA, et al,** ) ) ) **Defendants.** ) | Case No. 2:21-cv-702-CLM |

## EXHIBIT 1

Raytheon Technologies - Internal Use Only

# Frequently Asked Questions: COVID-19 Health and Safety Updates

*This policy applies to employees who work in the United States, including Puerto Rico and other U.S. territories, where allowed by local law. Any requirements for employees working outside the U.S. are subject to the laws of each country and will be communicated locally. Where applicable, we will engage in relevant union or works council discussions prior to implementation.* **Please regularly refresh your browser cache to ensure you're viewing the most up-to-date FAQs.**

Vaccination and disclosure policy                                      Updated Dec. 9, 2021
Disclosure and verification process
Getting fully vaccinated / booster shots
Reasonable accommodations

## **COVID-19 Vaccination and Disclosure Requirements**

**1. Why is the company taking this action?**
COVID-19 continues to significantly impact our communities, families and employees. With employee health and safety as our top priority, Raytheon Technologies is taking action to address the increased risk and uncertainty COVID variants pose in the workplace.

**2. Who is required to be vaccinated?**
Full COVID-19 vaccination is required for all U.S. employees and onsite contractors. Effective dates for this requirement are:

- Effective immediately, **any employee traveling for company business** must be fully vaccinated prior to traveling.

- By Nov. 15, 2021,
    - **All company executives and new hires** must be fully vaccinated.
    - **Contractors and employees who have worked from home** either full or part time during the pandemic must be fully vaccinated in order to enter a company facility.

- By Dec. 8, 2021, supplier personnel with un-escorted access privileges (e.g. badged access) must be fully vaccinated in order to enter a company facility.

- By Jan. 18, 2022, **all U.S. employees** must be fully vaccinated. Some employees may be required to be fully vaccinated sooner based on customer requirements and/or federal guidance.

Fully vaccinated means two weeks have passed since a single-shot vaccine or the second dose of a two-shot vaccine. Once the FDA requirements are defined for COVID-19 vaccine booster shots, employees will be required to obtain the shots at the recommended interval to be considered fully vaccinated. Requests for medical or religious exceptions will be considered on a case-by-case basis.

**3. Is this legal?**

1

Raytheon Technologies - Internal Use Only

Yes. U.S. employers are legally entitled to collect vaccination-related information, including vaccination status, and may require vaccination to control the risk of transmission during a pandemic.

The company will abide by all applicable state and federal laws on the collection, storage, protection, and deletion of personal medical information. Vaccination requirements have been promulgated pursuant to federal law and supersede any contrary state or local law or ordinance. The company will, however, comply with any applicable state law or municipal ordinance establishing more protective workplace safety protocols than those established under current federal guidance.

**4. Doesn't this policy violate the Health Insurance Portability & Accountability Act (HIPAA)?**
No. This policy and the data collected in the vaccination form are not subject to HIPAA. While vaccination status is not Protected Health Information, it is Sensitive Personal Information under RTX's Privacy Policy, General Corporate Policy 24, and will be collected, stored, protected, and disposed of appropriately.

**5. Doesn't this policy violate my rights under the Nuremberg Code which prohibits forced use of experimental drugs?**
No. Although the Nuremberg Code applies only to governments and not private employers, COVID-19 vaccines are not experimental because the vaccines went through rigorous clinical trials and have either received emergency use authorization by the FDA (Moderna and J&J vaccines) or have received full FDA approval (Pfizer/Comirnaty vaccine). The company's policy has been carefully reviewed and is fully lawful under all applicable laws.

**6. I live in a U.S. state that prohibits mandating COVID-19 vaccinations. Does this policy apply to me?**
Yes. In every U.S. state, irrespective of state law, the company must comply with its obligations under federal Executive Order 14042, which requires federal contractors to ensure that all employees working on or in connection with covered federal contracts, including those working remotely or at a covered contractor workplace, are fully vaccinated by Jan. 18, 2021. These requirements have been promulgated pursuant to federal law and supersede any contrary state or local law ordinance. The company will, however, comply with any applicable state law or municipal ordinance establishing more protective workplace safety protocols than those established under current federal guidance.

**7. I would like the company to complete a COVID-19 inquiry form, who can I have complete it?**
To answer questions or concerns about the company's policy, please see the policy announcement and FAQs that were issued by the company. Should you have concerns about any particular vaccine, we recommend you contact your medical provider to ask any questions you may have. If you feel that you need an accommodation for medical or religious reasons, please submit your accommodation request to People Services by calling 1-866-295-HRHR (4747). The company will not complete the form you've submitted. Instead, please see the documentation referenced above.

**8. Will employees working outside of the U.S. follow this policy?**

2