FILED
 2022 Jan-07  PM 11:39
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **AMERICA'S FRONTLINE DOCTORS, et al,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**The UNITED STATES OF AMERICA, et al,**<br><br>**Defendants.** | Case No. 2:21-cv-702-CLM |

# EXHIBIT 3

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA,

FROM

### DECEMBER, 1881, TO MARCH, 1883.

AND

### RECENT TREATIES, POSTAL CONVENTIONS, AND EXECUTIVE PROCLAMATIONS.

EDITED, PRINTED, AND PUBLISHED UNDER THE AUTHORITY OF
AN ACT OF CONGRESS, AND UNDER THE DIRECTION
OF THE SECRETARY OF STATE.

## VOL. XXII.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1883.



States before the passage of this act shall be cognizable in the court of the western division of the western district of Tennessee held at Memphis, and actions or proceedings now pending at Memphis against defendants residing in said county of Hardeman may, on the application of either party, be transferred to the court at Jackson; and in case of such transfer, all papers and files therein, with copies of all journal entries, shall be transferred to the office of the clerk of the court at Jackson, and the same shall proceed in all respects as though originally commenced in said court.

Approved, January 15, 1883.

---

CHAP. 26.—An act to increase the fees of witnesses in the United States courts in certain cases. — *Jan. 15, 1883.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all persons residing west of the Mississippi River, excepting those who are by law entitled to a higher compensation, who have been or may hereafter be in attendance at Washington, District of Columbia, under subpœna or under the direction of the Department of Justice as witnesses in any of the courts of said district, in any of the cases known as star-routes prosecutions, shall be entitled to receive a total per diem of two dollars and fifty cents per day, and mileage for actual travel only to and from their place of residence, by the usual routes of travel, at the rate of seven cents per mile. — *Increase of fees of witnesses in U. S. courts in certain cases.*

Approved, January 15, 1883.

---

CHAP. 27.—An act to regulate and improve the civil service of the United States. — *Jan. 16, 1883.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is authorized to appoint, by and with the advice and consent of the Senate, three persons, not more than two of whom shall be adherents of the same party, as Civil Service Commissioners, and said three commissioners shall constitute the United States Civil Service Commission. Said commissioners shall hold no other official place under the United States. — *Civil service.* *Commission.*

The President may remove any commissioner; and any vacancy in the position of commissioner shall be so filled by the President, by and with the advice and consent of the Senate, as to conform to said conditions for the first selection of commissioners. — *Removals. Vacancies, how filled.*

The commissioners shall each receive a salary of three thousand five hundred dollars a year. And each of said commissioners shall be paid his necessary traveling expenses incurred in the discharge of his duty as a commissioner. — *Compensation.*

SEC. 2. That it shall be the duty of said commissioners: — *Duties.*

FIRST. To aid the President, as he may request, in preparing suitable rules for carrying this act into effect, and when said rules shall have been promulgated it shall be the duty of all officers of the United States in the departments and offices to which any such rules may relate to aid, in all proper ways, in carrying said rules, and any modifications thereof, into effect. — *Rules.*

SECOND. And, among other things, said rules shall provide and declare, as nearly as the conditions of good administration will warrant, as follows:

First, for open, competitive examinations for testing the fitness of applicants for the public service now classified or to be classified hereunder. Such examinations shall be practical in their character, and so far as may be shall relate to those matters which will fairly test the — *Competitive examinations.*

Digitized by Google

relative capacity and fitness of the persons examined to discharge the duties of the service into which they seek to be appointed.

*Offices, etc., how filled.*
Second, that all the offices, places, and employments so arranged or to be arranged in classes shall be filled by selections according to grade from among those graded highest as the results of such competitive examinations.

*Appointments, how apportioned.*
Third, appointments to the public service aforesaid in the departments at Washington shall be apportioned among the several States and Territories and the District of Columbia upon the basis of population as ascertained at the last preceding census. Every application for

*Applications, how made.*
an examination shall contain, among other things, a statement, under oath, setting forth his or her actual bona fide residence at the time of making the application, as well as how long he or she has been a resident of such place.

Fourth, that there shall be a period of probation before any absolute appointment or employment aforesaid.

*Contributions for political purposes prohibited.*
Fifth, that no person in the public service is for that reason under any obligations to contribute to any political fund, or to render any political service, and that he will not be removed or otherwise prejudiced for refusing to do so.

Sixth, that no person in said service has any right to use his official authority or influence to coerce the political action of any person or body.

*Non-competitive examinations.*
Seventh, there shall be non-competitive examinations in all proper cases before the commission, when competent persons do not compete, after notice has been given of the existence of the vacancy, under such rules as may be prescribed by the commissioners as to the manner of giving notice.

*Notice of appointment, etc.*
Eighth, that notice shall be given in writing by the appointing power to said commission of the persons selected for appointment or employment from among those who have been examined, of the place of residence of such persons, of the rejection of any such persons after probation, of transfers, resignations, and removals, and of the date thereof, and a record of the same shall be kept by said commission. And any necessary exceptions from said eight fundamental provisions of the rules shall be set forth in connection with such rules, and the reasons therefor shall be stated in the annual reports of the commission.

*Regulations for examinations; record to be kept.*
THIRD. Said commission shall, subject to the rules that may be made by the President, make regulations for, and have control of, such examinations, and, through its members or the examiners, it shall supervise and preserve the records of the same; and said commission shall keep minutes of its own proceedings.

*Duties of commissioners.*
FOURTH. Said commission may make investigations concerning the facts, and may report upon all matters touching the enforcement and effects of said rules and regulations, and concerning the action of any examiner or board of examiners hereinafter provided for, and its own subordinates, and those in the public service, in respect to the execution of this act.

*Report of commissioners.*
FIFTH. Said commission shall make an annual report to the President for transmission to Congress, showing its own action, the rules and regulations and the exceptions thereto in force, the practical effects thereof, and any suggestions it may approve for the more effectual accomplishment of the purposes of this act.

*Chief examiner.*
SEC. 3. That said commission is authorized to employ a chief examiner, a part of whose duty it shall be, under its direction, to act with the examining boards, so far as practicable, whether at Washington or elsewhere, and to secure accuracy, uniformity, and justice in all their proceedings, which shall be at all times open to him. The chief exam-

*Compensation.*
*Traveling expenses.*
iner shall be entitled to receive a salary at the rate of three thousand dollars a year, and he shall be paid his necessary traveling expenses incurred in the discharge of his duty  The commission shall have a

*Secretary.*
secretary, to be appointed by the President, who shall receive a salary

# THE CODE OF THE LAWS

OF THE

# UNITED STATES OF AMERICA

OF A GENERAL AND PERMANENT CHARACTER

IN FORCE

## DECEMBER 7, 1925

AND APPENDIX WITH LAWS TO DECEMBER 6, 1926

---

CONSOLIDATED, CODIFIED, SET FORTH, AND PUBLISHED IN 1926,
IN THE ONE HUNDRED AND FIFTIETH YEAR OF THE REPUBLIC,
AT ITS FIRST SESSION, BY THE SIXTY-NINTH CONGRESS

[WITH ANCILLARIES AND INDEX]

---

VOLUME 44 - PART 1

OF THE

## UNITED STATES STATUTES AT LARGE



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON
1926

4

duties, and establish regulations for the conduct of persons who may receive appointments in the civil service. (R. S. § 1753.)

**632. Civil Service Commission; appointment; removal.**—The President is authorized to appoint, by and with the advice and consent of the Senate, three persons, not more than two of whom shall be adherents of the same party, as civil service commissioners, and said three commissioners shall constitute the United States Civil Service Commission. Said commissioners shall hold no other official place under the United States.

The President may remove any commissioner; and any vacancy in the position of commissioner shall be so filled by the President, by and with the advice and consent of the Senate, as to conform to said conditions for the first selection of commissioners.

Each of said commissioners shall be paid, in addition to his salary, his necessary traveling expenses incurred in the discharge of his duty as a commissioner. (Jan. 16, 1883, c. 27, § 1, 22 Stat. 403.)

**633. Rules.**—It shall be the duty of said commissioners:

(1) *Preparation of.*—First. To aid the President, as he may request, in preparing suitable rules for carrying this section and sections 632, 635, 637, 638, and 640 to 642 of this title, into effect, and when said rules shall have been promulgated it shall be the duty of all officers of the United States in the departments and offices to which any such rules may relate to aid, in all proper ways, in carrying said rules, and any modification thereof, into effect.

(2) *Provisions of.*—Second. Among other things, said rules shall provide and declare, as nearly as the conditions of good administration will warrant, as follows:

*1. Competitive examinations.*

First. For open, competitive examinations for testing the fitness of applicants for the public service classified on January 16, 1883, or thereafter, or to be classified hereunder. Such examinations shall be practical in their character, and so far as may be shall relate to those matters which will fairly test the relative capacity and fitness of the persons examined to discharge the duties of the service into which they seek to be appointed.

*2. Selection of officers, etc., according to results of examinations.*

Second. All the offices, places, and employments so arranged or to be arranged in classes shall be filled by selections according to grade from among those graded highest as the results of such competitive examinations.

*3. Apportionment of appointments; applications for examinations.*

Third. Appointments to the public service aforesaid in the departments at Washington shall be apportioned among the several States and Territories and the District of Columbia upon the basis of population as ascertained at the last preceding census. Every application for an examination shall contain, among other things, a statement, under oath, setting forth his or her actual bona fide residence at the time of making the application, as well as how long he or she has been a resident of such place.

*4. Probation before absolute appointment.*

Fourth. There shall be a period of probation before any absolute appointment or employment aforesaid.

*5. Contributions for political purposes.*

Fifth. No person in the public service is for that reason under any obligations to contribute to any political fund, or to render any political service, and that he will not be removed or otherwise prejudiced for refusing to do so.

*6. Political coercion by officers.*

Sixth. No person in said service has any right to use his official authority or influence to coerce the political action of any person or body.

*7. Noncompetitive examinations in certain cases.*

Seventh. There shall be noncompetitive examinations in all proper cases before the commission, when competent persons do not compete, after notice has been given of the existence of the vacancy, under such rules as may be prescribed by the commissioners as to the manner of giving notice.

*8. Notice of appointments, rejections, transfers, resignations, and removals; exceptions to be set forth with rules.*

Eighth. Notice shall be given in writing by the appointing power to said commission of the persons selected for appointment or employment from among those who have been examined, of the place of residence of such persons, of the rejection of any such persons after probation, of transfers, resignations, and removals, and of the date thereof, and a record of the same shall be kept by said commission. Any necessary exceptions from said eight fundamental provisions of the rules shall be set forth in connection with such rules, and the reasons therefor shall be stated in the annual reports of the commission.

(3) *Regulations for examinations, and records.*—Third. Said commission shall, subject to the rules that may be made by the President, make regulations for, and have control of, such examinations, and, through its members or the examiners, it shall supervise and preserve the records of the same; and said commission shall keep minutes of its own proceedings.

(4) *Investigations and reports.*—Fourth. Said commission may make investigations concerning the facts, and may report upon all matters touching the enforcement and effects of said rules and regulations, and concerning the action of any examiner or board of examiners hereinafter provided for, and its own subordinates, and those in the public service, in respect to the execution of this section and sections 632, 635, 637, 638, and 640 to 642 of this title.

(5) *Annual reports.*—Fifth. Said commission shall make an annual report to the President for transmission to Congress, showing its own action, the rules and regulations and the exceptions thereto in force, the practical effects thereof, and any suggestions it may approve for the more effectual accomplishment of the purposes of sections 632, 633, 635, 637, 638 and 640 to 642. (Jan. 16, 1883, c. 27, § 2, 22 Stat. 403.)

**634. Oaths to witnesses.**—Members of the Civil Service Commission and its duly authorized representatives are authorized to administer oaths to witnesses in any matter depending before the Civil Service Commission. (Aug. 23, 1912, c. 350, § 1, 37 Stat. 372.)

**635. Chief examiner; secretary; employees; boards of examiners.**—Said commission is authorized to employ a chief examiner, a part of whose duty it shall be, under its direction, to act with the examining boards, so far as practicable, whether at Washington or elsewhere, and to secure accuracy, uniformity, and justice in all their proceedings, which shall be at all times open to him. The chief examiner shall be paid in addition to his salary, his necessary traveling expenses incurred in the discharge of his duty. The commission shall have a secretary, to be appointed by the President. It may, when necessary, employ a stenographer, and a messenger. The commission shall, at Washington, and in one or more places in each State and Territory where examinations are to take place, designate and select a suitable number of persons, not less than three, in the official service of the United States, residing in said State or Territory, after consulting the head of the department or office in which such persons serve, to be members of boards of

| Statutes at Large | | | | | United States Code | | Statutes at Large | | | | | United States Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Chapter | Section | Volume | Page | Title | Section | Date | Chapter | Section | Volume | Page | Title | Section |
| 1882 | | | | | | | 1884 | | | | | | |
| Aug. 5 | 398 | 1 | 22 | 300 | 46 | 77 | May 16 | 52 | 5 | 23 | 23 | 18 | 274 |
| Do | 398 | 2 | 22 | 300 | 46 | 81 | Do | 52 | 6 | 23 | 23 | 18 | 275 |
| Aug. 7 | 433 | 1 | 22 | 305 | 40 | 263 | May 17 | 53 | 8 | 23 | 26 | 48 | 356 |
| Do | 433 | 1 | 22 | 310 | 46 | 407 | May 29 | 60 | 1 | 23 | 31 | 7 | 391 |
| Do | 433 | 1 | 22 | 312 | 31 | 339, 545 | Do | 60 | 2 | 23 | 31 | 21 | 119 |
| Do | 433 | 1 | 22 | 322 | 24 | 138 | Do | 60 | 3 | 23 | 32 | 21 | 114 |
| Do | 433 | 1 | 22 | 327 | 43 | 763 | Do | 60 | 4 | 23 | 32 | 21 | 112 |
| Do | 433 | 1 | 22 | 330 | 24 | 172, 195, 212 | Do | 60 | 5 | 23 | 32 | 21 | 113 |
| Do | 433 | 1 | 22 | 336 | 5 | 90 | Do | 60 | 6 | 23 | 32 | 21 | 115 |
| Do | 433 | 1 | 22 | 337 | 2 | 117 | Do | 60 | 7 | 23 | 32 | 21 | 117 |
| Do | 438 | 1 | 22 | 345 | 38 | 191 | Do | 60 | 8 | 23 | 33 | 21 | 130 |
| Do | 438 | 2 | 22 | 345 | 38 | 199 | Do | 60 | 9 | 23 | 33 | 21 | 118 |
| Do | 441 | 1 | 22 | 346 | 46 | 362 | Do | 60 | 11 | 23 | 33 | 5 | 560 |
| Aug. 8 | 468 | | 22 | 372 | 26 | 787, 790, 850, 851 | June 9 | 73 | | 23 | 40 | 39 | 287 |
| | | | | | | | June 26 | 121 | 1 | 23 | 53 | 46 | 221 |
| Do | 469 | | 22 | 373–374 | 38 | 44–47, 49, 75, 192 | Do | 121 | 2 | 23 | 54 | 46 | 682 |
| | | | | | | | Do | 121 | 3 | 23 | 54 | 46 | 685 |
| 1883 | | | | | | | Do | 121 | 4 | 23 | 54 | 46 | 658 |
| Jan. 9 | 15 | | 22 | 401 | 31 | 208 | Do | 121 | 5 | 23 | 54 | 46 | 684 |
| Do | 16 | | 22 | 401 | 26 | 769, 770 | Do | 121 | 6 | 23 | 55 | 46 | 703 |
| Do | 17 | | 22 | 402 | 19 | 193 | Do | 121 | 7 | 23 | 55 | 46 | 683 |
| Jan. 13 | 24 | | 22 | 402 | 26 | 787, 790, 850, 851 | Do | 121 | 9 | 23 | 55 | 46 | 679 |
| | | | | | | | Do | 121 | 10 | 23 | 55 | 46 | 599 |
| Jan. 16 | 27 | 1 | 22 | 403 | 5 | 632 | Do | 121 | 11 | 23 | 56 | 46 | 670 |
| Do | 27 | 2 | 22 | 403 | 5 | 633 | Do | 121 | 12 | 23 | 56 | 22 | 89 |
| Do | 27 | 3 | 22 | 404 | 5 | 635 | Do | 121 | 13 | 23 | 56 | 46 | 101 |
| Do | 27 | 4 | 22 | 405 | 40 | 42 | Do | 121 | 14 | 23 | 57 | 46 | 121 |
| Do | 27 | 5 | 22 | 405 | 5 | 637 | Do | 121 | 16 | 23 | 57 | 19 | 145 |
| Do | 27 | 7 | 22 | 406 | 5 | 638 | Do | 121 | 18 | 23 | 57 | 46 | 189 |
| Do | 27 | 8 | 22 | 406 | 5 | 640 | Do | 121 | 19 | 23 | 58 | 46 | 572 |
| Do | 27 | 9 | 22 | 406 | 5 | 641 | Do | 121 | 20 | 23 | 58 | 46 | 573 |
| Do | 27 | 10 | 22 | 406 | 5 | 642 | Do | 121 | 21 | 23 | 58 | 46 | 47 |
| Do | 27 | 11 | 22 | 406 | 18 | 208 | Do | 121 | 26 | 23 | 59 | 18 | 643 |
| Do | 27 | 12 | 22 | 407 | 18 | 209 | Do | 121 | 27 | 23 | 59 | 46 | 541 |
| Do | 27 | 13 | 22 | 407 | 18 | 210 | Do | 122 | | 23 | 60 | 34 | 1 |
| Do | 27 | 14 | 22 | 407 | 18 | 211 | Do | 123 | | 23 | 60 | 2 | 191 |
| Do | 27 | 15 | 22 | 407 | 18 | 212 | June 27 | 126 | | 23 | 60 | 39 | 127, 823 |
| Feb. 28 | 58 | 2 | 22 | 432 | 38 | 129 | July 4 | 180 | 1 | 23 | 94 | 25 | 195, 249 |
| Mar. 3 | 91 | | 22 | 453 | 38 | 165, 169, 170 | Do | 180 | 1 | 23 | 96 | 43 | 190 |
| Do | 93 | 1 | 22 | 456 | 10 | 747, 907 | Do | 180 | 6 | 23 | 97 | 25 | 46, 63 |
| Do | 93 | 1 | 22 | 457 | 10 | 525 | Do | 180 | 8 | 23 | 97 | 25 | 8 |
| Do | 97 | 1 | 22 | 472 | 34 | 1, 111, 241, 251, 382 | Do | 180 | 9 | 23 | 98 | 25 | 298 |
| | | | | | | | Do | 180 | 10 | 23 | 98 | 25 | 154 |
| Do | 97 | 1 | 22 | 473 | 34 | 231 | Do | 181 | 3 | 23 | 99 | 38 | 111 |
| Do | 97 | 2 | 22 | 481 | 34 | 222 | Do | 181 | 3 | 23 | 99 | 43 | 842 |
| Do | 101 | 2 | 22 | 484 | 43 | 87 | Do | 181 | 4 | 23 | 99 | 38 | 114 |
| Do | 102 | | 22 | 484 | 7 | 304 | Do | 181 | 4 | 23 | 99 | 43 | 844 |
| Do | 116 | 2 | 22 | 485 | 28 | 254 | Do | 181 | 4 | 23 | 101 | 38 | 112 |
| Do | 116 | 4 | 22 | 485 | 28 | 290 | Do | 181 | 5 | 23 | 101 | 5 | 493 |
| Do | 116 | 5 | 22 | 486 | 28 | 291 | Do | 181 | 6 | 23 | 101 | 38 | 115 |
| Do | 116 | 6 | 22 | 486 | 28 | 292 | July 5 | 214 | 1 | 23 | 103 | 43 | 1071 |
| Do | 116 | 7 | 22 | 486 | 28 | 293 | Do | 214 | 2 | 23 | 103 | 43 | 1072 |
| Do | 118 | | 22 | 487 | 30 | 171 | Do | 214 | 3 | 23 | 103 | 43 | 1073 |
| Do | 120 | | 22 | 487 | 5 | 218 | Do | 214 | 5 | 23 | 104 | 43 | 1074 |
| Do | 121 | 1 | 22 | 488 | 12 | 541, 544, 545, 566, 567, 569, 570 | Do | 214 | 6 | 23 | 104 | 10 | 1348 |
| | | | | | | | Do | 214 | 6 | 23 | 104 | 43 | 933 |
| | | | | | | | Do | 217 | | 23 | 109 | 10 | 1200, 1374 |
| Do | 121 | 4 | 22 | 489 | 26 | 761 | Do | 217 | | 23 | 110 | 10 | 1364 |
| Do | 121 | 5 | 22 | 489 | 26 | 772 | Do | 217 | | 23 | 111 | 10 | 73 |
| Do | 123 | 2 | 22 | 527 | 39 | 715 | Do | 217 | | 23 | 112 | 10 | 96 |
| Do | 123 | 3 | 22 | 527 | 39 | 716 | Do | 217 | | 23 | 113 | 31 | 499 |
| Do | 123 | 4 | 22 | 528 | 39 | 717 | Do | 220 | | 23 | 115 | 8 | 263, 264, 280 |
| Do | 123 | 5 | 22 | 528 | 39 | 718 | Do | 220 | | 23 | 116 | 8 | 265 |
| Do | 128 | 1 | 22 | 552 | 31 | 595 | Do | 220 | | 23 | 117 | 8 | 266, 268, 269, 271 |
| Do | 128 | 1 | 22 | 553 | 5 | 44 | | | | | | | |
| Do | 128 | 1 | 22 | 553 | 40 | 9 | Do | 220 | | 23 | 118 | 8 | 272–274 |
| Do | 128 | 2 | 22 | 563 | 39 | 322 | Do | 221 | 1 | 23 | 118 | 46 | 1 |
| Do | 130 | 1 | 22 | 564 | 24 | 59 | Do | 221 | 2 | 23 | 118–119 | 46 | 2, 28, 39, 40, 43, 44, 55, 56, 265, 275 |
| Do | 130 | 2 | 22 | 564 | 24 | 60 | | | | | | | |
| Do | 130 | 3 | 22 | 564 | 24 | 57 | | | | | | | |
| Do | 130 | 4 | 22 | 564 | 24 | 52 | Do | 221 | 3 | 23 | 119 | 46 | 3 |
| Do | 130 | 5 | 22 | 565 | 24 | 55 | Do | 221 | 4 | 23 | 119 | 46 | 4 |
| Do | 130 | 6 | 22 | 565 | 24 | 56 | Do | 221 | 6 | 23 | 119 | 46 | 5 |
| Do | 130 | 7 | 22 | 565 | 10 | 996 | Do | 225 | 1 | 23 | 122 | 18 | 585 |
| Do | 130 | 7 | 22 | 565 | 24 | 43 | Do | 228 | 1 | 23 | 132 | 46 | 329 |
| Do | 130 | 8 | 22 | 565 | 24 | 46 | Do | 228 | 2, 3 | 23 | 132, 133 | 46 | 330 |
| Do | 130 | 9 | 22 | 565 | 24 | 48 | Do | 229 | 4 | 23 | 147 | 33 | 5 |
| Do | 130 | 10 | 22 | 565 | 24 | 41 | Do | 234 | 1 | 23 | 156 | 39 | 50 |
| Do | 133 | 1 | 22 | 566 | 46 | 103 | Do | 234 | 3 | 23 | 158 | 18 | 357 |
| Do | 134 | | 22 | 567 | 48 | 1460 | Do | 234 | 3 | 23 | 158 | 39 | 321, 384 |
| Do | 141 | 1 | 22 | 590 | 25 | 155 | July 7 | 331 | 1 | 23 | 172 | 26 | 33 |
| Do | 141 | 2 | 22 | 592 | 2 | 133 | Do | 332 | | 23 | 198 | 33 | 722 |
| Do | 141 | 5 | 22 | 599 | 34 | 492 | Do | 332 | | 23 | 199 | 14 | 65 |
| Do | 142 | 1 | 22 | 600 | 39 | 54, 81 | Do | 332 | | 23 | 204 | 41 | 24 |
| Do | 142 | 2 | 22 | 602 | 39 | 57 | Do | 332 | | 23 | 212 | 43 | 34 |
| Do | 142 | 3 | 22 | 602 | 39 | 61 | Do | 332 | | 23 | 213 | 24 | 194 |
| Do | 142 | 4 | 22 | 602 | 39 | 54, 81 | Do | 332 | | 23 | 214 | 20 | 65 |
| Do | 143 | | 22 | 615 | 40 | 59 | Do | 334 | 1 | 23 | 254 | 5 | 266 |
| Do | 143 | | 22 | 616 | 31 | 485 | Do | 334 | 1 | 23 | 254 | 31 | 622 |
| Do | 143 | | 22 | 621 | 40 | 173 | Do | 334 | 3 | 23 | 258 | 5 | 261 |
| Do | 143 | | 22 | 625 | 24 | 248 | 1885 | | | | | | |
| Do | 143 | | 22 | 625 | 35 | 45 | Jan. 6 | J. Res. 5 | | 23 | 516 | 5 | 86 |
| Do | 143 | | 22 | 627 | 16 | 23 | Jan. 30 | 43 | 1 | 23 | 291 | 34 | 901 |
| Do | 143 | | 22 | 629 | 20 | 64 | Do | 43 | 3 | 23 | 295 | 5 | 467 |
| Do | 143 | | 22 | 631 | 28 | 330, 542 | Feb. 11 | 55 | | 23 | 298 | 46 | 413 |
| Do | 143 | | 22 | 632 | 2 | 33 | Feb. 16 | 123 | | 23 | 306 | 31 | 528 |
| 1884 | | | | | | | Feb. 25 | 149 | 1 | 23 | 321 | 43 | 1061 |
| Feb. 1 | J. Res. 4 | | 23 | 266 | 38 | 8 | Do | 149 | 2 | 23 | 321 | 28 | 41 par. 21 |
| Mar. 1 | 9 | | 23 | 3 | 39 | 482 | Do | 149 | 2 | 23 | 321 | 43 | 1062 |
| Apr. 18 | 26 | | 23 | 11 | 18 | 76 | Do | 149 | 3 | 23 | 322 | 43 | 1063 |
| May 13 | 44 | | 23 | 21 | 20 | 47 | Do | 149 | 4 | 23 | 322 | 43 | 1064 |
| Do | 46 | 2, 3 | 23 | 22 | 5 | 16 | Do | 149 | 5 | 23 | 322 | 43 | 1065 |
| May 16 | 52 | 1 | 23 | 22 | 18 | 270 | Do | 149 | 6 | 23 | 322 | 43 | 1066 |
| Do | 52 | 2 | 23 | 23 | 18 | 271 | Do | 150 | | 23 | 324 | 15 | 190 |
| Do | 52 | 3 | 23 | 23 | 18 | 272 | Feb. 26 | 164 | 2 | 23 | 332 | 8 | 141 |
| Do | 52 | 4 | 23 | 23 | 18 | 273 | Mar. 3 | 335 | | 23 | 350 | 31 | 218–222 |

# UNITED STATES CODE

## 1946 EDITION

CONTAINING THE GENERAL AND PERMANENT LAWS
OF THE UNITED STATES, IN FORCE
ON JANUARY 2, 1947

Prepared and published under authority of Title 1, U. S. Code, Section 52 (d)
by the Committee on Revision of the Laws and the Committee
on the Judiciary of the House of Representatives



### VOLUME ONE

TITLE 1—GENERAL PROVISIONS

TO

TITLE 15—COMMERCE AND TRADE

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1947

# TITLE 5.—EXECUTIVE DEPARTMENTS AND GOVERNMENT OFFICERS AND EMPLOYEES

| Chap. | | Sec. |
|---|---|---|
| 1. | Provisions applicable to departments and officers generally | 1 |
| 2. | Department of State | 151 |
| 3. | Department of War | 181 |
| 4. | Department of Treasury | 241 |
| 5. | Department of Justice | 291 |
| 6. | Post Office Department | 361 |
| 7. | Department of Navy | 411 |
| 8. | Department of Interior | 481 |
| 9. | Department of Agriculture | 511 |
| 10. | Department of Commerce | 591 |
| 11. | Department of Labor | 611 |
| 12. | Civil Service Commission and classified civil service | 631 |
| 13. | Classification of civilian positions | 661 |
| 14. | Retirement of civil-service employees | 691 |
| 14A. | Retirement of citizen employees of Alaska Railroad | 745 |
| 15. | Compensation for injuries to employees of United States | 751 |
| 16. | Subsistence expenses | 821 |
| 17. | Preference of veterans in Government employment | 851 |
| 18. | Federal employees pay provisions | 901 |
| 19. | Administrative procedure | 1001 |

## Chapter 1.—PROVISIONS APPLICABLE TO DEPARTMENTS AND OFFICERS GENERALLY

Sec.
1. Application of provisions of chapter.
2. Word "department."
3. Salaries of heads of executive departments.
4. Vacancies in office of department heads; temporarily filling.
5. Vacancies in subordinate offices.
6. Discretionary authority of President as to vacancies.
7. Temporary appointments to vacancies limited.
8. Restriction on manner of temporary appointments to fill vacancies.
9. Extra compensation for duties performed while filling vacancies.
10. Commissions.
11. Same; officers under Secretaries of departments.
12. Same; judicial officers and other officers under Attorney General.
13. Notification of appointments.
14. Notification of nominations or rejections.
14a. Holding office contrary to disability clause of fourteenth amendment; quo warranto for removal.
15. Removal of disability imposed by the fourteenth amendment.
16. Oath of office.
16a. Administration of oaths by officers or employees of the executive departments or independent establishments.
17. Same; renewal by Department of Agriculture employees.
17a. Same; renewal by employees of Veterans' Administration.
17b. Same; renewals by employees of executive departments, independent establishments, and District of Columbia.
18. Same; who may administer.
19. Same; chief clerks of departments to administer without compensation.
20. Same; to employees administered without compensation.
21. Same; custody of.
21a. Affidavit by appointed officers; no consideration paid for appointment.
21b. Same; failure to make affidavit; penalty.
22. Departmental regulations.
22a. Delegation of powers and authority to subordinate officials.
23. Supervision of subordinate clerks.
24. Distribution of duties.
25. Duty of chief on receipt of report.
26, 26a. Repealed.
26b. Saturday half holidays; Act Mar. 3, 1931, inapplicable to certain employees of institutions under Administrator of Veterans' Affairs.
26c. Same; Act Mar. 3, 1931, inapplicable to certain employees under American Commission.
27. Recording clocks.
28. Closing department on decease of ex-official.
29. Repealed.
29a. Hours of labor; regulations.
30. Leaves of absence; annual leave; sick leave.
30a. Same; reduction in time.
30b. Same; annual leave; accumulation; temporary employees.
30c. Same; employees outside continental United States; leave differential.
30d. Same; employees of corporations controlled by Government.
30e. Same; regulations by President.
30f. Same; sick leave.
30g. Same; cumulation of sick leave.
30h. Same; advancement of sick leave.
30i. Same; employees outside continental United States; leave differential.
30j. Same; employees of corporations controlled by Government.
30k. Same; regulations by President.
30l. Same; Post Office Department excluded from provisions governing annual leave.
30m. Same; Post Office Department excluded from provisions governing sick leave.
30n. Absence for jury service; diminution of compensation.
30n-1. Absence as witness in certain cases; loss of salary.
30o. Same; jury service in United States courts.
30p. Same; credit of compensation received for jury service against compensation payable by United States.
31. Monthly reports as to condition of business; extension of hours of service of employees.
31a. Excess hours; records and reports.
31b. Annual leave and sick leave as including only work days.
32. Repealed.
33. Women clerks.
34. Restoration to positions of employees called into active military service.
35. Preference in appointments to honorably discharged soldiers, sailors, and marines, and widows and wives thereof.
35a. Preference in appointments; spouse of married employee.
36. Employment of wives of soldiers and sailors.
37. Diminution of number of clerks.

with the furniture in use in such bureau, office, department, or branch of the public service, are transferred to the Department of Labor. (Mar. 4, 1913, ch. 141, § 5, 37 Stat. 737.)

§ 622. Same; laws operative.

All laws prescribing the work and defining the duties of the several bureaus, offices, departments, or branches of the public service transferred to and made a part of the Department of Labor shall, so far as the same are not in conflict with the provisions of this chapter, remain in full force and effect, to be executed under the direction of the Secretary of Labor. (Mar. 4, 1913, ch. 141, § 6, 37 Stat. 738.)

REFERENCES IN TEXT

Word "chapter" is translation of word "Act", meaning act Mar. 4, 1913, cited to text, which is classified in part to this chapter and to sections in other titles. For complete distribution see Tables.

## Chapter 12.—CIVIL SERVICE COMMISSION AND CLASSIFIED CIVIL SERVICE

Sec.
631. Regulation of admissions to Civil Service.
631a. Authority of President to cover positions in executive departments, independent establishments, and other Government agencies into classified civil service.
631b. Same; civil service status of incumbents of positions covered into civil service and of certain legislative branch employees.
632. Civil Service Commission; appointment; removal, and compensation of commissioners.
633. Rules.
　　(1) Preparation of.
　　(2) Provisions of.
　　(3) Regulations for examinations, and records.
　　(4) Investigations and reports.
　　(5) Annual reports.
633a, 633b. Personnel Classification Board abolished.
633c. Personnel Classification Board orders, rules, laws, etc., continued.
633d. Same; appropriations transferred.
633e. Adjustment of classification or compensation.
634. Oaths to witnesses.
635. Chief examiner; secretary; employees; boards of examiners.
636. Detail of employees.
637. Violation of duties by commissioners or officers, etc.; punishment.
638. Appointments and promotions in classified service; examinations.
639. Deputy collectors of internal revenue and deputy marshals.
640. Habitual users of intoxicants.
641. Members of same family.
642. Recommendations by Senators or Representatives.
643. Applications for examinations; certificate of residence.
644. Repealed.
645. Civil service status of soldiers, sailors, and marines.
645a. Benefits to employees ineligible for earlier appointment because of military service; persons excluded.
645b. Same; period of compensation.
646–651b. Bureau of Efficiency.
652. Removals from classified Civil Service for cause only.
653. Same; summary removal from Military Establishment for conduct inimical to defense program; notice and hearing.
654. Duties of Commission as to Official Register.

§ 631. Regulation of admissions to Civil Service.

The President is authorized to prescribe such regulations for the admission of persons into the civil service of the United States as may best promote the efficiency thereof, and ascertain the fitness of each candidate in respect to age, health, character, knowledge, and ability for the branch of service into which he seeks to enter; and for this purpose he may employ suitable persons to conduct such inquiries, and may prescribe their duties, and establish regulations for the conduct of persons who may receive appointments in the civil service. (R. S. § 1753.)

DERIVATION

Act Mar. 3, 1871, ch. 114, § 9, 16 Stat. 514.

TRANSFER AND RELEASE OF PERSONNEL

Ex. Ord. No. 9695, Feb. 8, 1946, 11 F. R. 1559, revoked Ex. Ord. No. 9243, Sept. 12, 1943, 7 F. R. 7213, as amended by Ex. Ord. No. 9451, June 20, 1944, 9 F. R. 6905, eff. July 1, 1944, which related to the transfer and release of Federal personnel.

SUBVERSIVE ACTIVITIES

An Interdepartmental Committee to consider cases of subversive activity on part of Federal employees was established within Department of Justice by Ex. Ord. No. 9300, Feb. 5, 1943, 8 F. R. 1701.

CROSS REFERENCES

Army Specialist Corps created for duration of present war abolished; see note preceding section 181 of this title.

EX. ORD. NO. 9367. PROHIBITING, WITH CERTAIN EXCEPTIONS, INSTRUCTION OF APPLICANTS FOR CIVIL SERVICE AND FOREIGN SERVICE EXAMINATIONS BY OFFICERS OR EMPLOYEES OF THE GOVERNMENT

Ex. Ord. No. 9367, Aug. 4, 1943, 8 F. R. 11017, provided:
By virtue of the authority vested in me by section 1753 of the Revised Statutes of the United States (U. S. C., title 5, sec. 631) [this section], and as President of the United States, it is hereby ordered as follows:
1. No officer or employee of the Government shall directly or indirectly instruct or be concerned in any manner in the instruction of any person or classes of persons with a view to their special preparation for the examinations of the United States Civil Service Commission or the examinations of the Boards of Examiners for the Foreign Service of the Department of State: *Provided*, That this order shall not be construed to prevent any agency of the Government from utilizing Government facilities and the services of Federal officers and employees whenever such facilities or services may be necessary or useful in carrying out the duties imposed upon such agency by law in the training and testing of disabled members or former members of the armed forces of the United States or in the conduct of educational or training programs which are open exclusively to members or former members of the armed forces: *Provided further*, That due credit in civil service examinations shall be given by the Civil Service Commission to any member or former member of the armed forces of the United States who has satisfactorily completed any such educational or training program conducted by a Government agency.
2. Violation of the provisions of this order by any officer or employee of the Government shall be considered sufficient cause for removal from the service.
3. This order supersedes Executive Orders No. 359 of October 13, 1905, No. 1277 of December 23, 1910, No. 3088 of May 17, 1919, and No. 3215 of January 13, 1920.

§ 631a. Authority of President to cover positions in executive departments, independent establishments, and other Government agencies into classified civil service.

Notwithstanding any provisions of law to the contrary, the President is authorized by Executive order to cover into the classified civil service any offices or positions in or under an executive department, independent establishment, or other agency of the Government: *Provided*, That in the case of any fed-

erally owned and controlled corporation organized under the laws of any State, Territory, or possession of the United States, or the District of Columbia, the President is authorized to direct that such action be taken as will permit appointments to offices or positions in any such corporation to be made in accordance with the civil-service laws, consistently with the laws of any such State, Territory, or possession, or the District of Columbia, or with the charter or articles of incorporation of any such corporation: *Provided further,* That the provisions of this section shall not apply to offices or positions in the Tennessee Valley Authority or to any positions in the Work Projects Administration or to any position to which appointments are made by the President by and with the advice and consent of the Senate, or to positions of assistant United States district attorney. (Nov. 26, 1940, ch. 919, title I, § 1, 54 Stat. 1211; Proc. No. 2695, July 4, 1946, 11 F. R. 7517, 60 Stat. 1352.)

CODIFICATION

A reference to the Philippine Islands, formerly contained in this section, was omitted in view of the independence of the Philippines proclaimed by the President of the United States in Proc. No. 2695, cited to text, and set out as a note under section 1240 of Title 48, Territories and Insular Possessions.

§ 631b. Same; civil service status of incumbents of positions covered into civil service and of certain legislative branch employees.

(a) The incumbent of any office or position which is covered into the classified civil service under the provisions of section 631a of this title shall not thereby acquire a classified civil-service status, except (1) upon a finding by the Civil Service Commission on the basis of the personal record of the incumbent that such incumbent has served with merit for not less than six months immediately prior to the date such office or position was covered into the classified civil service; and (2) upon passing such suitable noncompetitive examination as the Commission may prescribe: *Provided,* That any such incumbent shall be given only one such noncompetitive examination: *Provided further,* That any such incumbent who fails to pass the noncompetitive examination provided in his case shall be separated from the service not later than six months after the Commission advises the appointing officer that such employee has failed.

The appointment of any person occupying any position covered into the apportioned civil service in the District of Columbia under the provisions of section 631a of this title shall be charged to the apportionment of his State. As used in this section "State" includes a Territory and the District of Columbia.

(b) From and after November 26, 1940, any person who shall have served for four years as a secretary, clerk or assistant clerk to a Senator, Representative, Delegate or Resident Commissioner, or as a clerk or assistant clerk to a standing committee of the Senate or House of Representatives or as a clerical employee of the Senate or House of Representatives and whose separation from the service is involuntary and without prejudice shall acquire, upon passing such suitable noncompetitive examination as the Civil Service Commission may prescribe, a classified civil service status for transfer to a position in the classified civil service notwithstanding any contrary provisions of the civil service laws or regulations: *Provided,* That any individual who may hold such a position in the legislative branch must obtain such transfer within one year from the date of separation, and nothing in sections 631a, 631b, 632, 635, 669, 681–684 of this title shall be construed to impair any right of retransfer provided for under civil service laws or regulations made thereunder. In the case of an individual who shall have held such a position in the legislative branch for at least two years and who shall have been separated from such position for the purpose of entering the military or naval service, such individual shall be deemed, for the purposes of this subsection, to have held such position during the period within which he shall have served in the military or naval forces. (Nov. 26, 1940, ch. 919, title I, § 2, 54 Stat. 1212; Dec. 28, 1945, ch. 603, 59 Stat. 666; Feb. 12, 1946, ch. 3, 60 Stat. 3.)

AMENDMENTS

1946—Subsec. (b) amended by act Feb. 12, 1946, cited to text, which added last sentence beginning "In the case * * *".
1945—Subsec. (a) (1) amended by act Dec. 28, 1945, cited to text, which substituted "upon a finding * * * of the incumbent" in lieu of "upon recommendation by the head of the agency concerned within one year after such office or position has been covered into the classified civil service, and certification within such period by such head to the Civil Service Commission that" in clause (1).

§ 632. Civil Service Commission; appointment; removal, and compensation of commissioners.

The President is authorized to appoint, by and with the advice and consent of the Senate, three persons, not more than two of whom shall be adherents of the same party, as civil service commissioners, and said three commissioners shall constitute the United States Civil Service Commission. Said commissioners shall hold no other official place under the United States.

The President may remove any commissioner; and any vacancy in the position of commissioner shall be so filled by the President, by and with the advice and consent of the Senate, as to conform to said conditions for the first selection of commissioners.

The commissioners shall each receive a salary of $10,000 per annum. And each of said commissioners shall be paid his necessary traveling expenses incurred in the discharge of his duty as a commissioner. (Jan. 16, 1883, ch. 27, § 1, 22 Stat. 403; Nov. 26, 1940, ch. 919, title II, § 8, 54 Stat. 1211.)

AMENDMENTS

1940—Act Nov. 26, 1940, cited to text, provided that thereafter "the compensation of the Civil Service Commissioners shall be fixed at $10,000 each per annum."

§ 633. Rules.

It shall be the duty of said commissioners:

(1) Preparation of.

First. To aid the President, as he may request, in preparing suitable rules for carrying this section and sections 632, 635, 637, 638, and 640–642 of this title, into effect, and when said rules shall have

been promulgated it shall be the duty of all officers of the United States in the departments and offices to which any such rules may relate to aid, in all proper ways, in carrying said rules, and any modification thereof, into effect.

(2) Provisions of.

Second. Among other things, said rules shall provide and declare, as nearly as the conditions of good administration will warrant, as follows:

*1. Competitive examinations.*

First. For open, competitive examinations for testing the fitness of applicants for the public service classified on January 16, 1883, or thereafter, or to be classified hereunder. Such examinations shall be practical in their character, and so far as may be shall relate to those matters which will fairly test the relative capacity and fitness of the persons examined to discharge the duties of the service into which they seek to be appointed.

*2. Selection of officers, etc., according to results of examinations.*

Second. All the offices, places, and employments so arranged or to be arranged in classes shall be filled by selections according to grade from among those graded highest as the results of such competitive examinations.

*3. Apportionment of appointments; applications for examinations.*

Third. Appointments to the public service aforesaid in the departments at Washington shall be apportioned among the several States and Territories and the District of Columbia upon the basis of population as ascertained at the last preceding census. Every application for an examination shall contain, among other things, a statement, under oath, setting forth his or her actual bona fide residence at the time of making the application, as well as how long he or she has been a resident of such place.

*4. Probation before absolute appointment.*

Fourth. There shall be a period of probation before any absolute appointment or employment aforesaid.

*5. Contributions for political purposes.*

Fifth. No person in the public service is for that reason under any obligations to contribute to any political fund, or to render any political service, and that he will not be removed or otherwise prejudiced for refusing to do so.

*6. Political coercion by officers; discrimination due to marital status.*

Sixth. No person in said service has any right to use his official authority or influence to coerce the political action of any person or body. And no person shall be discriminated against in any case because of his or her marital status in examination, appointment, reappointment, reinstatement, reemployment, promotion, transfer, retransfer, demotion, removal, or retirement. All Acts or parts of Acts inconsistent herewith are repealed.

*7. Noncompetitive examinations in certain cases.*

Seventh. There shall be noncompetitive examinations in all proper cases before the commission, when competent persons do not compete, after notice has been given of the existence of the vacancy, under such rules as may be prescribed by the commissioners as to the manner of giving notice.

94506°—47—vol. 1——18

*8. Notice of appointments, rejections, transfers, resignations, and removals; exceptions to be set forth with rules.*

Eighth. Notice shall be given in writing by the appointing power to said commission of the persons selected for appointment or employment from among those who have been examined, of the place of residence of such persons, of the rejection of any such persons after probation, of transfers, resignations, and removals, and of the date thereof, and a record of the same shall be kept by said commission. Any necessary exceptions from said eight fundamental provisions of the rules shall be set forth in connection with such rules, and the reasons therefor shall be stated in the annual reports of the commission.

(3) Regulations for examinations, and records.

Third. Said commission shall, subject to the rules that may be made by the President, make regulations for, and have control of, such examinations, and, through its members or the examiners, it shall supervise and preserve the records of the same; and said commission shall keep minutes of its own proceedings.

(4) Investigations and reports.

Fourth. Said commission may make investigations concerning the facts, and may report upon all matters touching the enforcement and effects of said rules and regulations, and concerning the action of any examiner or board of examiners hereinafter provided for, and its own subordinates, and those in the public service, in respect to the execution of this section and sections 632, 635, 637, 638, and 640–642 of this title.

(5) Annual reports.

Fifth. Said commission shall make an annual report to the President for transmission to Congress, showing its own action, the rules and regulations and the exceptions thereto in force, the practical effects thereof, and any suggestions it may approve for the more effectual accomplishment of the purposes of sections 632, 633, 635, 637, 638, and 640–642. (Jan. 16, 1883, ch. 27, § 2, 22 Stat. 403; July 26, 1937, ch. 522, 50 Stat. 533.)

CROSS REFERENCES

Dismissal of husband or wife of Government employees before any other employee, see section 37a of this title.

Hatch Political Activity Act, see section 61 et seq. of Title 18, Criminal Code and Criminal Procedure.

Preference to persons other than husband or wife of Government employees in civil service appointments, see section 35a of this title.

§§ 633a, 633b. Personnel Classification Board abolished.

CODIFICATION

Sections, act June 30, 1932, ch. 314, §§ 505, 506, 47 Stat. 416, related to the abolition of the Personnel Classification Board, the transfer of its duties, powers, functions and personnel to the Civil Service Commission.

§ 633c. Personnel Classification Board; orders, rules, laws, etc., continued.

(a) All orders, determinations, rules, or regulations made or issued by the former Personnel Classification Board, and in effect at the time of the transfer of such board to the Civil Service Commission, shall continue in effect to the same extent as if such

Public Law 89-554

AN ACT

September 6, 1966
[H. R. 10104]

To enact title 5, United States Code, "Government Organization and Employees", codifying the general and permanent laws relating to the organization of the Government of the United States and to its civilian officers and employees.

Title 5, USC, Government Organization and Employees.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the laws relating to the organization of the Government of the United States and to its civilian officers and employees, generally, are revised, codified, and enacted as title 5 of the United States Code, entitled "Government Organization and Employees", and may be cited as "5 U.S.C., §    ", as follows:

# TITLE 5—GOVERNMENT ORGANIZATION AND EMPLOYEES

PART                                                                        Sec.
  I. THE AGENCIES GENERALLY_____ 101
 II. THE UNITED STATES CIVIL SERVICE COMMISSION_____ 1101
III. EMPLOYEES_____ 2101

## PART I—THE AGENCIES GENERALLY

CHAPTER                                                                     Sec.
1. ORGANIZATION _____ 101
3. POWERS_____ 301
5. ADMINISTRATIVE PROCEDURE_____ 501
7. JUDICIAL REVIEW_____ 701
9. EXECUTIVE REORGANIZATION _____ 901

### CHAPTER 1—ORGANIZATION

Sec.
101. Executive departments.
102. Military departments.
103. Government corporation.
104. Independent establishment.
105. Executive agency.

§ 101. Executive departments

The Executive departments are:
  The Department of State.
  The Department of the Treasury.
  The Department of Defense.
  The Department of Justice.
  The Post Office Department.
  The Department of the Interior.
  The Department of Agriculture.
  The Department of Commerce.
  The Department of Labor.
  The Department of Health, Education, and Welfare.

§ 102. Military departments

The military departments are:
  The Department of the Army.
  The Department of the Navy.
  The Department of the Air Force.

§ 103. Government corporation

For the purpose of this title—
  (1) "Government corporation" means a corporation owned or controlled by the Government of the United States; and

**12**

Sec.
3312. Preference eligibles; physical qualifications; waiver.
3313. Competitive service; registers of eligibles.
3314. Registers; preference eligibles who resigned.
3315. Registers; preference eligibles furloughed or separated.
3316. Preference eligibles; reinstatement.
3317. Competitive service; certification from registers.
3318. Competitive service; selection from certificates.
3319. Competitive service; selection; members of family restriction.
3320. Excepted service; government of the District of Columbia; selection.
3321. Competitive service; probation; period of.
3322. Competitive service; temporary appointments after age 70.
3323. Automatic separations; reappointment; reemployment of annuitants.
3324. Appointments at GS-16, 17, and 18.
3325. Appointments to scientific and professional positions.
3326. Appointments of retired members of the armed forces to positions in the Department of Defense.
3327. Postmasters; standards for determination of qualifications.

## SUBCHAPTER II—OATH OF OFFICE

Sec.
3331. Oath of office.
3332. Officer affidavit; no consideration paid for appointment.
3333. Employee affidavit; loyalty and striking against the Government.

## SUBCHAPTER III—DETAILS

Sec.
3341. Details; within Executive or military departments.
3342. Details; field to departmental service prohibited.
3343. Details; to international organizations.
3344. Details; hearing examiners.
3345. Details; to office of head of Executive or military department.
3346. Details; to subordinate offices.
3347. Details; Presidential authority.
3348. Details; limited in time.
3349. Details; to fill vacancies; restrictions.

## SUBCHAPTER IV—TRANSFERS

Sec.
3351. Preference eligibles; transfer; physical qualifications; waiver.

## SUBCHAPTER V—PROMOTION

Sec.
3361. Promotion; competitive service; examination.
3362. Promotion; effect of incentive award.
3363. Preference eligibles; promotion; physical qualifications; waiver.
3364. Promotion; substitute employees in the postal field service.

## SUBCHAPTER I—EXAMINATION, CERTIFICATION, AND APPOINTMENT

### § 3301. Civil service; generally

The President may—
  (1) prescribe such regulations for the admission of individuals into the civil service in the executive branch as will best promote the efficiency of that service;
  (2) ascertain the fitness of applicants as to age, health, character, knowledge, and ability for the employment sought; and
  (3) appoint and prescribe the duties of individuals to make inquiries for the purpose of this section.

### § 3302. Competitive service; rules

The President may prescribe rules governing the competitive service. The rules shall provide, as nearly as conditions of good administration warrant, for—
  (1) necessary exceptions of positions from the competitive service; and

**13**

(2) necessary exceptions from the provisions of sections 2951, 3304(a), 3306(a)(1), 3321, 7152, 7153, 7321, and 7322 of this title. Each officer and individual employed in an agency to which the rules apply shall aid in carrying out the rules.

### § 3303. Competitive service; recommendations of Senators or Representatives

An individual concerned in examining an applicant for or appointing him in the competitive service may not receive or consider a recommendation of the applicant by a Senator or Representative, except as to the character or residence of the applicant.

### § 3304. Competitive service; examinations

(a) The President may prescribe rules which shall provide, as nearly as conditions of good administration warrant, for—

(1) open, competitive examinations for testing applicants for appointment in the competitive service which are practical in character and as far as possible relate to matters that fairly test the relative capacity and fitness of the applicants for the appointment sought; and

(2) noncompetitive examinations when competent applicants do not compete after notice has been given of the existence of the vacancy.

(b) An individual may be appointed in the competitive service only if he has passed an examination or is specifically excepted from examination under section 3302 of this title. This subsection does not take from the President any authority conferred by section 3301 of this title that is consistent with the provisions of this title governing the competitive service.

(c) Notwithstanding a contrary provision of this title or of the rules and regulations prescribed under this title for the administration of the competitive service, an individual who served—

(1) for at least 3 years in the legislative branch in a position in which he was paid by the Secretary of the Senate or the Clerk of the House of Representatives; or

(2) for at least 4 years as a secretary or law clerk, or both, to a justice or judge of the United States;

acquires a competitive status for transfer to the competitive service if he is involuntarily separated without prejudice from the legislative or judicial branch, passes a suitable noncompetitive examination, and transfers to the competitive service within 1 year of the separation from the legislative or judicial branch. For the purpose of this subsection, an individual who has served for at least 2 years in a position in the legislative branch described by paragraph (1) of this subsection and who is separated from that position to enter the armed forces is deemed to have held that position during his service in the armed forces.

(d) Employees at any place outside the District of Columbia where the President or a Civil Service Commission board of examiners directs that examinations be held shall allow the reasonable use of public buildings for, and in all proper ways facilitate, holding the examinations.

### § 3305. Competitive service; examinations; when held

(a) The Civil Service Commission shall hold examinations for the competitive service at least twice a year in each State and territory or possession of the United States where there are individuals to be examined.

# TITLE 5—GOVERNMENT ORGANIZATION AND EMPLOYEES

*This title was enacted by Pub. L. 89–554, §1, Sept. 6, 1966, 80 Stat. 378*

| Part | | Sec. |
|---|---|---|
| I. | The Agencies Generally ..................... | 101 |
| II. | Civil Service Functions and Responsibilities ..................................... | 1101 |
| III. | Employees .......................................... | 2101 |

### AMENDMENTS

1979—Pub. L. 96–54, §2(a)(1), Aug. 14, 1979, 93 Stat. 381, substituted ''Civil Service Functions and Responsibilities'' for ''The United States Civil Service Commission'' in item for part II.

TABLE SHOWING DISPOSITION OF ALL SECTIONS OF FORMER TITLE 5

| Title 5 Former Sections | Title 5 New Sections |
|---|---|
| 1, 2 .......................................... | 101 |
| 3 .............................................. | Rep. |
| 4 .............................................. | 3345 |
| 5 .............................................. | 3346 |
| 6 .............................................. | 3347 |
| 7 .............................................. | 3348 |
| 8 .............................................. | 3349 |
| 9 .............................................. | 5535 |
| 10 ............................................ | 2901 |
| 11, 12 ...................................... | 2902 |
| 13–14a, 15 ................................ | Rep. |
| 16 ............................................ | 3331 |
| 16a ........................................... | 2903, 2904 |
| 17, 17a ..................................... | Rep. |
| 17b, 17c ................................... | 2905 |
| 18 ............................................ | 2903 |
| 19 ............................................ | Rep. |
| 20 ............................................ | 2904 |
| 21 ............................................ | 2906 |
| 21a ........................................... | 3332 |
| 21b ........................................... | 5507 |
| 22 ............................................ | 301 |
| 22–1 (less 3d–5th provisos) ...... | 7532 |
| 22–1 (3d proviso) ..................... | 3571, 5594 |
| 22–1 (4th and 5th provisos) ...... | 7312 |
| 22–2 .......................................... | 7533 |
| 22–3 .......................................... | 7531 |
| 22a ........................................... | 302 |
| 23–26c ..................................... | Rep. |
| 27 ............................................ | 6106 |
| 28 ............................................ | 6105 |
| 29, 29a, 30 to 30b–1, 30c to 30e–1, 30f–30m. | Rep. |
| 30n ........................................... | 6322 |
| 30n–1 ....................................... | T. 28 §1823 |
| 30*o* ........................................... | 5537 |
| 30p ........................................... | 5515 |
| 30q ........................................... | 6321 |
| 30r(a) ....................................... | 6323 |
| 30r(b) ....................................... | 3551 |
| 30r(c) ....................................... | 502, 5534 |
| 30r(d) ....................................... | 2105 |
| 31–31b, 32 ................................ | Rep. |
| 33 ............................................ | 7154 |
| 34–35a, 36–37a ........................ | Rep. |
| 38 ............................................ | 3341 |
| 39, 40 ....................................... | 3342 |
| 41 ............................................ | T. 14 §632 |
| 42, 42a ..................................... | Rep. |
| 43 ............................................ | 3101 |
| 43a ........................................... | 3102 |
| 44 ............................................ | T. 31 §492–1 (See Rev. T. 31 Table) |
| 45 ............................................ | Rep. |

TABLE SHOWING DISPOSITION OF ALL SECTIONS OF FORMER TITLE 5—Continued

| Title 5 Former Sections | Title 5 New Sections |
|---|---|
| 46 ............................................ | 3103 |
| 46a ........................................... | 5511 |
| 46b ........................................... | 5513 |
| 46c ........................................... | T. 31 §699a (See Rev. T. 31 Table) |
| 46d, 46e ................................... | 5514 |
| 47 ............................................ | 3103; T. 18 §1916 |
| 47a ........................................... | 8301; T. 10 §1221 |
| 48 ............................................ | T. 28 §514 |
| 49 ............................................ | 3106 |
| 50 ............................................ | 5501; T. 18 §1916 |
| 51 ............................................ | 5536 |
| 52 ............................................ | 5502 |
| 53 ............................................ | 3108 |
| 54 ............................................ | 3107 |
| 55 ............................................ | Rep. |
| 55a ........................................... | 3109 |
| 56 ............................................ | 5503 |
| 57–59c ..................................... | Rep. |
| 60 ............................................ | T. 2 §162 |
| 61 ............................................ | D.C. Code, §31–1009 |
| 61a ........................................... | 5552 |
| 61a–1(a), (f) ............................. | 5534a |
| 61a–1(b)–(e) ............................. | Rep. |
| 61b (1st, 2d sentences) ............ | 5551 |
| 61b (3d–5th sentences) ............ | 6306 |
| 61b (6th sentence) ................... | 5551 |
| 61c–61e ................................... | Rep. |
| 61f ............................................ | 5582 |
| 61g ........................................... | 5581 |
| 61h ........................................... | 5583 |
| 61i ............................................ | 5581 |
| 61j ............................................ | 5582 |
| 61k ........................................... | 5581 |
| 62–64a ..................................... | Rep. |
| 65 ............................................ | T. 2 §162 |
| 66 ............................................ | T. 18 §1914 |
| 67 ............................................ | T. 7 §2220 |
| 68 ............................................ | T. 8 §1353c |
| 69 ............................................ | 5535, 5536 |
| 70 ............................................ | 5536 |
| 70a, 70b ................................... | 5945 |
| 70c ........................................... | 5942 |
| 71 ............................................ | 5536 |
| 72 ............................................ | 5535 |
| 73, 73a ..................................... | Rep. |
| 73b ........................................... | 5731 |
| 73b–1(a), (b) ............................. | 5724 |
| 73b–1(c) ................................... | 5730 |
| 73b–1(d) ................................... | 5725 |
| 73b–1(e) ................................... | 5726 |
| 73b–1(f) .................................... | 5727 |
| 73b–2 ....................................... | 5703 |
| 73b–3(a) (less 3d–6th provisos) | 5722 |
| 73b–3(a) (3d, 4th provisos) ....... | 5728 |
| 73b–3(a) (5th, 6th provisos) ...... | 5729 |
| 73b–3 (less (a)) ........................ | 5723 |
| 73b–4 ....................................... | T. 41 §5a |
| 73b–4a, 73b–4b ........................ | 5724a |
| 73b–4c ..................................... | 5726 |
| 73b–4d ..................................... | 5724 |
| 73b–4e ..................................... | 5724a |
| 73b–4f ...................................... | 5724 |
| 73b–5 ....................................... | 5732 |
| 73c ........................................... | 5727 |
| 73c–1, 73c–2, 73d .................... | Rep. |
| 73e ........................................... | 5731 |
| 73f, 74–75a .............................. | Rep. |

Page 1

**15**

TABLE SHOWING DISPOSITION OF ALL SECTIONS OF FORMER TITLE 5—Continued

| Title 5 Former Sections | Title 5 New Sections |
|---|---|
| 608b | T. 15 §1523 |
| 608c | T. 15 §1524 |
| 611 | T. 29 §551 |
| 611a | T. 29 §552 |
| 611b | T. 29 §553 |
| 611c | Rep. and Elim. |
| 612, 613 | Rep. |
| 613a | T. 29 §554 |
| 613b | T. 29 §555 |
| 614 | Rep. |
| 615 | T. 29 §556 |
| 616 | T. 29 §557 |
| 617 | T. 29 §558 |
| 618 | T. 29 §559 |
| 619 | Rep. |
| 620 | T. 29 §560 |
| 621 | T. 29 §561 |
| 622 | T. 29 §562 |
| 622a | T. 29 §563 |
| 623 | T. 42 §3501 |
| 623a | T. 42 §3508 |
| 623b | T. 42 §3503 |
| 623c | T. 42 §3504 |
| 623d | T. 42 §3505 |
| 623e | T. 42 §3507 |
| 623f | T. 42 §3506 |
| 623g | T. 42 §3502 |
| 623h | T. 42 §3501a |
| 623i | Elim. |
| 624 | T. 42 §3531 |
| 624a | T. 42 §3532 |
| 624b | T. 42 §3533 |
| 624c | T. 42 §3534 |
| 624d | T. 42 §3535 |
| 624e | T. 42 §3536 |
| 624f | T. 42 §3537 |
| 626(a) | T. 10 §8012 |
| 626(b) | Rep. |
| 626(c) | T. 10 §101(5); T. 50 §409(c) |
| 626(d) | T. 10 §8013 |
| 626(e) | T. 10 §8012 |
| 626(f) | T. 10 §8033 |
| 626(g) | T. 10 §8011 |
| 626–1 | T. 10 §8013, 8017 |
| 626–2 | T. 10 §§8012, 9532 |
| 626a | T. 10 §8012 |
| 626b | T. 10 §8013 |
| 626c(a), (f) | T. 10 §8062 |
| 626c(b) | T. 10 §743 |
| 626c(c)–(e), 626c–1 to 626c–3, 626d, 626e. | Rep. |
| 626f | (See former 150p) |
| 626g–626j | (See former 150q–150t) |
| 626k | Rep. |
| 626l, 626m | T. 10 §9441 |
| 626n | T. 10 §2632 |
| 626o | Rep. |
| 626p | T. 10 §9774 |
| 626q, 626r | T. 10 §9301 |
| 626s to 626s–2 | T. 10 §2481 |
| 626s–3 | T. 10 §2667 |
| 626s–4, 626s–5 | Rep. |
| 626s–6 | T. 10 §2667 |
| 626t, 626u | T. 10 §1581 |
| 626v–626y, 627 | Rep. |
| 627a | T. 10 §§8208, 8215 |
| 627b | T. 10 §§8071, 8208, 8297, 8299, 8305, 8504, 8685, 8888, 8915, 8916, 8927, 8962, 8991 |
| 627c | Rep. |
| 627d | T. 10 §8256 |
| 627e | T. 10 §8685 |
| 627f | T. 10 §§8549, 8580, 8818 |
| 627g–627l | Rep. |
| 628 | T. 10 §9531 |
| 628a | T. 10 §9503 |
| 628b | T. 10 §174 |
| 628c | T. 10 §1584 |
| 628d | T. 10 §2352 |
| 628e | T. 10 §§2353, 2357 |
| 628f, 628g | T. 10 §§2354, 2355 |
| 628h | T. 10 §§174, 2356 |
| 630 | T. 40 §751 (See Rev. T. 40 Table) |
| 630a | T. 40 §752 (See Rev. T. 40 Table) |
| 630b | T. 40 §753 (See Rev. T. 40 Table) |

TABLE SHOWING DISPOSITION OF ALL SECTIONS OF FORMER TITLE 5—Continued

| Title 5 Former Sections | Title 5 New Sections |
|---|---|
| 630c | Rep. |
| 630d | T. 40 §754 (See Rev. T. 40 Table) |
| 630e | T. 40 §755 Rep. |
| 630f | Rep. |
| 630g | T. 40 §756 (See Rev. T. 40 Table) |
| 630g–1 | T. 40 §757 (See Rev. T. 40 Table) |
| 630g–2 | T. 40 §759 Rep. |
| 630h | T. 40 §758 (See Rev. T. 40 Table) |
| 630i | Elim. |
| 630j | Rep. |
| 631 | 3301, 7301 |
| 631a, 631b(a) | Elim. |
| 631b(b), (c) | 3304 |
| 632 (1st par.) | 1101 |
| 632 (2d–4th pars.) | 1102 |
| 632 (5th par.) | 1103 |
| 633(1) | 1301, 3302 |
| 633(2)1 | 3304 |
| 633(2)2 | 3318 |
| 633(2)3 | 3306 |
| 633(2)4 | 3321 |
| 633(2)5 | 7321 |
| 633(2)6 | 7152, 7322 |
| 633(2)7 | 1302, 3304 |
| 633(2)8 | 2951, 3302 |
| 633(2)9 | 7153 |
| 633(3) | 1302, 1307 |
| 633(4) | 1303 |
| 633(5) | 1308 |
| 633a–633e | Rep. |
| 634 | 1306 |
| 635 (1st 5 sentences) | 1104, 1105 |
| 635 (6th sentence) | 1105, 3305 |
| 635 (7th sentence) | 3304 |
| 636 | Rep. |
| 637 | T. 18 §1917 |
| 638 | 2102, 3304, 3361 |
| 638a | Rep. |
| 638b | 3307, 3322 |
| 639 | Rep. |
| 640 | 7352 |
| 641 | 3319 |
| 642 | 3303 |
| 642a | 2953 |
| 643–645b | Rep. |
| 645c–645e | Elim. |
| 646–651b | Rep. |
| 652(a) | 7501 |
| 652(b) | 5591–5593 |
| 652(c) | 7101 |
| 652(d) | 7102 |
| 652a–652c | 5596 |
| 653, 654 | Rep. |
| 655–657 | 1304 |
| 658 | Elim. |
| 659 | 3327 |
| 661–663b, 664–669a, 670–672c, 673–673b. | Rep. |
| 673c (1st par., less provisos) | Rep. |
| 673c (1st proviso) | 6102 |
| 673c (2d, 3d provisos) | 5544 |
| 673c (2d par.), 674–678b | Rep. |
| 679 | Elim. |
| 680–684, 691, 691a, 692–692d, 693 to 693–2, 693a–693d, 694, 649a, 695, 695a, 696, 696a, 697, 697a, 698–698b, 699, 699a, 700, 700a, 701, 701a, 702, 702a, 703, 703a, 704, 704a, 705, 705a, 706, 706a, 707, 707a, 708, 708a, 709–615. | Rep. |
| 715a | 3323 |
| 715b–715d, 716–718a, 719, 719–1, 719a, 719b, 720–729a, 730–736c, 737–739b, 740, 740a. | Rep. |
| 740b–740i | (See former 2281–2288) |
| 745–745r | Rep. |
| 751 | 8102 |
| 752 | 8117 |
| 753 | 8105 |
| 754 | 8106 |
| 755(a), (b) | 8107 |
| 755(c) | 8108 |
| 755(d) | 8109 |
| 756(a) | 8110 |
| 756(b) | 8111 |