UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AMERICA'S FRONTLINE DOCTORS,** *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **Xavier Becerra,** *et al.*, <br> Defendants. | **Case No. 2:21-cv-702-CLM** |

## ORDER

The Court sets a hearing for Friday, March 11, 2022, at 9:30 a.m. CST in Robert S. Vance Federal Building and United States Courthouse in Birmingham, Alabama, for the plaintiffs' motion for preliminary injunction (doc. 37) and the defendants' motion to dismiss (doc. 38).

The Court authorizes the plaintiffs to submit a 10-page supplement on or before Wednesday, February 16, 2022, the purpose of which is to explain the relevance and significance of the Excel file that the plaintiffs provided to the Court on February 8, 2022. If they file a supplement, they must attach the Excel file as an exhibit to their supplement. And, if they file a supplement, then the defendants may file a 10-page response on or before Wednesday, March 2, 2022, along with necessary rebuttal exhibits. The parties are not otherwise authorized to supplement the record with any additional evidence or legal arguments.

The Court denies the plaintiffs' motion for Jonathan Diener to appear *pro hac vice* because he has not paid his admission fee. (Doc. 18).

**DONE** and **ORDERED** on February 7, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE