IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **AMERICA'S FRONTLINE DOCTORS, et al,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | Case No. 2:21-cv-702-CLM |
| **The UNITED STATES OF AMERICA, et al,** | ) ) ) ) | Supplement to Plaintiffs' Brief (ECF 43) |
| **Defendants.** | ) | |

COME NOW the Plaintiffs, by and through their undersigned attorneys, and as their supplemental filing explaining the relevance of the Excel file presented to the Court on February 8, 2022 (*see* Order entered on February 8, 2022, ECF 46), do hereby submit the following:

1. The Excel spread sheet file first presented to the Court on February 8, 2022 (the "File") is now attached as <u>Exhibit A</u> to this Supplement.

2. The File contains a table of data that has been carefully downloaded from the Defense Medical Epidemiological Database ("DMED") by senior military personnel who are risking everything to serve their country in the best way they know how, now as whistleblowers.

3. These personnel are LT COL Theresa M. Long, LT COL Peter Chambers, 1LT Mark Bashaw and MAJ Samuel Sigoloff (the "Whistleblowers"). The

1

Whistleblowers are U.S. Army medical officers with regular authorized access to DMED. Each of them regularly accesses DMED as a part of their job. Each of them has provided undersigned counsel with a declaration under 28 U.S.C. § 1746(2).[1]

4. The DMED website[2] explains:

> DMED is available to authorized users such as U.S. military providers, epidemiologists, medical researchers, safety officers or medical operations / clinical support staff for serving health conditions in the U.S. military.
>
> The purpose of DMED is to standardize the epidemiologic methodology used to collect, integrate and analyze active component service member personnel and medical event data, to provide authorized users with remote access to the summarized data.

5. Each of the Whistleblowers independently queried the DMED database using the same queries. Each of the Whistleblowers obtained the same shocking results. Each of the Whistleblowers attempted to discredit and find an alternate explanation for the results, and each failed. The queries and results are reflected in the File. The File is populated exclusively with, and faithfully reflects, the DMED data.

6. The File reveals that prior to the commencement of vaccination within the DOD with the mRNA COVID-19 vaccines, the incidence of certain diseases and

---

[1] The declarations exceed the 10-page limit imposed by the Court in its February 8 Order, however, counsel will provide them to the Court upon request.
[2] https://health.mil/Military-Health-Topics/Combat-Support/Armed-Forces-Health-Surveillance-Division/Data-Management-and-Technical-Support/Defense-Medical-Epidemiology-Database

medical conditions among DOD personnel was predictable and constant at a certain level over a number of years from 2016 to 2020; HOWEVER, after the commencement of vaccination within the DOD with the mRNA COVID-19 vaccines in 2021, the incidence of these diseases and medical conditions among DOD personnel spiked dramatically.

7. For example, the File shows a 456% increase in acute myocardial infarction, a 468% increase in pulmonary embolism, a 296% increase in all cancers, a 275% increase in myocarditis.

8. The data in the File was first disclosed to the general public at a roundtable hosted by U.S. Senator Ron Johnson (R-WI) on January 24, 2022.[1]  Following the exposé, the DOD responded with a statement that the dramatic spike in disease and medical conditions in DOD personnel immediately following the vaccine rollout in DOD was purely coincidental, and the result of a previously unannounced "glitch" in its DMED database, and had nothing to do with the vaccines themselves.  The DOD maintains that the database glitch resulted in artificially low incidence numbers in the years 2016-2020, but that the 2021 data is accurate.

9. The DOD "glitch" story is absurd.  It strains credulity that such a breathtaking error in the DMED database, which is heavily scrutinized by personnel

---

[1] https://www.ronjohnson.senate.gov/2022/2/sen-johnson-to-secretary-austin-has-dod-seen-an-increase-in-medical-diagnoses-among-military-personnel

throughout the DOD and other federal agencies, including the agencies employing the named Defendants, could have gone unnoticed for so long, including during the height of the pandemic in 2020. It is equally unconvincing that the DMED database would have magically corrected itself prior to 2021, while leaving all of the old erroneous data in the system.

10. Further, Plaintiffs have conducted their own investigation, and offer the attached Declarations of Mathew Crawford (Exhibit B) and Dr. Andrew Huff (Exhibit C), which are further illuminating and suggest deliberate agency misconduct and fraud (abuse of discretion).

Respectfully submitted this the 16th day of February, 2021.

/s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

/s/ *Thomas Renz*
Thomas Renz
Attorney for Plaintiffs
Ohio Bar No. 98645
1907 W. State St. #162
Fremont, OH 43420
419-351-4248
renzlawllc@gmail.com

/s/ *Michael A. Hamilton*
Michael A. Hamilton
Attorney for Plaintiffs
KY Bar No. 89471
HAMILTON & ASSOCIATES
1067 N. Main St, PMB 224
Nicholasville, KY 40356
859-655-5455

/s/ *F. R. Jenkins*
F. R. Jenkins
Attorney for Plaintiffs
Maine Bar No. 004667
Meridian 361 International Law
Group, PLLC
97A Exchange Street, Suite 202
Portland, ME 04101

### Defense Medical Surveillance System (DMSS) Defense Medical Epidemiology Database (DMED) DoD Data - January 2022

| Diagnosis or Injury | Query Date | 2016 | 2017 | 2018 | 2019 | 2020 | Total 2016-2020 | Avg Injuries Per Year 2016-2020 | 2021 (Partial Year) | Percent Increase in 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **All Diseases & Injuries** | | | | | | | | | | |
| All Disease & Injuries (Amb) | 1/19/2022 | 2,059,630 | 2,058,379 | 2,022,663 | 2,110,383 | 1,976,724 | 10,227,779 | 2,045,555.80 | 21,512,583 | 1052% |
| All Disease & Injuries (Hosp) | 1/19/2022 | 43,786 | 43,338 | 42,024 | 43,493 | 40,052 | 212,693 | 42,538.60 | 54,776 | 129% |
| **Cancer** | | | | | | | | | | |
| Neoplasms (ALL CANCERS) | 1/19/2022 | 41,557 | 39,139 | 37,756 | 38,889 | 36,050 | 193,391 | 38,678.20 | 114,645 | 296% |
| Malignant Neoplasms of Digestive Organs | 1/19/2022 | 660 | 654 | 633 | 602 | 704 | 3,253 | 650.60 | 4,060 | 624% |
| Malignant Neoplasms of Thyroid & Other Endocrine Glands | 1/19/2022 | 550 | 394 | 369 | 374 | 372 | 2,059 | 411.80 | 1,950 | 474% |
| Malignant Neuroendocrine tumors | 1/19/2022 | 167 | 135 | 98 | 113 | 117 | 630 | 126.00 | 440 | 349% |
| Testicular Cancer (Amb) | 1/10/2022 | 1,156 | 1,008 | 866 | 880 | 889 | 4,799 | 959.80 | 3,537 | 369% |
| Ovarian Cancer (Amb) | 1/10/2022 | 121 | 88 | 73 | 82 | 69 | 433 | 86.60 | 181 | 209% |
| Breast Cancer (Amb) | 1/10/2022 | 934 | 810 | 766 | 792 | 766 | 4,068 | 813.60 | 4,357 | 536% |
| Malignant Neoplasm of Esophagus | 1/19/2022 | 29 | 36 | 35 | 20 | 26 | 146 | 29.20 | 261 | 894% |
| **Mental Health & Metabolic Function** | | | | | | | | | | |
| Anxiety (Amb) | 1/10/2022 | 37,011 | 36,667 | 36,145 | 37,762 | 37,870 | 185,455 | 37,091.00 | 931,791 | 2512% |
| Anxiety (Hosp) | 1/10/2022 | 2,478 | 2,577 | 2,534 | 2,666 | 2,642 | 12,897 | 2,579.40 | 6,496 | 252% |
| Suicide | 1/10/2022 | 359 | 496 | 530 | 570 | 550 | 2,505 | 501.00 | 1,798 | 359% |
| Endocrine Nutritional & Metabolic Diseases (Amb) | 1/19/2022 | 33,140 | 31,825 | 30,814 | 31,504 | 30,506 | 157,789 | 31,557.80 | 134,053 | 425% |
| Disorders of Thyroid Gland | 1/19/2022 | 8,078 | 7,694 | 7,357 | 7,289 | 6,893 | 37,311 | 7,462.20 | 24,769 | 332% |
| Malasie & Fatigue (Amb) | 1/10/2022 | 3,851 | 3,842 | 3,832 | 3,885 | 3,735 | 19,145 | 3,829.00 | 26,416 | 690% |
| Thyroid Dysfunction (Amb) | 1/10/2022 | 8,074 | 7,696 | 7,357 | 7,289 | 6,891 | 37,307 | 7,461.40 | 22,620 | 303% |
| Diabetes Type 1 (Amb) | 1/10/2022 | 1,319 | 1,167 | 1,072 | 1,036 | 960 | 5,554 | 1,110.80 | 5,269 | 474% |
| Disease of Liver (Amb) | 1/10/2022 | 1,994 | 2,053 | 2,063 | 2,234 | 2,322 | 10,666 | 2,133.20 | 6,187 | 290% |
| **Narcolepsy & Cataplexy** | | | | | | | | | | |
| Narcolepsy & Cataplexy | 1/19/2022 | 995 | 898 | 864 | 830 | 766 | 4,353 | 870.60 | 2,097 | 241% |
| **Neuromuscular & Skeletal Systems** | | | | | | | | | | |
| Diseases of the Nervous System | 1/19/2022 | 82,435 | 81,998 | 81,382 | 85,012 | 80,786 | 411,613 | 82,322.60 | 863,013 | 1048% |
| Diseases of the Eye & Adnexa | 1/19/2022 | 88,091 | 87,712 | 86,417 | 91,503 | 79,529 | 433,252 | 86,650.40 | 280,206 | 323% |
| Migraine | 1/19/2022 | 15,734 | 15,714 | 16,462 | 17,116 | 16,331 | 81,357 | 16,271.40 | 73,490 | 452% |
| Seizures (Amb) | 1/10/2022 | 196 | 148 | 130 | 150 | 123 | 747 | 149.40 | 489 | 327% |
| Guillian-Bare Syndrome (Amb) | 1/10/2022 | 66 | 79 | 71 | 85 | 65 | 366 | 73.20 | 403 | 551% |

## Defense Medical Surveillance System (DMSS) Defense Medical Epidemiology Database (DMED) DoD Data - January 2022

| Diagnosis or Injury | Query Date | 2016 | 2017 | 2018 | 2019 | 2020 | Total 2016-2020 | Avg Injuries Per Year 2016-2020 | 2021 (Partial Year) | Percent increase in 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Acute Transverse Myelitis in Demyelinating Disease of CNS | 1/19/2022 | 46 | 57 | 48 | 35 | 34 | 220 | 44.00 | 202 | 459% |
| Demyelinating Diseases of the CNS | 1/19/2022 | 785 | 737 | 690 | 677 | 648 | 3,537 | 707.40 | 3,444 | 487% |
| Multiple Sclerosis | 1/19/2022 | 479 | 391 | 367 | 400 | 385 | 2,022 | 404.40 | 2,750 | 680% |
| Rhabdomyolysis (Hosp) | 1/10/2022 | 216 | 209 | 227 | 222 | 198 | 1,072 | 214.40 | 440 | 205% |
| Rhabdomyolysis (Amb) | 1/10/2022 | 706 | 696 | 740 | 755 | 669 | 3,566 | 713.20 | 5,162 | 724% |
| Eye Disorder (Amb) | 1/10/2022 | 6,044 | 6,013 | 5,647 | 6,312 | 5,623 | 29,639 | 5,927.80 | 11,892 | 201% |
| Extra Pyramidal (Amb) | 1/10/2022 | 1,509 | 1,474 | 1,339 | 1,371 | 1,338 | 7,031 | 1,406.20 | 3,669 | 261% |
| Bell's Palsy (Amb) | 1/10/2022 | 483 | 462 | 457 | 447 | 450 | 2,299 | 459.80 | 1,338 | 291% |
| **Cardiovascular System** | | | | | | | | | | |
| Diseases of the Blood & Blood-forming Organs & Certain Disorders Involving the Immune Mechanism | 1/19/2022 | 11,533 | 11,122 | 10,851 | 11,773 | 11,429 | 56,708 | 11,341.60 | 34,486 | 304% |
| Acute Myocardial Infarction (Amb) | 1/10/2022 | 324 | 370 | 376 | 366 | 372 | 1,808 | 361.60 | 1,650 | 456% |
| Hypertension (Amb) | 1/10/2022 | 2,308 | 2,323 | 2,363 | 2,392 | 2,415 | 11,801 | 2,360.20 | 53,846 | 2281% |
| Acute Myocarditis (Amb) | 1/21/2022 | 84 | 92 | 116 | 159 | 108 | 559 | 111.80 | 307 | 275% |
| Acute Pericarditis (Amb) | 1/10/2022 | 535 | 538 | 522 | 531 | 499 | 2,625 | 525.00 | 850 | 162% |
| Nontraumatic subarachnoid hemorrhage | 1/19/2022 | 219 | 139 | 134 | 170 | 196 | 858 | 171.60 | 640 | 373% |
| Pulmonary Embolism (Amb) | 1/19/2022 | 678 | 701 | 668 | 716 | 968 | 3,731 | 746.20 | 3,489 | 468% |
| Tachycardia (Amb) | 1/10/2022 | 845 | 814 | 893 | 903 | 849 | 4,304 | 860.80 | 2,595 | 301% |
| Disease of the Arteries (Amb) | 1/10/2022 | 3,164 | 2,965 | 2,938 | 3,096 | 2,860 | 15,023 | 3,004.60 | 6,069 | 202% |
| Cerebral Infarction (Amb) | 1/10/2022 | 887 | 848 | 858 | 888 | 887 | 4,368 | 873.60 | 3,136 | 359% |
| **Reproductive System & Birth** | | | | | | | | | | |
| Spontaneous Abortion (First Occurrence) | 1/19/2022 | 2,668 | 2,532 | 2,475 | 2,608 | 2,404 | 12,687 | 2,537.40 | 2,164 | 85% |
| Spontaneous Abortion (All Occurences) | 1/10/2022 | 1,431 | 1,518 | 1,493 | 1,578 | 1,477 | 7,497 | 1,499.40 | | 0% |
| Congenital Malformations (Amb) | 1/19/2022 | 11,710 | 11,131 | 10,456 | 11,081 | 10,153 | 54,531 | 10,906.20 | 18,951 | 174% |
| Infertility, Female (Amb) | 1/19/2022 | 2,261 | 2,262 | 2,243 | 2,340 | 2,262 | 11,368 | 2,273.60 | 11,748 | 517% |
| Infertility, Male (Amb) | 1/19/2022 | 2,187 | 2,287 | 2,037 | 2,152 | 1,990 | 10,653 | 2,130.60 | 8,365 | 393% |
| Ovarian Dysfunction (Amb) | 1/19/2022 | 862 | 936 | 908 | 945 | 1,022 | 4,673 | 934.60 | 4,086 | 437% |
| Dysmenorrhea (Amb) | 1/10/2022 | 3,104 | 3,403 | 3,481 | 3,943 | 3,900 | 17,831 | 3,566.20 | 12,539 | 352% |
| **Vaccine Adminstration** | | | | | | | | | | |
| T50.B95A Adverse Effect of Other Viral Vaccine, Initial Encounter | Unassigned | | | | | | 914 | 182.80 | 1,281 | 701% |

To whom it may concern:

On Monday, January 24, attorney Thomas Renz addressed Senator Ron Johnson and those at a special five-hour hearing on COVID-19 issues. Renz spoke about alarming increases in miscarriages, cancers, and neurological conditions based on reports put together by whistleblowers with access to the Defense Medical Epidemiology Database (DMED).

The Department of Defense (DoD) responded that the increases in rates of illness and disease reported by Renz were due to a "glitch" in DMED. The DMED was then taken offline for some time. After DMED was put back online, query reports showed large changes to data queries for the 2016 through 2020 date range.

Tracking down the glitch reveals an unexplained change of data that can be observed in Medical Surveillance Monthly Reports (MSMR) published openly online. The May 2021 MSMR displays annual summaries of major diagnostic categories of ambulatory and hospitalization reports from 2016, 2018, and 2020. These major diagnostic categories are defined as the categories with the greatest number of reported events and constitute the vast majority of medical diagnoses. When comparing the numbers of ambulatory reports to the May 2019 MSMR (which displays summaries from 2014, 2016, and 2018), the totals for these diagnostic categories for 2016 and 2018 were substantially revised to display increases in all forms of illness by an average of 17.5% (16.3% after excluding one category called "Other" that included a change in definition). Presumably these changes took place for all data from 2016 through 2020. Strangely, no such large revisions were made to hospitalization data, which would be expected if the revisions were due to a large cache of "lost and found" patient reports in which a proportion of the conditions resulted in hospitalization.

A review of the past decade of MSMR reports show a small handful of revisions larger than 2%, with nearly all changes in summary data far smaller than 1%. No major systemic data revisions were observed prior to the May 2021 MSMR. At the time of this report, no explanation was given for the massive changes in health data that would surely affect biomedical studies on these diagnostic categories. Best practices would dictate a detailed explanation for large and sudden changes---particularly as it pertains to one of the world's most important medical databases. Further, the changes in all but one of the 16 major diagnostic categories fit the changes observed from queries performed after the DMED was put back online, purportedly to fix the "glitch". This leads me to believe that the DMED "glitch" clearly corresponds to the large revisions that appeared in the May 2021 MSMR.

Further, and perhaps more disturbing, the data revisions are not randomly distributed as one might expect of "lost and found" reports added to a system, or many methods for recalibrating report definitions. These revisions are most prominent in the categories most heavily researched as injuries or adverse events associated with the COVID-19 quasi-vaccines, including those that Renz spoke about in the January 24 hearing.

There are enough signs to conclude with a high probability that the large-scale MSMR revisions published in May 2021 and associated DMED alterations made in January 2022 were made to mask illness data from early 2021 associated with vaccine rollouts, and likely fraudulent. An examination of the data should quickly reveal whether this is the case.

**Exhibit B**

I, Mathew Crawford, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing facts are true and correct.

Respectfully submitted this the 16th day of February 2022.

*[signature]*

Mathew Crawford
Statistical and Data Analyst

Exhibit C

## DECLARATION OF ANDREW HUFF PH.D., M.S.

To whom it may concern:

On February 16th, I participated in a presentation by Mathew Crawford from Renz Law Firm where he explained numerous anomalies in the DMED reports published by the Department of Defense (DoD). After his presentation, I personally examined the Defense Medical Epidemiology Database (DMED) data and two different versions of the reported data. The purpose of DMED is "to standardize the epidemiologic methodology used to collect, integrate and analyze active component service member personnel and medical event data, and to provide authorized users with remote access to the summarized data." DMED contains the reasons why DoD personnel were evaluated by medical personnel reported in the form of International Diagnostic Codes (IDC) revisions 9 and 10. The two reports in question are from one that was available online prior to January 24, 2022, and second that was published after a "glitch" was identified and corrected by the DoD. As DMED is one of the most comprehensive and accurate health record databases in the world, the database contains any potential vaccine injury data related to mRNA vaccines. After, analyzing both versions of the data, it is my opinion that the data were altered to distort and hide the true extent of the harm caused to the US Armed Forces by the mRNA vaccines that were uniformly administered to the population.

In the absence, of any large or major changes in the exposures of DoD personnel to any other substance, chemical, toxin, physical, or environmental hazard, there should not be substantial deviations between the years of reported data. Due to the "glitch" correction, it appears that DMED was altered in a way to obfuscate mRNA vaccine injuries by increasing the illnesses in the previous years to match the projected injuries in 2021. Most, notably that such a major correction of this "glitch" would have triggered these actions by DoD:

- An addendum to the report to be issued that explains why the glitch occurred, the changes to the data that occurred due to correcting the glitch, an explanation of how the glitch was identified, and the methods used to correct the glitch by DoD personnel.

- Due to the large differences in diseases incidence and prevalence, it would normally trigger investigations into the diseases and health conditions <u>which dramatically increased due to correcting the "glitch" in previous years</u>. At the time of this letter there appears to be no investigation to the diseases that dramatically increased incidence, which would be typical for public health officials and officers reviewing the DMED data.

Due to the circumstances and timing surrounding of the glitch, the lack of proper reporting related to the glitch's correction, and the large increases in health conditions reported in previous years data, it appears that the data were manipulated to obfuscate injuries and diseases caused by mRNA vaccines in DMED.

I, Andrew Huff, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing facts are true and correct.

Respectfully submitted this the 16th day of February 2022.

*[signature]*
Andrew Huff, Ph.D., M.S.