FILED
2022 Mar-23 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMERICA'S FRONTLINE DOCTORS, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

CIVIL ACTION NO. 2:21-CV-702-CLM
**UNOPPOSED**

**JOINT MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DISMISS PARTIES**

In the interest of streamlining this case, Plaintiffs withdraw their Motion for Preliminary Injunction (ECF No. 37).

Furthermore, pursuant to Federal Rule of Civil Procedure 41, Plaintiffs and Defendants jointly move the Court to dismiss the following parties from this case: Plaintiffs America's Frontline Doctors, Inc.; Lyle Bloom; Ellen Millen; and Jody Sobczak; and Defendants President Joseph R. Biden, Jr.; Dr. Anthony Fauci; Centers for Disease Control and Prevention; National Institutes of Health; National Institute of Allergy and Infectious Diseases; and Does I–X.

Dated: March 23, 2022

**/s/ Lowell H. Becraft, Jr. (with permission)**
LOWELL H. BECRAFT, JR.
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
(256) 533-2535
becraft@hiwaay.net

THOMAS RENZ
(Ohio Bar ID: 98645)
1907 W. State St. #162
Fremont, OH 43420
(419) 351-4248
renzlawllc@gmail.com
(*Pro Hac Vice*)

F. R. JENKINS
(Maine Bar No. 004667)
Meridian 361 International Law Group, PLLC
97A Exchange Street, Ste 202
Portland, ME 04101
(866) 338-7087
jenkins@meridian361.com
(*Pro Hac Vice*)

MICHAEL A. HAMILTON
(KY Bar No. 89471)
Hamilton & Associates
1067 N. Main St, PMB 224
Nicholasville, KY 40356
(859) 655-5455
michael@cornerstoneattorney.com
(*Pro Hac Vice*)

ROBERT J. GARGASZ
(Ohio Bar ID: 0007136)

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

**/s/ Isaac C. Belfer**
ISAAC C. BELFER
Trial Attorney
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
Tel: (202) 305-7134 (Belfer)
Tel: (202) 514-6786 (Harlow)
Fax: (202) 514-8742
Email: Isaac.C.Belfer@usdoj.gov
Email: James.W.Harlow@usdoj.gov

PRIM F. ESCALONA
United States Attorney

DON B. LONG, III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

1670 Cooper Foster Park Rd.
Lorain, Ohio 44053
(440) 960-1670
rjgargasz@gmail.com
(*Pro Hac Vice*)

N. ANA GARNER
Garner Law Firm
1000 Cordova Place #644
Santa Fe, NM 87505
(505) 930-5170
garnerlaw@yahoo.com
(*Pro Hac Vice*)

JOSEPH S. GILBERT
(Nevada Bar No. 9033)
Joey Gilbert & Associates
D/B/A Joey Gilbert Law
405 Marsh Avenue
Reno, Nevada 89509
(775) 284-7700
joey@joeygilbertlaw.com
(*Pro Hac Vice*)

*Counsel for Plaintiffs*

Tel: (205) 244-2106
Fax: (204) 244-2171
Email: Don.Long2@usdoj.Gov

OF COUNSEL:

DANIEL BARRY
Acting General Counsel
U.S. Department of Health and Human Services

WENDY VICENTE
Acting Deputy Chief Counsel, Litigation

JAMES ALLRED
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
White Oak 31, Rm 4564
Silver Spring, MD 20993-0002

*Counsel for Defendants the United States of America; Joseph R. Biden, Jr., President of the United States; Xavier Becerra, Secretary of Health and Human Services; Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases; Dr. Janet Woodcock, Acting Commissioner of Food and Drugs; the U.S. Department of Health and Human Services; the Food and Drug Administration; the Centers for Disease Control and Prevention; the National Institutes of Health; and the National Institute of Allergy and Infectious Diseases*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

**/s/ Isaac C. Belfer**
ISAAC C. BELFER
Trial Attorney