# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DR. DAVID CALDERWOOD**, *et al.*,<br>    Plaintiffs,<br>v.<br><br>**XAVIER BECERRA, SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.*,<br>    Defendants. | **Case No. 2:21-cv-702-CLM** |

## ORDER

The Court entered an Order on February 1, 2023 explaining that if the plaintiffs failed to file a third amended complaint on or before February 10, 2023, the Court would dismiss the case. (Doc. 56). The plaintiffs failed to file a third amended complaint by that date, so the Court **DISMISSES** the case **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** on March 10, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE